| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Team Systems International, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0068411** | |
| 4. | **Debtor's address** | **Principal place of business**  **16192 Coastal Highway**  **Lewes, DE 19958-3608**  Number, Street, City, State & ZIP Code  **Sussex**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | _____ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Team Systems International, LLC**    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5416__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Team Systems International, LLC**   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Team Systems International, LLC**                                              Case number (*if known*)
       Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Team Systems International, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2022**
MM / DD / YYYY

**X** **/s/ Deborah Evans Mott**                                **Deborah Evans Mott**
Signature of authorized representative of debtor                Printed name

Title **Member**

**18. Signature of attorney**

**X** **/s/ Jamie L. Edmonson**                                Date **January 18, 2022**
Signature of attorney for debtor                                MM / DD / YYYY

**Jamie L. Edmonson**
Printed name

**Robinson & Cole LLP**
Firm name

**1201 N. Market Street**
**Suite 1406**
**Wilmington, DE 19801-1163**
Number, Street, City, State & ZIP Code

Contact phone **302-516-1700**    Email address **jedmonson@rc.com**

**4247 DE**
Bar number and State

# RESOLUTIONS ADOPTED BY
# THE MANAGEMENT COMMITTEE
# OF
# TEAM SYSTEMS INTERNATIONAL LLC

### At a Meeting of the Management Committee of Directors
### On January 18, 2022

The Management Committee (the "<u>Management Committee</u>") of Team Systems International, LLC, a Delaware limited liability company (the "<u>Company</u>"), constituting a quorum and at least a majority thereof, acting pursuant to Section 4.3(b)(xiv) of that certain Limited Liability Company Agreement of Team Systems International, LLC, dated as of September 2005 (as amended, modified, restated or supplemented from time to time, the "<u>LLC Agreement</u>"), hereby adopt the following resolutions.

**Bankruptcy Resolutions**

**WHEREAS**, it has been proposed that the Company seek relief (the "<u>Bankruptcy Filing</u>") under the provisions of Chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, the Management Committee previously met to discuss, among other things, the Company's operational results and a possible restructuring (including the Bankruptcy Filing); and

**WHEREAS**, the Management Committee believes that the commencement of a Chapter 11 case is in the best interests of the Company, its shareholders, and its creditors; it is hereby

**Bankruptcy Resolutions**

**NOW, THEREFORE, RESOLVED**, that, based on factors and information deemed relevant by, and in the judgment of, the Management Committee, it is desirable and in the best interest of the Company, its creditors, its equity holders and other interested parties, that the Company be, and it hereby is, authorized, empowered, and directed to file or cause to be filed in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), at such time as is deemed necessary by the appropriate members of the Company, a voluntary petition for relief (the "<u>Petition</u>") under Chapter 11 of the Bankruptcy Code and all other petitions, schedules, statements of affairs, documents, papers and pleadings necessary or appropriate to effectuate the Petition and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company; and it is further

**RESOLVED**, that the Management Committee members, Deborah Evans Mott and Steve Acosta (each, an "<u>Authorized Member</u>", and collectively, the "<u>Authorized Members</u>") be, and each of them, with full authority to act, hereby is, authorized, empowered, and directed (i) to execute and verify the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company and to cause the Petition and any and all other documents papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company to be filed with the Bankruptcy Court and to cause the Petition and any other documents, papers and pleadings necessary or

appropriate to effectuate the Petition and any and all other documents, papers and pleadings necessary or appropriate in connection with the Chapter 11 case of the Company to be filed with the Bankruptcy Court; and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary, in the discretion of the Authorized Members, to effect any of the foregoing; and it is further

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time designate, be and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, objections, responses, applications, and other papers and documents necessary or desirable in connection with the Chapter 11 case of the Company, including all such members' certificates and such other instruments and documents as they may deem appropriate, in connection with the Chapter 11 case, and otherwise carry out the purpose and intent of the transactions described in the foregoing resolutions, including any and all actions taken heretofore and hereafter to accomplish such purposes and intents, all or singular; and it is further

**RESOLVED**; that the Company, as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, is authorized and empowered to borrow funds from a lender or lenders as the Management Committee deems appropriate, and/or to obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Members as reasonably necessary for the continuing conduct of the affairs of the Company and grant security interests in and liens in and upon all or substantially all of the Company's assets as may be deemed necessary by any one or more of the Authorized Members in connection with such borrowings or the use of such cash collateral (the "Financing"); and it is further

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time designate, hereby are authorized, empowered and directed to prepare, execute and deliver, in the name and on behalf of the Company, such notes, guarantees, security agreements, intercreditor agreements and all other agreements, documents and instruments as they may deem necessary or appropriate in connection with the execution, delivery, and performance of the Financing and any other documents related thereto or described therein, such Authorized Member's or Authorized Members' delivery thereof to be conclusive evidence of such approval and approval of the Management Committee; and it is further

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time designate, be, hereby is, authorized, empowered and directed to retain the law firm of Robinson & Cole LLP ("Robinson & Cole"), having an office located at 1201 N. Market Street Suite 1406 Wilmington, Delaware 19801, as bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and all other related matters in connection therewith, on such terms as the Authorized Members, and such other officers as they shall from time to time designate shall approve, and to take any and all actions to advance the Company's rights and obligations, including without limitation, filing any pleadings; and in connection therewith, the Authorized Members are hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed appropriate applications for authority to retain the services of Robinson & Cole; and it is further

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time

designate, be, hereby is, authorized, empowered and directed on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals (the "Other Professionals") to assist in the Chapter 11 case on such terms as are deemed necessary, proper or desirable; and it is further

**General Resolutions**

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time designate, are hereby authorized, empowered and directed, in the name and on behalf of the Company, to make all such arrangements, to do and perform all such acts and things, and to execute and deliver all such members' certificates and such other instruments and documents, and to pay all such expenses, costs, fees, or taxes, in each case, as in his or their judgment shall be necessary or desirable in order to carry out the intent and accomplish the purposes of all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any members or officer of the Company, Robinson & Cole, or any of the Other Professionals in connection with the reorganization or liquidation of the Company or any matter related thereto, or otherwise in order to carry out the intent and accomplish the purposes of these resolutions be, and they hereby are, in all respects ratified, confirmed and approved; and it is further

**RESOLVED**, that the retention of Robinson & Cole, be, and hereby is, in all respects ratified, confirmed and approved; and it is further

**RESOLVED**, that the Authorized Members, and such other officers as they shall from time to time designate, are hereby authorized with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that the taking of any action or the execution of any instrument by an Authorized Member in connection with the foregoing resolutions shall be conclusive of such member's determination that the same is necessary to serve the best interests of the Company; and it is further

**RESOLVED**, that any and all actions of any member or officer of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and they hereby are, ratified, confirmed and approved in all respects.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned have duly executed these Resolutions as of the date first written above.

**Management Committee**

By: *Deborah Evans Mott*

Name: Deborah Evans Mott

Title:   Member/Director


By: *Steven M. Acosta*

Name: Steven Acosta

Title: Member/Director

Fill in this information to identify the case:

Debtor name: **Team Systems International, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bresky Law Firm**<br>150 E. Palmetto Park Rd., Suite 340<br>Boca Raton, FL 33432 | **Robin Bresky**<br>rbresky@bresky-law.com<br>561-994-6273 | **Legal Fees** | | | | $4,000.00 |
| **CareFirst**<br>1501 South Clinton Street<br>Baltimore, MD 21224 | **Billing Department**<br>410-581-3000 | **Trade debt** | | | | $5,200.00 |
| **GPDEV, LLC**<br>c/o M. Stephen Turner, P.A.<br>215 South Monroe Street, Suite 400<br>Tallahassee, FL 32301 | **M. Stephen Turner, Esq.**<br>mstephenturner.pa@gmail.com | **Judgment** | **Contingent Unliquidated Disputed** | | | $3,297,995.32 |
| **Lindsay Blee Americas LLC**<br>1110 Douglas Avenue<br>Altamonte Springs, FL 32714 | **John Canal**<br>jtcanal488@gmail.com | **Trade debt** | | | | $96,431.00 |
| **Simons Exploration**<br>c/o M. Stephen Turner, P.A.<br>215 South Monroe Street, Suite 400<br>Tallahassee, FL 32301 | **Leonard M. Collins, Esq.**<br>leonard.collins@gray-robinson.com<br>850-577-9090 | **Judgment** | **Contingent Unliquidated Disputed** | | | $2,948,080.46 |
| **The Smith Firm**<br>509 Whitehead Street<br>Key West, FL 33040 | **Wayne LaRue Smith, Esq.**<br>wsmith@thesmithfirm.com<br>305-296-0029 | **Legal Fees** | | | | $2,000.00 |

| Debtor | Team Systems International, LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Venable LLP**<br>**8010 Towers Crescent Drive, Suite 300**<br>**Vienna, VA 22182** | **James Y. Boland, Esq.**<br><br>**jyboland@venable.com**<br>**703.760.1997** | **Legal Fees** | | | | **$24,000.00** |

**Fill in this information to identify the case:**

Debtor name: **Team Systems International, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2022**   X **/s/ Deborah Evans Mott**
                                     Signature of individual signing on behalf of debtor

                                     **Deborah Evans Mott**
                                     Printed name

                                     **Member**
                                     Position or relationship to debtor

# United States Bankruptcy Court
### District of Delaware

In re **Team Systems International, LLC**                    Case No.

Debtor(s)                                       Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Mott**<br>**415 East Pine Street**<br>**Orlando, FL 32801** | | **4%** | **Member** |
| **Deborah Evans Mott**<br>**705 Riverside Drive**<br>**Ormond Beach, FL 32176** | | **75%** | **Member** |
| **John Maciorowski**<br>**705 Riverside Drive**<br>**Ormond Beach, FL 32176** | | **1%** | **Member** |
| **Steven Acosta**<br>**3901 Blue Sage Drive**<br>**Prosper, TX 75078** | | **20%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 18, 2022**          Signature  **/s/ Deborah Evans Mott**
                                              **Deborah Evans Mott**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Team Systems International, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **50,000.00** |
    | Prior to the filing of this statement I have received | $ **50,000.00** |
    | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 18, 2022** | **/s/ Jamie L. Edmonson** |
| Date | **Jamie L. Edmonson** |
| | *Signature of Attorney* |
| | **Robinson & Cole LLP** |
| | **1201 N. Market Street** |
| | **Suite 1406** |
| | **Wilmington, DE 19801-1163** |
| | **302-516-1700   Fax: 302-516-1699** |
| | **jedmonson@rc.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Delaware

In re  **Team Systems International, LLC**                              Case No.  
                                     Debtor(s)                                         Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Team Systems International, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 18, 2022** | /s/ Jamie L. Edmonson |
| Date | **Jamie L. Edmonson** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Team Systems International, LLC** |
| | **Robinson & Cole LLP** |
| | **1201 N. Market Street** |
| | **Suite 1406** |
| | **Wilmington, DE 19801-1163** |
| | **302-516-1700 Fax:302-516-1699** |
| | **jedmonson@rc.com** |

# United States Bankruptcy Court
### District of Delaware

In re: **Team Systems International, LLC**, Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 18, 2022**

**/s/ Deborah Evans Mott**
**Deborah Evans Mott**/**Member**
Signer/Title

TEAM SYSTEMS INTERNATIONAL, LLC
16192 COASTAL HIGHWAY
LEWES, DE 19958-3608

VENABLE LLP
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182

JAMIE L. EDMONSON
ROBINSON & COLE LLP
1201 N. MARKET STREET
SUITE 1406
WILMINGTON, DE 19801-1163

BRESKY LAW FIRM
150 E. PALMETTO PARK RD., SUITE 340
BOCA RATON, FL 33432

CAREFIRST
1501 SOUTH CLINTON STREET
BALTIMORE, MD 21224

GPDEV, LLC
C/O M. STEPHEN TURNER, P.A.
215 SOUTH MONROE STREET, SUITE 400
TALLAHASSEE, FL 32301

LEONARD M. COLLINS, ESQ.
GRAYROBINSON, P.A.
301 SOUT BRONOUGH STREET, SUITE 600
TALLAHASSEE, FL 32301

LEONARD M. COLLINS, ESQ.
GRAYROBINSON, P.A.
301 SOUT BRONOUGH STREET, SUITE 600
TALLAHASSEE, FL 32301

LINDSAY BLEE AMERICAS LLC
1110 DOUGLAS AVENUE
ALTAMONTE SPRINGS, FL 32714

SIMONS EXPLORATION
C/O M. STEPHEN TURNER, P.A.
215 SOUTH MONROE STREET, SUITE 400
TALLAHASSEE, FL 32301

THE SMITH FIRM
509 WHITEHEAD STREET
KEY WEST, FL 33040