**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Team Systems International, LLC, | Case No. 22-10066-CTG |
| Debtor(s). | |

**CREDITORS' WITNESS LIST AND EXHIBIT LIST FOR HEARING**

Creditors, GPDEV, LLC AND SIMONS EXPLORATION, INC., ("**Creditors**"), by and through their undersigned counsel, hereby submit the enclosed witness and exhibit list for the hearing presently scheduled for January 24, 2022 at 3:00 p.m. (Eastern Time) for *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue its Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain its Bank Account and Existing Business Forms, and (D) Implement Changes to the Existing Cash Management System as Necessary* (the "**Cash Management Motion**") [D.I. 4].

Dated:  January 24, 2022                     Respectfully submitted,

                                                                KASEN & KASEN, P.C.

                                                                */s/ Jenny R. Kasen*
                                                                Jenny R. Kasen, Esquire (DE Bar No. 5849)
                                                                The Brandywine Building
                                                                1000 N. West Street, Suite 1200
                                                                Wilmington, DE 19801
                                                                Telephone: (302) 652-3300
                                                                Facsimile: (856) 424-7565
                                                                E-Mail: jkasen@kasenlaw.com

                                                                        -and-

                                                                MICHAEL H. MOODY LAW, P.A.

                                                                */s/ Michael H. Moody*

Michael Moody, Esq.
1881-A Northwood Center Blvd
Tallahassee, FL 32303
Telephone: (850) 739-6970
E-Mail: Michael.Moody@michaelhmoodylaw.com

*Counsel to GPDEV, LLC and SIMONS EXPLORATION, INC.*

**Creditors' Witness List:**

| Name | Title | E-Mail Address | Location for Testimony | Summary of Subject Matter of Anticipated Testimony |
|---|---|---|---|---|
| George Peterson | Principal of GPDEV, LLC | GPeterson@projectdimensions.com | 4 Park Plaza, Suite 700, Irvine, CA 92614 | All matters relating to the Debtor's cash management motion and Creditors' discovery requests related thereto |
| Jordan Simons | Principal of Simons Exploration, Inc. | jordansimons77@gmail.com | 542 N. Cherokee Ave, Los Angeles, CA 90004 | All matters relating to the Debtor's cash management motion and Creditors' discovery requests related thereto |

**Creditors' Exhibit List:**

| No. | Description |
|---|---|
| 1 | Order Denying TSI's Motion for Stay Pending Appeal [Exhibit A to D.I. 12] |
| 2 | TSI Motion for Extension of Time ot Comply with Court Orders [Exhibit B to D.I. 12] |
| 3 | Show Cause Order [Exhibit C to D.I. 12] |
| 4 | Post-Judgment Discovery Requests [Exhibit D to D.I. 12] |
| 5 | Trial Exhibit 20 A-1 - TSI's Receipt of $37 Million [Exhibit E to D.I. 12] |
| 6 | PNC Bank Response to Writ of Garnishment [Exhibit F to D.I. 12] |
| 7 | Debtor's First Day Affidavit [D.I. 3] |
| 8 | Declaration of George Peterson re: Debtor's Cash Management Motion [D.I. 16] |
| 9 | Declaration of Jordan Simons re: Debtor's Cash Management Motion [D.I. 17] |