Team Systems International LLC 22-1006
2/7/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Michael | Moody | GPDEV, LLC and Simons Exploratio | Michael H. Moody Law, P.A. |
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| Judge | Goldblatt | Court | |
| Miles | Taylor | Bankr. Ct. | |
| Jenny | Kasen | GPDEV, LLC and Simons Exploratio | Kasen & Kasen, P.C. |
| Curtis | Crowther | Debtor | Robinson+Cole LLP |
| Katherine | Aizpuru | United States of America | |
| Jamie | Edmonson | Debtor | Robinson+Cole LLP |
| Jordan | Simons | Simons Exploration | |
| George | Peterson | GPDEV LLC | |
| Demi | Yeager | Court | |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| James | Lathrop | Debtor | UCC |
| Nancy | Denise | Court Reporter | Tate & Tate |