## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TEAM SYSTEMS INTERNATIONAL, LLC,[1]

Debtor.

Chapter 11

Case No. 22-10066 (CTG)

## DEBTOR'S COMBINED WITNESS AND EXHIBIT LIST FOR VIDEO HEARING SCHEDULED FOR FEBRUARY 9, 2022 AT 1:00 P.M. (ET), BEFORE THE HONORABLE CRAIG T. GOLDBLATT

The Debtor, by and through their undersigned counsel, Robinson & Cole LLP, hereby submits its list of exhibits and witnesses for the video hearing scheduled for February 9, 2022 at 1:00 P.M. (ET), not including materials that may be used for impeachment purposes. The Debtor reserves the right to supplement and amend the witness and exhibit list below as necessary up to the date of the Hearing:

| UCC Exhibit Number | Description | Beginning Bates Number or Docket No. |
|---|---|---|
| 1. | Chapter 11 Voluntary Petition (and corresponding attachments) | D.I 1 |
| 2. | Schedules / Statements: Statement of Financial Affairs | D.I. 28 |
| 3. | Schedules / Statements: Sum of Assets and Liabilities | D.I. 29 |
| 4. | Amended Schedules/Statements E-F | D.I. 56 |
| 5. | GPDEV, LLC and Simons Exploration, Inc. (the "Creditors") Pre-Trial Brief (and any attachments thereto) | To be filed |
| 6. | Debtor's Pre-Trial Brief (and any attachments thereto) | To be filed |
| 7. | All pleadings, dockets, exhibits, orders, opinions, transcripts, depositions, or other filed documents related to this chapter 11 case 22-10066, including any attachments thereto. | N/A |
| 8. | Debtor's Bank Statements from 2018-2022 (that were produced in document production) | Various |
| 9. | DLA Energy Bunkers contract with TSI from Aug 1, 2018 | TSI000281 |

---

[1]     The Debtor in this chapter 11 case has a last four digit federal tax ID of 8411. The location of the Debtor's service address in this chapter 11 case is 16192 Coastal Highway Lewes, Delaware 19958.

| 10. | DLA Energy Bunkers contract with TSI from Aug 1, 2018 (attachment) | TSI000282 |
|---|---|---|
| 11. | Invoice 2973 - USS Squall - 19 Nov 2021.pdf | TSI000290 |
| 12. | Army Contract Command contract with TSI from Nov. 15, 2017 | TSI000291 |
| 13. | 2021.07.20 CBCA 7145- First Amended Complaint.pdf | TSI000296 |
| 14. | HU0001-15-R-0005 (AV MATOC) - Small Business Notification.pdf | TSI000332 |
| 15. | TSI LLC - Operating Agreement.pdf | TSI000333 |
| 16. | Email from L. Collins dated 1-28-2022.pdf | TSI000412 |
| 17. | FEMA - 2021.12.30- Appellant's Opposition to Respondent's Motion for Summary Judgment and Reply ISO Summary Judgment (CBCA 7145).pdf | TSI000413 |
| 18. | 2022-01-27 - Board's Decision Denying Motions for Summary Judgment.pdf | TSI000435 |
| 19. | Invoice 2951 - USS Devastator - 22 Oct 2021.pdf | TSI000443 |
| 20. | USS Devastator BDR - 22 Oct 2021.pdf | TSI000444 |
| 21. | HU000115DE095 AV MATOC TSI Signed.pdf | TSI000445 |
| 22. | USCGC Maui BDR - 19 Nov 2021.pdf | TSI000467 |
| 23. | DLA Energy Buckers Contract from Aug 1, 2019 | TSI000468 |
| 24. | Invoice 2972 - USCGC Maui - 19 Nov 2021.pdf | TSI000469 |
| 25. | DLA Energy Bunkers contract with TSI from Aug. 9, 2018 | TSI000470 |
| 26. | Invoice 2971 - USS Sirocco - 19 Nov 2021.pdf | TSI000471 |
| 27. | DLA Aviation Contract with TSI from Aug. 19, 2014. | TSI000476 |
| 28. | Lindsay Blee list of invoices with TSI since 7/9/2018 dated 1/24/22. | TSI000478 |
| 29. | FEMA Contract with TSI from Jan. 18, 2018. | TSI000479 |
| 30. | FEMA Contract Modification with TSI from Feb. 19, 2020. | TSI000480 |
| 31. | FEMA Contract Modification regarding releasing containers with TSI from May 7, 2018 | TSI000482 |
| 32. | FEMA Contract Modification regarding trailers with TSI from Jan 10, 2018. | TSI000483 |
| 33. | FEMA Contract Modification regarding Drop Trailers from Apr. 30, 2018. | TSI000484 |
| 34. | FEMA Contract Modification regarding decrease in liters of water from Nov. 6, 2017. | TSI000485 |
| 35. | FEMA Contract Modification regarding containers dated April 5, 2018. | TSI000488 |
| 36. | FEMA Contract Modification regarding detention charges May 3, 2019. | TSI000489 |
| 37. | FEMA Contract Modification regarding detention charges from Apr. 12, 2018. | TSI000491 |
| 38. | FEMA Task Order regarding water bottles for Hurricane Maria from Sept. 28, 2017 (requesting 80M bottles). | TSI000493 |

| | | |
|---|---|---|
| 39. | FEMA - 2021.10.28 - Appellant's Motion for Summary Judgment (CBCA 7145).pdf | TSI000515 |
| 40. | USS Squall BDR - 19 Nov 2021.pdf | TSI000536 |
| 41. | MATOC AWARD.pdf | TSI000540 |
| 42. | 2021.07.08 CBCA 7145- Complaint.pdf | TSI000573 |
| 43. | DLA Aviation Contract with TSI from June 18, 2014. | TSI000614 |
| 44. | Attachment:  DLA Aviation Contract with TSA from June 18, 2014. | TSI000633 |
| 45. | Ex 20 - Mott E-mails re TSI Claim against FEMA.pdf | TSI000664 |
| 46. | Ex 21 - COFD - TSI Claim for Restocking Fee - April 30 2021.pdf | TSI000668 |
| 47. | Attachment spreadsheet to FEMA response re Restocking Fee. (pg. 1 of 3) | TSI000682 |
| 48. | Attachment spreadsheet to FEMA response re Restocking Fee. (pg. 2 of 3) | TSI000683 |
| 49. | Attachment spreadsheet to FEMA response re Restocking Fee. (pg. 3 of 3) | TSI000684 |
| 50. | Ex 25 - Florence Task Order and Email (Fully Executed).pdf | TSI000685 |
| 51. | USS Sirocco BDR - 19 Nov 2021.pdf | TSI000702 |
| 52. | FEMA Contract Modification with TSI | TSI000703 |
| 53. | FEMA Contract Modification with TSI | TSI000716 |
| 54. | FEMA Contract Modification with TSI | TSI000762 |
| 55. | FEMA Contract Modification with TSI | TSI000764 |
| 56. | FEMA Contract Modification with TSI | TSI000770 |
| 57. | FEMA Contract Modification with TSI | TSI000776 |
| 58. | FEMA Contract Modification with TSI | TSI000778 |
| 59. | FEMA Contract Modification with TSI | TSI000784 |
| 60. | FEMA Contract Modification with TSI | TSI000786 |
| 61. | BBVA_Summary_Master (TSI).pdf | TSI000845 |
| 62. | E-mails between S. Acosta and DLA re submission of  Critical Technical Data Agreement and discussion regarding additional steps for certification. | TSI000971 |
| 63. | SEACARD_Award_08_04_2021.pdf | TSI001005 |
| 64. | FW SEA Card OMSQuote Window Closing - Quote Request ID 11811 For Vessel USS Milwaukee.msg | TSI001007 |
| 65. | Letter granting Steven M. Acosta allowance as a facility security officer of TSI. | TSI001008 |
| 66. | Costa Rica Puerto Golfito Award.pdf | TSI001030 |
| 67. | FW_ Case# 00064769 - TSI SEA Card Merchant Account 28931 is Active.pdf | TSI001033 |

3

| 68. | Countersigned Agreement for TSI Executed SeaCard Merchant Agreement from May 2018..pdf | TSI001038 |
|-----|------|------|
| 69. | Corporate Document naming Steve Acosta as Member on Jan. 2, 2018 | TSI001040 |
| 70. | E-mail form <Robert.Wink@bep.gov> on Feb. 4, 2022 requesting a quote for 10,000 Gallons of Red Dyed disel fuel. | TSI001041 |
| 71. | FW SEA Card OMS Quote Request Modified - Quote Request ID 11868 For Vessel USNS Mendonca.msg | TSI001042 |
| 72. | E-mail from Sea Card with New Contract Order:  US Navy request for Commercial Marine Gas Oil from February 6, 2022 | TSI001043 |
| 73. | All documents and communications filed on any other party-in-interest's (including the Creditors) exhibit list in connection with the Hearing. | N/A |
| 74. | Any document, solely for the purposes of rebuttal or impeachment | N/A |

## Witnesses

1. Deborah Mott.  Ms. Mott is a member of Team Systems International, LLC.  Ms. Mott will testify concerning the Debtor's assets and liabilities (including contingent and disputed) as well as its past and ongoing business operations.  Ms. Mott will testify concerning the Debtor's finances and decision to file this chapter 11 case.  Ms. Mott will also testify in rebuttal to any claims advanced by Creditors at the hearing.  The witness's location will be provided prior to the hearing.
2. All witnesses listed on any other party-in-interest's witness list or called by another party in interest in connection with the hearing.
3. The Debtor reserves the right to call any witness solely for purposes of rebuttal.

Dated:  February 7, 2022
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
Curtis J. Crowther (No. 3238)
James F. Lathrop (No. 6492)
**ROBINSON & COLE LLP**
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 295-4800
Fax: (302) 351-8618
Email:  jedmonson@rc.com
        ccrowther@rc.com
        jlathrop@rc.com

*Proposed Counsel for the Debtor*