# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Team Systems International, LLC, | Case No. 22-10066-CTG |
| Debtor(s). | |

## CREDITORS' WITNESS LIST AND EXHIBIT LIST FOR HEARING

Creditors, GPDEV, LLC AND SIMONS EXPLORATION, INC., ("**Creditors**"), by and through their undersigned counsel, hereby submit the enclosed witness and exhibit list for the hearing presently scheduled for February 9, 2022 at 1:00 p.m. (Eastern Time) for GPDEV, LLC and Simons Exploration, Inc.'s Motion for Entry of an Order Dismissing Chapter 11 Case with Prejudice (the "**Motion to Dismiss**") [D.I. 41].

Dated: February 7, 2022

Respectfully submitted,

KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

-and-

MICHAEL H. MOODY LAW, P.A.

*/s/ Michael H. Moody*
Michael Moody, Esq.
1881-A Northwood Center Blvd
Tallahassee, FL 32303
Telephone: (850) 739-6970

E-Mail: Michael.Moody@michaelhmoodylaw.com

*Counsel to GPDEV, LLC and SIMONS EXPLORATION, INC.*

2

**Creditors' Witness List:**

| Name | Title | E-Mail Address | Location for Testimony | Summary of Subject Matter of Anticipated Testimony |
|---|---|---|---|---|
| George Peterson | Principal of GPDEV, LLC | GPeterson@projectdimensions.com | 4 Park Plaza, Suite 700, Irvine, CA 92614 | Matters relating to Creditor's Motion to Dismiss/Related Relief |
| Jordan Simons | Principal of Simons Exploration, Inc. | jordansimons77@gmail.com | 542 N. Cherokee Ave, Los Angeles, CA 90004 | Matters relating to Creditor's Motion to Dismiss/Related Relief |
| Leonard Collins | Shareholder Gray Robinson, P.A. | leonard.collins@gray-robinson.com | 301 South Bronough Street, Suite 600, Tallahassee, FL 32301 | Matters relating to Creditor's Motion to Dismiss/Related Relief |
| Ryan Orner | President, RJOrner & Company, LLC | rjorner@rjorner.com | 301 South Bronough Street, Suite 600, Tallahassee, FL 32301 | Matters relating to Creditor's Motion to Dismiss/Related Relief |

**Creditors' Exhibit List:**

| No. | Description |
|---|---|
| 1 | Bank Statements Artisans # 2968 September 21, 2021 through January 31, 2022 |
| 2 | Bank Statements BBVA # 7965 January 1, 2018 through October 31, 2020 |
| 3 | Bank Statements BBVA # 8953 January 1, 2018 through January 22, 2019 |
| 4 | Bank Statements BBVA # 9759 January 1, 2018 through August 31, 2021 |
| 5 | Bank Statements BBVA #1519 January 1, 2018 through November 30, 2018 |
| 6 | Bank Statements BBVA #2888 March 26, 2019 through October 8, 2021 |
| 7 | Bank Statements TD # 3152 July 27, 2018 through May 31, 2019 |
| 8 | Bankruptcy Docket |
| 9 | Bankruptcy Docket [D.I. 1] Petition |
| 10 | Bankruptcy Docket [D.I. 3] First Day Affidavit |
| 11 | Bankruptcy Docket [D.I. 13] Creditors' Notice of Service of Subpoena for Debtor to Produce Documents |
| 12 | Bankruptcy Docket [D.I. 28] Schedules |
| 13 | Bankruptcy Docket [D.I. 29] SOFA |
| 14 | Bankruptcy Docket [D.I. 56] Amended Schedule E/F |
| 15 | Debtor's Articles of Organization |
| 16 | Debtor's Income Statement 2018 |
| 17 | Debtor's Income Statement 2019 |
| 18 | Debtor's Operating Agreement |
| 19 | Debtor's Receipt of $37M from FEMA for Bottled Water Sales |
| 20 | District Court Action - Docket |
| 21 | District Court Action [D.I. 58] Order Denying Debtor's Motion to Dismiss and Transfer |
| 22 | District Court Action [D.I. 105] 2.3.20 Creditors' Motion to Compel Discovery and Impose Sanctions |
| 23 | District Court Action [D.I. 123] Debtor's Response to Creditors' Motion to Compel Discovery |
| 24 | District Court Action [D.I. 133] District Court Order Compelling Document Production and Awarding Attorney's Fees |
| 25 | District Court Action [D.I. 230] 3.30.21 Creditors' Motion for Evidentiary Hearing and Sanctions against Debtor |
| 26 | District Court Action [D.I. 243] 5.8.21 District Court Order Addressing Late and Incomplete Document Production |
| 27 | District Court Action [D.I. 305] Order for Entry of Judgment Against Debtor |
| 28 | District Court Action [D.I. 322] District Court Order Denying a Stay Pending Appeal |
| 29 | District Court Action [D.I. 322] District Court Order Denying Stay Pending Appeal |
| 30 | District Court Action [D.I. 333] District Court Order to Show Cause |
| 31 | District Court Action [D.I. 340] 1.7.22 Debtor's Motion for Extension of Time to Comply with Court Orders |
| 32 | District Court Action [D.I. 346] District Court Order Authorizing Creditors' Subpoenas and Setting Preliminary Hearing on Show Cause Motion Dated January 19, 2022 |
| 33 | District Court Action Appeal 11th Circuit 1.10.22 Order Denying Stay Pending Appeal |
| 34 | District Court Action Post Judgment PNC Reponse to Writ of Garnishment |
| 35 | District Court Action Post-Judgment Discovery Creditors' First Requests for Production in AId of Execution |
| 36 | District Court Action Post-Judgment Discovery Creditors' First Set of Interrogatories in Aid of Execution |
| 37 | District Court Action Post-Judgment Discovery Fact Information Sheet |
| 38 | District Court Action Transcript of Jury Trial Day 3 |
| 39 | FEMA Litigation 4.30.21 Contracting Officers Denial of Restocking Fee pdf |
| 40 | FEMA Litigation 7.8.21 1 Debtor/Appelllant's Complaint |
| 41 | FEMA Litigation 7.8.21 Debtor/Appellant's Amended Complaint |
| 42 | FEMA Litigation Debtor/Appellant's Motion for Summary Judgment |
| 43 | FEMA Litigation Debtor/Appellant's Summary Judgment Reply Brief |
| 44 | FEMA Litigation Denial of Summary Judgment Motions 1.27.22 |
| 45 | Other Entity Addy Road Annual Report 2021 |
| 46 | Other Entity Addy Road LLC Articles of Organization |
| 47 | Other Entity Addy Road LLC Delaware Division of Corporations - Filing |
| 48 | Other Entity CDX Industries LLC Articles of Organization |
| 49 | Other Entity CDX Industries LLC SAM Code |
| 50 | Other Entity Team Systems International Agency II LLC Articles of Organization |
| 51 | Other Entity Team Systems International Southeast LLC Articles of Organization |
| 52 | Other Entity Team Systems International Southeast LLC Change of Registered Agent |
| 53 | Real Estate Addy Road LLC Bethany Beach Delaware Deed |
| 54 | Real Estate Addy Road LLC Bethany Beach Delaware Purchase Price Report |
| 55 | Real Estate Addy Road LLC Bethany Beach Delaware Sunbiz Report |
| 56 | Real Estate Addy Road LLC Bethany Beach Delaware |
| 57 | Real Estate Addy Road LLC property search |
| 58 | Real Estate Jackson County Missouri - Real Estate Sales Search Results with Purchase Price |
| 59 | Real Estate Jackson County Missouri Deed - to Deborah Mott[1] |
| 60 | Real Estate Jackson County Missouri Property - Real Estate Sales Search Results with Purchase Price[1] |
| 61 | Real Estate Jackson County Missouri Property |
| 62 | Real Estate Jackson Missouri Deed - to Deborah Mott |
| 63 | Real Estate Ormond Beach Florida Property |
| 64 | Social Media 1.9.22 (1 of 2) |
| 65 | Social Media 1.9.22 (2 of 2) |
| 66 | Tax Return 2018 |
| 67 | Tax Return 2019 |
| 68 | Transfers to Insiders # 1519 |
| 69 | Transfers to Insiders # 2888 |
| 70 | Transfers to Insiders # 8953 |
| 71 | Transfers to Insiders # 9759 |
| 72 | Transfers to Insiders #7965 |
| 73 | Transfers to Insiders Venmo |
| 74 | Voicemail January 27, 2022 Transcript |
| 75 | Payments from FEMA to Debtor |
| 76 | Payments from FEMA to Debtor |
| 77 | Bank Account Transaction Details |
| 78 | Bank Report 7965 |
| 79 | Bank Report 8953 |
| 80 | Bank Report 9759 |
| 81 | FEMA Voucher |
| 82 | FEMA Voucher |
| 83 | Vendor Report |
| 84 | Debtor's Payment to Coakley |
| 85 | Debtor's Payment to Coakley |
| 86 | Debtor's Payment to Bering Straits Payment |