**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L19000145635

**FILED**
**Mar 12, 2021**
**Secretary of State**
**2687179996CC**

**Entity Name:** ADDY ROAD LLC

**Current Principal Place of Business:**

705 RIVERSIDE DRIVE
ORMOND BEACH, FL 32176

**Current Mailing Address:**

705 RIVERSIDE DRIVE
ORMOND BEACH, FL 32176 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

MOTT, DEBORAH E
705 RIVERSIDE DRIVE
ORMOND BEACH, FL 32176 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
　　　　　　　Electronic Signature of Registered Agent　　　　　　　Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | MOTT, DEBORAH E |
| Address | 705 RIVERSIDE DRIVE |
| City-State-Zip: | ORMOND BEACH FL 32176 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DEBORAH E MOTT　　　　　　　DIRECTOR　　　　　　　03/12/2021
　　　　　Electronic Signature of Signing Authorized Person(s) Detail　　　　　　　Date