

# Zillow

Edit  Save  Share  More

4 bd  3.5 ba  2,919 sqft

**20 Addy Rd, Bethany Beach, DE 19930**

**Sold: $930,000**  Sold on 07/24/19  Zestimate®: **$1,592,100**

Est. refi payment: $4,031/mo  Refinance your loan

**Home value**  Owner tools  Home details  Neighborhood details

### Could your home be costing you less?
Refinancing your mortgage at a lower interest rate could mean significant savings. Find a lender in minutes and see if you could save.

Get started today

Do you own this home?

Get exclusive tools to track your home's value and update its details on Zillow. Learn more

Unlock owner dashboard

## Home value

Zestimate range

**$1.35M - $1.93M**