

Home    New Search

## Real Estate Sales Search - Results

House Number: **1059**   Street Name: **CONCH**

☐ Sale information only   Records per Page: 20 ⌄

Sort Order: **Parcel Number**

Page **1** of **1**   Record **1** - **1** of **1**

| Parcel Number | Owner Name | Location | Document Number | Document Date | Sale Price |
|---|---|---|---|---|---|
| 53-610-04-32-00-0-00-000 | MOTT DEBORAH EVANS | 1059 SW CONCH CIR BLUE SPRINGS | 2020E0071083 | 08/10/2020 | 416,172.00 |
| | | | | | 1 |

*Click column headings to change sort order.

< Previous    Next >    New Search

Label