

## Check Images



© BBVA USA Bancshares, Inc. BBVA USA is a Member FDIC and an Equal Housing Lender.
BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group.
Online Banking Questions and Technical Support: 1-800-273-1057.  All other Account Questions and Support: 1-844-228-2872.