Team Systems International, LLC  22-10066
2/8/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mary | Pate | Bering Straits Native Corporation | Bering Straits Native Corporation |
| Michael | Moody | GPDEV, LLC and Simons Exploration, Inc. | Michael H. Moody Law, P.A. |
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| Judge | Goldblatt | Court | |
| Cabot | Christianson | Bering Straits Native Corporation | Law Office of Cabot Christianson |
| Jenny | Kasen | GPDEV, LLC and Simons Exploration, Inc. | Kasen & Kasen, P.C. |
| Curtis | Crowther | Debtor | Robinson & Cole LLP |
| Jamie | Edmonson | Debtor | Robinson & Cole LLP |
| Katherine | Aizpuru | United States of America | |
| Destiney | Thompson | Court | |
| Demi | Yeager | Court | |
| Christine | Williams | Bering Straits Native Corporation | Bering Straits Native Corporation |
| William | Chipman | Bering Straits Native Corporation | Chipman Brown Cicero & Cole LLP |