**Exhibit B**

Statement from Team Systems International LLC:

TSI does not agree with Robinson Cole's Motion to Withdraw and the grounds raised
therein.  TSI does not agree that issues of cooperation or timely communications exist that
support Robinson Cole's Motion and Withdraw.  TSI is a small, four person, Native American
business that has timely responded to counsel's requests while it continues to operate its daily
business.   While TSI is an active participant, along with its counsel, in developing a response to
GPDEV and Simons Exploration baseless accusations, TSI does not agree that a difference of
opinions exists that would warrant counsel's withdrawal.  While the aggressiveness of GPDEV's
and Simons Exploration's counsel appears to have caught Robinson Cole off-guard, counsel's
attempt to withdraw at this time would severely prejudice TSI.  TSI has a 22FEB2022 deadline
to file its Response to the Motion for Sanctions. Allowing counsel to withdraw at this juncture
would irredeemably prejudice TSI.  TSI is actively looking for new counsel, but until new
representation is secured, Robinson Cole should not be allowed to withdraw.