IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| TEAM SYSTEMS INTERNATIONAL, LLC[1] | ) Case No. 22-10066 (CTG) |
| Debtor. | ) Related Docket No. 91 |

## ORDER GRANTING ROBINSON & COLE LLP'S MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the *Motion to Withdraw as Counsel* (the "Motion") filed by Robinson & Cole LLP and its attorneys (the "Movant"),[2] and upon consideration of any opposition filed in response to the Motion; and after due deliberation, it is hereby ORDERED that:

1. The Motion is Granted.

2. Movant's appearance in this case and its representation of Team Systems International, LLC in the above-captioned bankruptcy proceeding is hereby TERMINATED, effective IMMEDIATELY.

3. TSI's deadline to respond to the discovery motion [D.I. 87] shall be extended to February 25, 2022 at 5:00 p.m. All other dates shall remain as otherwise established by the Court.

4. Robinson & Cole LLP shall produce a copy of this Order to Deborah Evans Mott and Steven Acosta.

5. The Bankruptcy Court shall retain exclusive jurisdiction over any issues arising from or relating to this Order.

**Dated: February 20th, 2022**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this chapter 11 case has a last four digit federal tax ID of 8411. The location of the Debtor's service address in this chapter 11 case is 16192 Coastal Highway Lewes, Delaware 19958.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.