# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Team Systems International, LLC<br>16192 Coastal Highway<br>Lewes, DE 19958–3608<br>  **EIN:** 32–0068411 | **Chapter:** 11<br><br><br><br>**Case No.:** 22–10066–CTG |

## NOTICE OF HEARING DURING PANDEMIC

A hearing on Order to Show Cause has been scheduled for March 9, 2022 at 9:00 AM in the United States Bankruptcy Court for the District of Delaware. **This hearing will be held virtually.** All parties wishing to appear must do so by registering at the following link:

**https://debuscourts.zoomgov.com/meeting/register/vJIsdeigpjguHaJgbQrMTaXSfj88t+J8I2E**

no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure a proper connection. The appearance of pro–se litigants is mandatory and failure to appear may result in an adverse ruling.

If you are unable to appear virtually please contact the Judge's chambers at 302–252–2900 for further instructions.

_____

Una O'Boyle, Clerk of Court

Dated: 2/28/22

(VAN–496a)