| Team Systems International, LLC Case No. 22-10066 | | | |
|---|---|---|---|
| March 9, 2022 - 9:00AM | | | |
| Omnibus Hearing | | | |
| First Name | Last Name | Party Representing | Firm Name |
| Steven | Acosta | Team Systems International, LLC | |
| Katherine | Aizpuru | United States of America | |
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| William | Chipman | Bering Straits | Chipman Brown Cicero & Cole LLP |
| Cabot | Christianson | Bering Straits | Law Office of Cabot Christianson |
| Leonard | Collins | GPDEV, LLC and Simons Exploration, Inc. | Gray Robinson |
| Margaret | England | Team Systems International, LLC | |
| Ronald | Gellert | Team Systems International, LLC | |
| Judge | Goldblatt | Court | |
| Rachael | Hepler | Bering Straits | Bering Straits |
| Sara | Hughes | clerks office | |
| Jenny | Kasen | GPDEV, LLC and Simons Exploration, Inc. | Kasen & Kasen, P.C. |
| Brad | Lehman | Team Systems International, LLC | |
| Estelita | Mayac | Bering Straits | Outlook Law LLC |
| Michael | Moody | GPDEV, LLC and Simons Exploration, Inc. | Michael H. Moody Law, P.A. |
| Deborah | Mott | Team Systems International, LLC | |
| Ryan | Orner | GPDEV, LLC and Simons Exploration, Inc. | RJOrner & Company, LLC |
| Mary | Pate | Bering Straits | Bering Straits |
| George | Peterson | GPDEV, LLC | N/A |
| Rob | Rebeck | Court | |
| RICHARD | SCHEPACARTER | Andrew R. Vara, US Trustee | USDOJ-OUST |
| Jordan | Simons | Simons Exploration, Inc. | N/A |
| Marc | St. Mortiz | Consultant for Debtor | |
| Marc | St. Mortiz | Consultant of Debtor | |
| Mark | St. Mortiz | Consultant to Debtor | |
| Vince | Sullivan | Law360 | |
| Miles | Taylor | Bankr. Ct. | |
| Christine | Williams | Bering Straits | Outlook Law |