# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TEAM SYSTEMS INTERNATIONAL, LLC,[1] | ) Case No. 22-10066 (CTG) |
| | ) |
| Debtor. | ) RE: D.I. 115 |
| | ) |
| | ) Objection Deadline: April 14, 2022 at 4:00 pm (ET) |
| | Hearing Date: May 16, 2022 at 3:00 pm (ET) |

## NOTICE OF HEARING REGARDING
## DEBTOR'S APPLICATION FOR RETENTION OF
## GELLERT SCALI BUSENKELL & BROWN, LLC AS COUNSEL TO
## THE DEBTOR AND DEBTOR-IN-POSSESSION PURSUANT TO SECTIONS 327(a), 328, 330, 331 AND 1107(b) OF THE BANKRUPTCY CODE
## *NUNC PRO TUNC* TO MARCH 7, 2022

**PLEASE TAKE NOTICE** that on March 8, 2022, the debtor Team Systems International, LLC, (the "Debtor") filed the *Debtor's Application for Retention of Gellert Scali Busenkell & Brown, LLC to the Debtor and Debtor-in-Possession Pursuant to Sections 327(a), 328, 330, 331 and 1107(b) of the Bankruptcy Code Nunc Pro Tunc to March 7, 2022* (the "Application) [D.I. 115] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Application or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **April 14, 2022, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned proposed counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **- May 16, 2022, at 3:00 pm (ET)** before the Honorable Craig T. Goldblatt in Courtroom No. 7, 3rd

---

[1] The Debtor in this chapter 11 case has a last four digit federal tax ID of 8411. The location of the Debtor's service address in this chapter 11 case is 16192 Coastal Highway Lewes, Delaware 19958.

Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: March 31, 2022         **GELLERT SCALI BUSENKELL & BROWN, LLC**

> */s/ Ronald S. Gellert*
> Ronald S. Gellert (DE 4259)
> Margaret F. England (DE 4248)
> Bradley P. Lehman (DE 5921)
> 1201 North Orange Street, Suite 300
> Wilmington, DE 19801
> Telephone: (302) 425-5812
> Facsimile:  (302) 425-5814
> Email: rgellert@gsbblaw.com
> mengland@gsbblaw.com
> blehman@gsbblaw.com
>
> *Proposed Counsel to Debtor and Debtor-in-Possession*