# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) |
| | ) Case No. 22-10066 (CTG) |
| Debtor. | ) |
| | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L. R. 2002-1(a), the United States Bankruptcy Court for the District of Delaware has scheduled the following omnibus hearing date in the above-captioned case:

| **DATE** | **TIME** |
|---|---|
| May 16, 2022 | 3:00 pm (ET) |

**Dated: March 31st, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**