IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| TEAM SYSTEMS INTERNATIONAL, LLC,[1] | : Case No. 22-10066-CTG |
|  | : |
| Debtor. | : |
|  | : **Re: D.I. 146** |

### ORDER CONVERTING CHAPTER 11 CASE TO A CHAPTER 7 CASE

This matter came before this Court for hearing on GPDEV, LLC and Simons Exploration, Inc.'s Motion for Entry of an Order Dismissing this Chapter 11 Case with Prejudice (D.I. 41) ("Motion") and the Cross-Motion of the United States Trustee to Convert the Chapter 11 Case to a Chapter 7 Case (the "Cross-Motion"). Due and sufficient notice of the Motion and Cross-Motion was given to interested parties in accordance with the Bankruptcy Code and Rules. Subsequent to an evidentiary hearing and based upon the record in this case and consistent with this Court's Opinion (D.I. 146), this Court finds that grounds exist for the conversion of the Chapter 11 case to a Chapter 7 case under 11 U.S.C. § 1112(b) and that conversion of the case is in the best interests of creditors and other interests of the estate. Based on the foregoing and on the record in this case, it is hereby,

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is hereby GRANTED;

2. As of the date of the entry of this order, (the "Conversion Date"), pursuant to

---

[1] The Debtor in this chapter 11 case has a last four digit federal tax ID of 8411. The location of the Debtor's service address in this chapter 11 case is 16192 Coastal Highway Lewes, Delaware 19958.

Section 1112(a) of the Bankruptcy Code, this Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code.

       3.      The Debtor, on or as soon as practicable after the Conversion Date, shall;

            A.      Immediately turn-over to the chapter 7 trustee any and all records and estate property under their dominion, control and custody and as required by Federal Rule of Bankruptcy Procedure 1019(4);

            B.      Within 15 days of the Conversion Date, file a schedule of unpaid debts as of the Conversion Date incurred after commencement of the cases, including the name and address of each creditor as required by Federal Rule of Bankruptcy Procedure l019(5); and

            C.      Within 30 days of the Conversion Date, file and transmit to the Office of the United States Trustee a final report and account as required by Federal Rule of Bankruptcy Procedure l019(5)(A).

4.      A representative of the Debtor, and, if so, requested by the chapter 7 trustee, counsel to the Debtor in these cases shall appear at the First Meeting of Creditors pursuant to Section 341(a) and 343 of the Bankruptcy Code and such representative shall be available to testify at such hearing, and;

5.      This Court shall retain jurisdiction over the terms and conditions of this Order.

**Dated: March 31st, 2022**
**Wilmington, Delaware**

                                               **CRAIG T. GOLDBLATT**
                                               **UNITED STATES BANKRUPTCY JUDGE**