# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 4/1/2022 |
| Case: 22−10066−CTG | Form ID: 309D | Total: 39 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Team Systems International, LLC | 16192 Coastal Highway | Lewes, DE 19958−3608 |
| cr | GPDEV, LLC | 4 Park Plaza | Irvine, CA 92614 |
| cr | Simons Exploration, Inc. | 5082 E. Hampden Avenue Suite 289 | Denver, CO 80222 |
| intp | United States of America | c/o U.S. Department of Justice  P.O. Box 875, Ben Franklin Station | Washington, DC 20044 |
| cr | GPDEV, LLC and Simons Exploration, Inc. | c/o Kasen & Kasen, P.C.  1874 E. Marlton Pike, Suite 3 | Cherry Hill, NJ 08003 |
| tr | George L. Miller | 1628 John F. Kennedy Blvd.  Suite 950 | Philadelphia, PA 19103−2110 |
| aty | Bradley P. Lehman | Gellert Scali Busenkell & Brown, LLC  1201 N. Orange St. Suite 300 | Wilmington, DE 19801 |
| aty | Cabot Christianson | Law Office of Cabot Christianson, P.C.  911 West 8th Ave., Suite 201 | Anchorage, AK 99501 |
| aty | Jenny Kasen | Kasen & Kasen, P.C.  1000 N. West St. Suite 1200 | Wilmington, DE 19801 |
| aty | John Zachary Balasko | United States Department of Justice  1100 L St. NW | Washington, DC 20005 |
| aty | Katherine Marie Aizpuru | DOJ−Civ  United States Department of Justice  1100 L Street Northwest  Room 7108 | Washington, DC 20005 |
| aty | Leonard Collins | Gray Robinson, P.A.  301 South Bronough Street Suite 600 | Tallahassee, FL 32301 |
| aty | Margaret Fleming England | Gellert Scali Busenkell & Brown, LLC  1201 N. Orange Street Suite 300 | Wilmington, DE 19801 |
| aty | Michael H. Moody | 1881−A Northwood Center Blvd | Tallahassee, FL 32303 |
| aty | Ronald S. Gellert | Gellert Scali Busenkell & Brown, LLC  1201 N. Orange Street Suite 300 | Wilmington, DE 19801 |
| aty | William E. Chipman, Jr. | Chipman Brown Cicero & Cole, LLP  Hercules Plaza  1313 North Market Street  Suite 5400 | Wilmington, DE 19801 |
| 17408487 | Bering Straits Logistics Services | 3301 C Street, Suite 100 | Anchorage, AK 99503 |
| 17408688 | Bering Straits Logistics Services, LLC | 3301 C Street, Suite 400 | Anchorage, AK 99503 |
| 17407537 | Bresky Law Firm | 150 E. Palmetto Park Rd., Suite 340 | Boca Raton, FL 33432 |
| 17408486 | Cabot Christianson, Esq. | 911 West 8th Avenue | Anchorage, AK 99501 |
| 17407538 | CareFirst | 1501 South Clinton Street | Baltimore, MD 21224 |
| 17407536 | Defense Logistics Agency | 8725 John J. Kingman Road | Fort Belvoir, VA 22060−6222 |
| 17407549 | Delaware State Treasury | 820 Silver Lake Blvd., Suite 100 | Dover, DE 19904 |
| 17442716 | Department of Labor | Division of Unemployment Insurance  P.O. Box 9953 | Wilmington, DE 19809 |
| 17408868 | Department of the Treasury | Internal Revenue Service  P.O. Box 7346 | Philadelphia, PA 19101−7346 |
| 17407539 | GPDEV, LLC | c/o M. Stephen Turner, P.A.  215 South Monroe Street, Suite 400 | Tallahassee, FL 32301 |
| 17407548 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101−7346 |
| 17407540 | Leonard M. Collins, Esq. | GrayRobinson, P.A.  301 Sout Bronough Street, Suite 600 | Tallahassee, FL 32301 |
| 17407541 | Lindsay Blee Americas LLC | 1110 Douglas Avenue | Altamonte Springs, FL 32714 |
| 17407550 | Secretary of State | Division of Corporations  Franchise Tax  P.O. Box 898 | Dover, DE 19903 |
| 17407546 | Securities & Exchange Commission | 100 F Street, NE | Washington, DC 20549 |
| 17407547 | Securities & Exchange Commission | New York Regional Office  Attn: Mark Berger, Regional Director  Brookfield Place  200 Vesey Street, Suite 400 | New York, NY 10281−1022 |
| 17442714 | Sheriff's Office | P.O. Box 948 | Georgetown, DE 19947 |
| 17407542 | Simons Exploration | c/o M. Stephen Turner, P.A.  215 South Monroe Street, Suite 400 | Tallahassee, FL 32301 |
| 17442715 | State of Delaware | Division of Revenue  820 N. French Street, 8th Floor | Wilmington, DE 19801−0820 |
| 17407545 | Team Systems International LLC | 16192 Coastal Highway | Lewes, DE 19958−3608 |
| 17407543 | The Smith Firm | 509 Whitehead Street | Key West, FL 33040 |
| 17442713 | Treasury Division | Sussex County Administration  P.O. Box 429 | Georgetown, DE 19947 |
| 17407544 | Venable LLP | 8010 Towers Crescent Drive, Suite 300 | Vienna, VA 22182 |

TOTAL: 39