# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10066 (CTG) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT Katherine M. Aizpuru hereby withdraws her appearance on behalf of the United States of America. The United States will continue to be represented by J. Zachary Balasko, a Trial Attorney at the Department of Justice who has entered his appearance in this case. Pursuant to Local Rule 9010-2(b), the undersigned certifies that the United States presently has no controversy pending before the Court and that the United States consents to her withdrawal.

Dated: June 6, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

DAVID C. WEISS
United States Attorney

/s/ *Katherine M. Aizpuru*
RUTH A. HARVEY
MARGARET M. NEWELL
J. ZACHARY BALASKO
KATHERINE M. AIZPURU
United States Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-7162

(202) 307-5832  
Fax: (202) 514-9163  
E-mail: john.z.balasko@usdoj.gov  
kate.aizpuru@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

    I certify that on June 6, 2022, a true and correct copy of the foregoing document was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System in the above-captioned case.

/s/ Katherine M. Aizpuru  
KATHERINE M. AIZPURU