# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |

## *AMENDED*[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 15, 2022 AT 3:00 P.M.

This hearing will be held via Zoom. All parties wishing to appear are invited to register using the link below. The Bankruptcy Court is no longer using CourtCall, all remote hearings scheduled will be conducted entirely over Zoom.  It is recommended that participants register well in advance of the hearing.  Once you register, you will receive a confirmation email containing information about joining the meeting.

Topic: Team Systems International, LLC – Case No. 22-10066 (CTG)
Time: June 15, 2022 at 3:00 PM Eastern Time (US and Canada)

Registration Link:
https://debuscourts.zoomgov.com/meeting/register/vJItf-qtqzkoHkoU9vVPzfOOxOngaD0zlZs

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED:**

1. Motion of the Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. § 365(d)(1) Extending the Deadline to Assume or Reject Certain Executory Contracts (filed on May 18, 2022) [D.I. 175]

    Response Deadline:    June 1, 2022

    Response Received:    None

    Related Documents:

    a.    Certificate of No Objection (filed June 6, 2022) [D.I. 179]

---

[1] Amended items appear in boldfaced or italicized type.

    b.    Order Pursuant to 11 U.S.C. § 365(d)(1) Extending the Deadline to Assume or Reject Certain Executory Contracts (entered on June 7, 2022) [D.I. 180]

Status:  An Order has been entered. Accordingly, no hearing is necessary.

**CONTESTED MATTERS GOING FORWARD:**

2.    Creditors' Joint Motion for Resolution of Disputed Chapter 7 Trustee Election (filed on May 13, 2022) [D.I. 174]

Response Deadline:   May 27, 2022

Response Received:

    a.    Objection of Interim Chapter 7 Trustee to Creditors' Joint Motion for Resolution of Disputed Election (filed May 26, 2022) [D.I. 177]

    b.    Creditors' Joint Reply to the Interim Chapter 7 Trustee's Response to Creditors' Joint Motion for Resolution of Disputed Chapter 7 Trustee Election (filed June 10, 2022) [D.I. 187]

Related Documents:

    c.    Report of Disputed Election of Chapter 7 Trustee Submitted by United States Trustee (filed May 3, 2022) [D.I. 167]

    d.    Notice of Intent to Call Witness (filed June 13, 2022) [D.I. 188]

    e.    **Creditors' Witness List and Exhibit List for Hearing (filed June 13, 2022) [D.I. 192]**

    f.    **Trustee's Exhibit List for Hearing on June 15, 2022 at 3:00 P.M. (filed June 14, 2022) [D.I. 194]**

Witnesses: George Miller will be available to testify as the interim chapter 7 trustee, if needed.  He will be joining via Zoom from his Philadelphia office located at 8 Penn Center, Suite 950, 1628 John F. Kennedy Boulevard, Philadelphia, PA 19103

Status:  This matter is going forward.

Dated: June 14, 2022

ARCHER & GREINER, P.C.

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com

*Counsel to the Chapter 7 Trustee*

224804197v1