**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 30, 2022 AT 10:00 A.M.**

This hearing will be held via Zoom. All parties wishing to appear are invited to register using the link below. The Bankruptcy Court is no longer using CourtCall, all remote hearings scheduled will be conducted entirely over Zoom. It is recommended that participants register well in advance of the hearing. Once you register, you will receive a confirmation email containing information about joining the meeting.

Topic: Team Systems International, LLC – Case No. 22-10066 (CTG)
Time: June 30, 2022 at 10:00 AM Eastern Time (US and Canada)

Registration Link:
https://debuscourts.zoomgov.com/meeting/register/vJItdeisqjgpGw60FMlhoIf34ATjTwVfbuk

**CONTESTED MATTERS GOING FORWARD:**

1. Application of the Chapter 7 Trustee for an Order Authorizing Retention of Venable LLP as Special Counsel to the Chapter 7 Trustee Effective as of May 17, 2022 (filed on June 7, 2022) [D.I. 181]

   Response Deadline:   June 21, 2022

   Response Received:   None

   a. Limited Objection to Application of the Chapter 7 Trustee for an Order Authorizing Retention of Venable LLP as Special Counsel to the Chapter 7 Trustee Effective as of May 17, 2022 (filed June 20, 2022) [D.I. 201]

   b. GPDEV, LLC and Simons Exploration, Inc.'s Objection to the Chapter 7 Trustee's Application to Retain Venable LLP as Special Counsel (filed June 21, 2022) [D.I. 202]

      c.      Bering Straits Logistics Services, LLC's Joinder and Reservation of Rights to GPDEV, LLC and Simons Exploration, Inc.'s Objection to t Chapter 7 Trustee's Application to Retain Venable LLP as Special Counsel (filed June 23, 2022) [D.I. 206]

      Related Documents:   None

      Status:  An Order has been entered. Accordingly, no hearing is necessary.

2.      Motion of the Chapter 7 Trustee for Order Finding the Debtor and its Member in Contempt and for Sanctions Against the Debtor and its Members for Failure to Turnover Books and Records (filed on June 9, 2022) [D.I. 186]

      Response Deadline:   June 23, 2022

      Response Received:

      a.      Objection of Deborah Mott and Steven Acosta to Motion of the Chapter 7 Trustee for Order Finding the Debtor and its Members in Contempt and for Sanctions Against the Debtor and its Members for Failure to Turnover Books and Records (filed June 23, 2022) [D.I. 207]

      Related Documents:   None

      Status:  This matter is going forward.

Dated:  June 28, 2022

                                  ARCHER & GREINER, P.C.

                                  */s/ David W. Carickhoff*
                                  David W. Carickhoff (No. 3715)
                                  300 Delaware Avenue, Suite 1100
                                  Wilmington, DE 19801
                                  Tel: (302) 777-4350
                                  Fax: (302) 777-4352
                                  E-mail: dcarickhoff@archerlaw.com

                                  *Counsel to the Chapter 7 Trustee*

225035083v1