| Team Systems International, LLC - 22-10066 | | |
|---|---|---|
| June 30, 2022 - 10:00AM | | |
| Omnibus Hearing | | |
| First Name | Last Name | Party Representing | Firm Name |
| Steven | Acosta | TSI | Steve |
| Zachary | Balasko | United States of America | U.S. Department of Justice |
| David | Carickhoff | Chapter 7 Trustee | Archer & Greiner P.C. |
| William | Chipman | Bering | Chipman Brown Cicero & Cole LLP |
| Cabot | Christianson | Bering Straits Logistics Services, LLC | Law Office of Cabot Christianson, P.C. |
| Leonard | Collins | GPDEV, LLC and Simons Exploration, Inc. | Gray Robinson P.A. |
| Judge | Goldblatt | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Patrick | Infanti | Deborah Mott | Law Offices of Richard R. Robles P.A. |
| Jenny | Kasen | GPDEV, LLC (Creditor) | Kasen & Kasen, P.C. |
| Kevin | Mann | Deborah Mott and Steven Acosta | Cross & Simon, LLC |
| George | Miller | Chapter 7 Trustee | |
| Michael | Moody | GPDEV and Simons | Michael H. Moody Law, P.A. |
| Destiney | Parker-Thompson | Court | |
| George | Peterson | GPDev LLC | |
| Richard | Robles | Deborah Mott | Law Offices of Richard R. Robles P.A. |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| J. Stephen | Simms | Lindsay-Blee Americas | Simms Showers LLP |
| Jordan | Simons | Simons Exploration | |
| Miles | Taylor | Bankr. Ct. | |
| Demi | Yeager | Court | |
| Becky | Yerak | Wall Street Journal | News Corp |