**SCHWARTZ SLADKUS REICH GREENBERG ATLAS** LLP

David Martin - Phone: 561-769-5600 DMartin@ssrga.com



FILED 2022 JUN 29 AM 8:45 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

June 21, 2022

Hon. Craig T. Goldblatt, Bankruptcy Judge
U.S. Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801

**Re: Bankruptcy Petition #: 22-10066-CTG by Team Systems International, LLC**

Dear Judge Goldblatt:

I am the Chief Operating Officer of a creditor in this case, Robin Bresky, P.A. (or Bresky Law), which has recently merged with SSRGA. We filed a proof of claim in this Chapter 7 case. I am writing to express our support for George Miller remaining as the Chapter 7 Trustee in this case. Our claim of $4,000 is liquidated, undisputed, and non-contingent.

I attended the recent 341 meeting and voted against electing a new trustee. We want Mr. Miller to continue on as Trustee. We are confident that he will take actions that are in the best interests of the estate of the debtor, Team Systems International, LLC ("TSI").

We do not believe that GPDEV and Simons (creditors who are the opponents of TSI in a pending appeal) do not have standing as their claims are on appeal. We believe that the appeal has merit. Thank you for considering this letter.

Respectfully submitted,

/s/ *David Martin*

David Martin
Chief Operating Officer

444 Madison Avenue, New York, NY 10022 | Main: 212-743-7000 Fax: 212-743-7001
2424 N Federal Hwy Ste 456, Boca Raton, FL 33431 | Main: 561-769-5600 Fax: 561-769-5660
www.SSRGA.com