# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | **Re: Docket Nos. 167, 174, 177, 187 and 223** |

## ORDER ADJUDICATING MOTION TO RESOLVE DISPUTED ELECTION AND APPOINTING PERMANENT CHAPTER 7 TRUSTEE

Upon the *Creditors' Joint Motion for Resolution of Disputed Election* ("Motion to Resolve Disputed Election") [D.I. 174]; and upon consideration of the *Objection of Interim Trustee to Creditors' Joint Motion for Resolution of Disputed Election* [D.I. 177]; and upon consideration of all filings related to the Motion to Resolve Disputed Election, including the Report of Disputed Election of Chapter 7 Trustee [D.I. 167], and arguments of counsel and the evidence presented at the hearing on the Motion to Resolve Disputed Election; and for the reasons stated in the Court's Memorandum Opinion entered on July 15, 2022 [D.I. 223],

**IT IS HEREBY ORDERED THAT:**

1.  George L. Miller is the permanent trustee in this case.

2.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 28th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**