# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066-CTG<br><br>**Re: Docket No. 222** |

## NOTICE OF APPEAL

Equity interest holders and parties in interest, Deborah Mott and Steven Acosta, by and through undersigned counsel, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8001, 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order with Respect to Trustee's Motion to Hold Debtor in Contempt* [D.I. 222], entered on July 14, 2022, by the United States Bankruptcy Court for the District of Delaware (a copy of which is attached hereto as Exhibit "A"). The names of the parties to this appeal and the names, addresses, phone numbers and email addresses of their respective counsel are as follows:

| **Appellants:**<br><br>Deborah Mott and Steven Acosta | CROSS & SIMON, LLC<br>Kevin S. Mann (No. 4576)<br>1105 N. Market Street, Suite 901<br>Wilmington, Delaware 19801<br>(302) 777-4200<br>kmann@crosslaw.com<br><br>-and-<br><br>Richard R. Robles, Esquire<br>Law Offices of Richard R. Robles, P.A.<br>905 Brickell Bay Drive, Suite 228<br>Miami, Florida 33131<br>(305) 755-9200<br>rrobles@roblespa.com |
|---|---|

| | |
|---|---|
| **Appellee:**<br><br>George L. Miller, as chapter 7 trustee of the estate of Team Systems International, LLC | ARCHER & GREINER, P.C.<br>David W. Carickhoff (No. 3715)<br>300 Delaware Ave., Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 777-4350<br>Facsimile: (302) 777-4352<br>Email: dcarickhoff@archerlaw.com |

Dated: July 28, 2022

CROSS & SIMON, LLC

 /s/ Kevin S. Mann
Kevin S. Mann (No. 4576)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
kmann@crosslaw.com

-and-

Richard R. Robles, Esquire
Law Offices of Richard R. Robles, P.A.
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
(305) 755-9200
rrobles@roblespa.com

*Counsel to Deborah Mott and Steven Acosta*