## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |

*SECOND AMENDED*[1] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 14, 2022 AT 1:00 P.M.**

---

**THIS MATTER WILL BE TAKING PLACE IN-PERSON.
ALL PARTIES AND WITNESSES ARE EXPECTED TO APPEAR IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**

**Appearances at in-person court proceedings using Zoom are allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; (iii) a party who has a good faith health-related reason and has obtained permission from Judge Goldblatt's chambers to appear remotely, or (iv) other extenuating circumstances as determined by Judge Goldblatt.**

**Zoom registration link:**
https://debuscourts.zoomgov.com/meeting/register/vJItcOmqqT4sHFVmonUm5OOmKHMLz6kjrwc

---

**UNDERLINE UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED:**

1. Motion to Strike Portions of GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election (filed on August 17, 2022) [D.I. 238]

   Response Deadline:    August 31, 2022

   Response Received:   None

   Related Documents:

   a.    Certificate of No Objection (filed on September 1, 2022) [D.I. 246]

---

[1] Amended items appear in boldfaced or italicized type.

b.   Order Granting Motion to Strike Portions of GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election (entered on September 8, 2022) [D.I. 248]

Status:  An Order has been entered. Accordingly, no hearing is necessary.

2.   Motion for Entry of an Order Authorizing the Chapter 7 Trustee to Retain and Compensate Experts in Connection with FEMA Claims Litigation (filed on August 25, 2022) [D.I. 244]

Response Deadline:   September 7, 2022

Response Received:   None

Related Documents:

a.   Certificate of No Objection (filed on September 8, 2022) [D.I. 249]

b.   Order Authorizing the Chapter 7 Trustee to Retain and Compensate Experts in Connection with FEMA Claims Litigation (entered on September 9, 2022) [D.I. 250]

Status:  An Order has been entered. Accordingly, no hearing is necessary.

**MATTERS GOING FORWARD:**

3.   GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election (D.I. 228) (filed on August 11, 2022) [D.I. 237]

Response Deadline:   August 25, 2022

Responses Received:

a.   Objection of the United States Trustee to GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election [D.I. 237] (filed on August 25, 2022) [D.I. 241]

b.   Objection of the Chapter 7 Trustee to GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election (D.I. 228) (filed on August 25, 2022) [D.I. 242]

c.      Joinder of Deborah Mott and Steven Acosta to Objections to GPDEV, LLC and Simons Exploration, Inc.'s Motion to Alter and/or Amend the Order Adjudicating Motion to Resolve Disputed Election (filed on August 25, 2022) [D.I. 243]

Related Documents:   None

Status:  This matter is going forward.

## ADJOURNED MATTER:

4.      Motion to Compel Trustee to File Notice Confirming Receipt of Documents (filed on August 18, 2022) [D.I. 239]

Response Deadline:    September 1, 2022

Responses Received:

a.      Objection of the Chapter 7 Trustee to Motion of Insiders to Compel Trustee to File Notice Confirming Receipt of Documents (filed on September 1, 2022) [D.I. 245]

b.      Reply of Deborah Mott and Steven Acosta in Support of Motion to Compel Trustee to File Notice Confirming Receipt of Documents (filed on September 9, 2022) [D.I. 251]

Related Documents:

a.      Notice of Deposition (filed on September 2, 2022) [D.I. 247]

b.      **Trustee's Witness and Exhibit List for Hearing on Motion to Compel on September 14, 2022 (filed on September 13, 2022) [D.I. 254]**

Status:  **This matter is adjourned to a future date by agreement of the parties.**

Dated:  September 13, 2022

ARCHER & GREINER, P.C.

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com

*Counsel to the Chapter 7 Trustee*

225612730v1