**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TEAM SYSTEMS INTERNATIONAL, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-10066 (CTG) <br><br> **Related Docket No. 237** |

## ORDER DENYING MOTION FOR RECONSIDERATION

This matter, having come before the Court on GPDEV, LLC and Simons Exploration Inc.'s motion to alter and/or amend the order adjudicating motion to resolve disputed election (the "Motion"), and

Upon consideration of the parties' submissions and the arguments of counsel, and for the reasons stated in the letter opinion [D.I. 258],

IT IS HEREBY ORDERED that the Motion is DENIED.

Dated: September 21, 2022

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE