# EXHIBIT B

# Examination Topics

225883369v1

## (i) TSI Gulf Coast, LLC

1. A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2. An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.

225883369v1

### (ii) Randall L. Leshin, P.A.

1) A copy of all communications, statements, invoices, bids, proposals, agreements, and/or any contracts, signed or unsigned related to Team Systems International, LLC, from September 2017 to Present;

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies; and

3) A copy of any and all statements, agreements, and communications related to any trust, escrow or fiduciary accounts in the name of and/or for the benefit of Team Systems International, LLC from September 2017 to Present.

### (iii) Tunnell & Raysor, P.A.

1) A copy of all communications, statements, invoices, bids, proposals, agreements, and/or any contracts, signed or unsigned related to Team Systems International, LLC, from September 2017 to Present;

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies; and

3) A copy of any and all statements, agreements, and communications related to any trust, escrow or fiduciary accounts in the name of and/or for the benefit of Team Systems International, LLC from September 2017 to Present.

### (iv) TD Bank, N.A.

1) A copy of all bank account statements and associated cancelled checks, as well as all detailed records of external wire transfers and internal transfers within TD Bank, both in and out of the account, with detailed sender or recipient names and account details for any TD Account in the name of Team Systems International, LLC, to include, but not limited to, Accounts ending in 3053 and 3152 from September 2017 to Present;

2) A copy of any detailed transaction records related to the $89,194.94 debit in October 2018 from the Team Systems International, LLC TD Bank Account ending in 3152;

3) A copy of any detailed transaction records related to the $108,862.02 debit in December 2018 from the Team Systems International, LLC TD Bank Account ending in 3152;

4) A copy of any detailed transaction records related to the $900,000.00 debit in March 2019 from the Team Systems International, LLC TD Bank Account ending in 3152; and

5) A copy of any detailed transaction records related to the three separate $50,000.00 debits in April 2019 from the Team Systems International, LLC TD Bank Account ending in 3152.

## (v) Artisan's Bank

1) A copy of all bank account statements and associated cancelled checks, as well as all detailed records of external wire transfers and internal transfers within Artisan's Bank, both in and out of the account, with detailed sender or recipient names and account details for any Artisan's Bank Account in the name of Team Systems International, LLC, to include, but not limited to, Account ending 2968 from September 2017 to Present.

### (vi) Luis A. Ayala Colón Sucrs., Inc.

1) A copy of all communications, statements, invoices, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present;

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies;

3) A copy of all communications, from Deborah Mott or Deborah Evans Mott, and/or Christopher P. Mott, and/or Stephen Matthew Acosta, and/or John Canal and/or Coakley Logistics Services, LLC, and/or Coakley Logistics, LLC, related to any work performed by Luis A. Ayala Colón Sucrs., Inc., for Team Systems International, LLC; and

4) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from John Canal individually, or acting on behalf of Team Systems International, LLC, and/or related to Coakley Logistics Services, LLC, and/or Coakley Logistics, LLC, from September 2017 to Present, including the reason and detailed support documentation for any said monies.

**(vii) National Financial Services, Inc., National Life Group, National Life Insurance Company, and Equity Services Inc. (collectively, the "National Life Entities")**

1) A copy of all communications, customer agreements, account agreements, and/or any financial product proposals, and/or any executed financial product agreements related to Team Systems International, LLC from September 2017 to Present;

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies; and

3) A copy of any and all statements, agreements, and communications related to any National Financial Services, Inc., National Life Group, National Life Insurance Company, and/or Equity Services, Inc. accounts or financial products in the name of Team Systems International, LLC, from September 2017 to Present.

## (viii) Coffelt Land Title, Inc.

1. A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2. An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.

225883369v1

## (ix) McBee Custom Homes

1. A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2. An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.

## (x) Addy Road LLC

1) A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.

**(xi) Southern Title Holding Company, LLC**

1. A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2. An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.

### (xii) Lindsay Blee Americas LLC

1) A copy of all communications, statements, invoices, purchase orders, bids, proposals, agreements, and/or any contracts, signed or unsigned, related to Team Systems International, LLC from September 2017 to Present; and

2) An accounting of all monies, checks, transfers, cash and/or any other form of consideration sent to or received from Team Systems International, LLC from September 2017 to Present, including the reason and detailed supporting documentation for any said monies.