**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>Hearing Date: Dec. 14, 2022 at 1:00 p.m.<br>Objection Deadline: Nov. 18, 2022 at 4:00 p.m. |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF VARIOUS ENTITIES**

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee of the bankruptcy estate of Team Systems International, LLC, filed the **Motion of Chapter 7 Trustee for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of Various Entities** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware, 19801, and served upon and received by the undersigned proposed counsel for the Trustee on or before **November 18, 2022 at 4:00 p.m. (ET)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if a response is timely filed, served, and received, a hearing on the Motion is scheduled to be held before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware, 19801 on **December 14, 2022 at 1:00 p.m. (ET)**.

225883369v1

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 10, 2022 | ARCHER & GREINER, P.C.<br><br>*/s/ David W. Carickhoff*<br>David W. Carickhoff (No. 3715)<br>Bryan J. Hall (No. 6285)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>(302) 777-4350<br>(302) 777-4352 (fax)<br>dcarickhoff@archerlaw.com<br>bjhall@archerlaw.com<br><br>*Counsel for the Chapter 7 Trustee* |