## SERVICE LIST

**Via Email**

Addy Road LLC
Attn: Managing Member Deborah Mott
20 Addy Road
Bethany Beach, DE 19930
dmott@addyroad.com

Michael H. Moody Law, P.A.
c/o Michael Moody, Esq.
1881-A Northwood Center Blvd
Tallahassee, FL 32303
Michael.Moody@michaelhmoodylaw.com

ROBINSON & COLE LLP
Curtis J. Crowther
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
ccrowther@rc.com

Law Office of Cabot Christianson, P.C.
Cabot Christianson, Esq.
911 West 8th Ave., Suite 201
Anchorage, AK 99501
cabot@cclawyers.net

Kevin S. Mann
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE 19801
kmann@crosslaw.com

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Lindsay Blee Americas LLC
Attn: Managing Member
1110 Douglas Avenue
Altamonte Springs, FL  32714
jssimms@simmsshowers.com

Kasen & Kasen, P.C.
c/o Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003
jkasen@kasenlaw.com

J. Zachary Balasko
U.S. Department of Justice
Civil Division
1100 L Street, NW
Room 7530
Washington, DE 20002
john.z.balasko@usdoj.gov

Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr.
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

**Via First Class Mail**

| | |
|---|---|
| TSI Gulf Coast, LLC<br>Attn: Managing Member<br>10131 Summit Run Drive,<br>Frisco, TX 75035-4725 | Randall L. Leshin<br>Randall L. Leshin, P.A.<br>18 Briarcliff Place,<br>Huntington, NY 11743-1826 |
| Tunnell & Raysor, P.A.<br>30 East Pine Street,<br>Georgetown, DE 19947 | TD Bank, N.A.<br>Attn: Legal Department<br>1701 Route 70 East,<br>Cherry Hill, NJ 08034 |
| Artisan's Bank<br>Attn: Legal Department<br>Red Clay Center at Little Falls,<br>2961 Centerville Road<br>Wilmington, DE 19808-1611 | Luis A. Ayala Colón Sucrs., Inc.<br>Attn: Legal Department<br>3091 Santiago de Los Caballeros Avenue<br>Ponce, Puerto Rico 00716 |
| National Financial Services, Inc.;<br>National Life Group;<br>National Life Insurance Company;<br>Equity Services Inc.<br>Attn: Legal Department<br>1 National Life Drive,<br>Montpelier, VT 05604 | Coffelt Land Title, Inc.<br>1006 W. Foxwood Drive<br>Raymore, MO 64083 |
| Coffelt Land Title, Inc.<br>1006 W. Foxwood Drive<br>Raymore, MO 64083 | McBee Custom Homes, LC<br>c/o Steve McBee<br>1203 E US Hwy 24<br>Independence, MO 64050 |
| Addy Road LLC<br>Attn: Managing Member Deborah Mott<br>20 Addy Road<br>Bethany Beach, DE 19930 | Southern Title Holding Company, LLC<br>2335 Beville Road<br>Daytona Beach, FL 32119 |
| Lindsay Blee Americas LLC<br>Attn: Managing Member<br>1110 Douglas Avenue<br>Altamonte Springs, FL 32714 | |

225883369v1