# EXHIBIT B

# Examination Topics

### (i) Steven Acosta

1. Identify all entities that you (as used herein, Steven Acosta) control or have an ownership interest in that received money or other consideration from Team Systems International, LLC (each such entity referred to herein as an "Other Entity") between September 1, 2017 through March 31, 2022.

2. Describe the goods, services, or other consideration provided by each Other Entity to Team Systems International, LLC ("TSI") that formed the basis for any payment or other consideration received from TSI (each, a "TSI Transfer").

3. Identify each TSI Transfer received by each Other Entity, including the date of the TSI Transfer and the consideration provided.

4. Produce any documentation, including any invoices, purchase orders, emails or other communications regarding the provision of such goods, services, or other consideration to TSI from each Other Entity that supports each TSI Transfer.

5. Produce any documentation, including any invoices, purchase orders, emails, other communications, bank statements, and cancelled checks, regarding each TSI Transfer.

6. Identify each payment or other consideration that you received from TSI (each, a "TSI Distribution") from January 1, 2018 through the present date.

7. Produce any personal bank statements, cancelled checks, or other documentation reflecting each TSI Distribution.

8. Produce your personal federal tax returns for the tax years 2017 through 2021, including any supporting schedules to such returns.

9. Identify any real estate that you or an entity that you control acquired on or after January 1, 2018, including the address and tax parcel number for such real estate, and identify the person(s) or entity that currently owns or holds such real estate.

226083303v1

### (ii) Deborah Mott

1. Identify all entities that you (as used herein, Deborah Mott) control or have an ownership interest in that received money or other consideration from Team Systems International, LLC (each such entity referred to herein as an "Other Entity") between September 1, 2017 through March 31, 2022.

2. Describe the goods, services, or other consideration provided by each Other Entity to Team Systems International, LLC ("TSI") that formed the basis for any payment or other consideration received from TSI (each, a "TSI Transfer").

3. Identify each TSI Transfer received by each Other Entity, including the date of the TSI Transfer and the consideration provided.

4. Produce any documentation, including any invoices, purchase orders, emails or other communications regarding the provision of such goods, services, or other consideration to TSI from each Other Entity that supports each TSI Transfer.

5. Produce any documentation, including any invoices, purchase orders, emails, other communications, bank statements, and cancelled checks, regarding each TSI Transfer.

6. Identify each payment or other consideration that you received from TSI (each, a "TSI Distribution") from January 1, 2018 through the present date.

7. Produce any personal bank statements, cancelled checks, or other documentation reflecting each TSI Distribution.

8. Produce your personal federal tax returns for the tax years 2017 through 2021, including any supporting schedules to such returns.

9. Identify any real estate that you or an entity that you control acquired on or after January 1, 2018, including the address and tax parcel number for such real estate, and identify the person(s) or entity that currently owns or holds such real estate.

226083303v1

### (iii) Shulman Rodgers, P.A.

1) Produce a copy of all non-privileged communications, statements, invoices, bids, proposals, agreements, and/or any contracts, signed or unsigned related to the purchase of real estate on behalf of Deborah Mott or an entity owned or controlled by Deborah Mott from September 2017 to Present; and

2) Produce a copy of any and all non-privileged communications, statements, and agreements related to any trust, escrow or fiduciary accounts in the name of and/or for the benefit of Deborah Mott or an entity owned or controlled by Deborah Mott from September 2017 to Present.

226083303v1