# EXHIBIT A

**Fraudulent Transfers**

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant Deborah Evans Mott**

| Transfer Source | Transfer Date | Transfer Amount | Transferee |
|---|---|---|---|
| TSI BBVA Account #8953 | 4/12/2018 | $ 319,849.91 | Southern Title |
| TSI BBVA Account #8953 | 4/25/2018 | $ 30,000.00 | Deborah Evans Mott |
| TSI BBVA Account #8953 | 4/25/2018 | $ 60,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 7/13/2018 | $ 40,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 8/8/2018 | $ 170,100.00 | Southern Title |
| TSI BBVA Account #9759 | 8/21/2018 | $ 24,232.50 | All Aqua Pools |
| TSI BBVA Account #7965 | 8/21/2018 | $ 20,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 8/27/2018 | $ 24,235.00 | All Aqua Pools |
| TSI BBVA Account #9759 | 8/27/2018 | $ 150,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 9/10/2018 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 9/25/2018 | $ 19,232.50 | All Aqua Pools |
| TSI BBVA Account #9759 | 9/27/2018 | $ 30,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 10/5/2018 | $ 25,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 10/11/2018 | $ 35,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 10/23/2018 | $ 80,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 12/3/2018 | $ 30,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 12/3/2018 | $ 70,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 1/9/2019 | $ 7,750.00 | All Aqua Pools |
| TSI BBVA Account #9759 | 2/13/2019 | $ 25,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 2/13/2019 | $ 25,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 3/5/2019 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 3/5/2019 | $ 50,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 5/14/2019 | $ 50,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 6/17/2019 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 8/5/2019 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 8/7/2019 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 2/28/2020 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 3/17/2020 | $ 150,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 3/18/2020 | $ 214,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 3/18/2020 | $ 195,000.00 | Deborah Evans Mott |
| TSI BBVA Account #9759 | 3/18/2020 | $ 198,000.00 | Deborah Evans Mott |
| TSI BBVA Account #7965 | 6/11/2020 | $ 75,072.00 | McBee Custom Homes |
| TSI BBVA Account #7965 | 8/10/2020 | $ 200,000.00 | Coffelt Land Title |
| TSI BBVA Account #9759 | 8/10/2020 | $ 141,117.04 | Coffelt Land Title |
| TSI BBVA Account #7965 | 1/5/2021 | $ 78,000.00 | Deborah Evans Mott |
| TSI BBVA Account #2888 | 5/10/2021 | $ 100,000.00 | Deborah Evans Mott |
| TSI BBVA Account #2888 | 5/10/2021 | $ 150,000.00 | Deborah Evans Mott |
| | | | |
| **Total Transfers[#]** | | **$ 3,386,588.95** | |

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant Steven M. Acosta**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---:|---:|
| TSI BBVA Account #8953 | 2/21/2018 | $ 130,000.00 |
| TSI BBVA Account #8953 | 5/3/2018 | $ 150,000.00 |
| TSI BBVA Account #9759 | 7/16/2018 | $ 2,000.00 |
| TSI BBVA Account #9759 | 8/3/2018 | $ 3,000.00 |
| TSI BBVA Account #9759 | 12/3/2018 | $ 50,000.00 |
| TSI BBVA Account #9759 | 3/20/2019 | $ 20,000.00 |
| TSI BBVA Account #7965 | 4/12/2019 | $ 150,000.00 |
| TSI BBVA Account #9759 | 7/19/2019 | $ 100,000.00 |
| TSI BBVA Account #7965 | 8/5/2019 | $ 11,000.00 |
| TSI BBVA Account #7965 | 2/4/2020 | $ 20,000.00 |
| TSI BBVA Account #9759 | 2/24/2020 | $ 25,000.00 |
| TSI BBVA Account #9759 | 3/2/2020 | $ 10,054.80 |
| TSI BBVA Account #9759 | 3/13/2020 | $ 50,000.00 |
| TSI BBVA Account #7965 | 3/13/2020 | $ 11,000.00 |
| TSI BBVA Account #9759 | 6/8/2020 | $ 100,000.00 |
| TSI BBVA Account #9759 | 9/1/2020 | $ 50,000.00 |
| TSI BBVA Account #9759 | 10/13/2020 | $ 100,000.00 |
| TSI BBVA Account #9759 | 12/2/2020 | $ 100,000.00 |
| TSI BBVA Account #9759 | 12/30/2020 | $ 13,972.35 |
| TSI BBVA Account #7965 | 1/21/2021 | $ 100,000.00 |
| TSI BBVA Account #7965 | 2/16/2021 | $ 37,500.00 |
| TSI BBVA Account #9759 | 4/15/2021 | $ 35,000.00 |
| TSI BBVA Account #7965 | 5/26/2021 | $ 14,000.00 |
| TSI BBVA Account #7965 | 6/1/2021 | $ 25,000.00 |
| TSI BBVA Account #9759 | 6/16/2021 | $ 12,804.00 |
| TSI BBVA Account #9759 | 6/30/2021 | $ 35,000.00 |
| TSI BBVA Account #7965 | 7/22/2021 | $ 6,853.54 |
| TSI BBVA Account #9759 | 7/30/2021 | $ 7,000.00 |
| TSI BBVA Account #9759 | 8/3/2021 | $ 20,000.00 |
| TSI BBVA Account #9759 | 8/31/2021 | $ 10,000.00 |
| TSI BBVA Account #7965 | 9/7/2021 | $ 13,606.00 |
| TSI BBVA Account #9759 | 9/30/2021 | $ 11,500.00 |
| | | |
| **Total Transfers[#]** | | **$ 1,424,290.69** |

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant Christopher Mott**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---:|---:|
| TSI BBVA Account #8953 | 2/5/2018 | $ 5,400.00 |
| TSI BBVA Account #8953 | 2/26/2018 | $ 10,000.00 |
| TSI BBVA Account #8953 | 3/22/2018 | $ 50,000.00 |
| TSI BBVA Account #8953 | 3/27/2018 | $ 9,000.00 |
| TSI BBVA Account #8953 | 4/27/2018 | $ 5,000.00 |
| TSI BBVA Account #8953 | 5/16/2018 | $ 10,000.00 |
| TSI BBVA Account #8953 | 5/29/2018 | $ 4,500.00 |
| TSI BBVA Account #9759 | 7/31/2018 | $ 6,000.00 |
| TSI BBVA Account #7965 | 8/6/2018 | $ 3,000.00 |
| TSI BBVA Account #7965 | 8/8/2018 | $ 1,400.00 |
| TSI BBVA Account #7965 | 8/14/2018 | $ 2,000.00 |
| TSI BBVA Account #7965 | 8/22/2018 | $ 3,000.00 |
| TSI BBVA Account #9759 | 9/6/2018 | $ 8,000.00 |
| TSI BBVA Account #7965 | 9/13/2018 | $ 2,500.00 |
| TSI BBVA Account #7965 | 9/18/2018 | $ 4,000.00 |
| TSI BBVA Account #9759 | 9/27/2018 | $ 10,000.00 |
| TSI BBVA Account #7965 | 10/11/2018 | $ 2,280.00 |
| TSI BBVA Account #9759 | 10/16/2018 | $ 5,000.00 |
| TSI BBVA Account #7965 | 10/22/2018 | $ 51,000.00 |
| TSI BBVA Account #7965 | 10/26/2018 | $ 3,500.00 |
| TSI BBVA Account #7965 | 11/2/2018 | $ 4,500.00 |
| TSI BBVA Account #7965 | 11/7/2018 | $ 5,000.00 |
| TSI BBVA Account #7965 | 12/3/2018 | $ 20,000.00 |
| TSI BBVA Account #9759 | 12/3/2018 | $ 10,000.00 |
| TSI BBVA Account #9759 | 1/7/2019 | $ 20,000.00 |
| TSI BBVA Account #9759 | 1/14/2019 | $ 10,000.00 |
| TSI BBVA Account #9759 | 1/15/2019 | $ 7,000.00 |
| TSI BBVA Account #9759 | 1/29/2019 | $ 8,000.00 |
| TSI BBVA Account #9759 | 1/31/2019 | $ 4,000.00 |
| TSI BBVA Account #9759 | 2/11/2019 | $ 5,000.00 |
| TSI BBVA Account #7965 | 2/19/2019 | $ 12,500.00 |
| TSI BBVA Account #7965 | 3/1/2019 | $ 15,000.00 |
| TSI BBVA Account #9759 | 4/3/2019 | $ 12,000.00 |
| TSI BBVA Account #7965 | 4/8/2019 | $ 2,000.00 |
| TSI BBVA Account #7965 | 4/30/2019 | $ 4,500.00 |
| TSI BBVA Account #9759 | 5/14/2019 | $ 2,500.00 |
| TSI BBVA Account #7965 | 5/22/2019 | $ 8,000.00 |

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant Christopher Mott**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---:|---:|
| TSI BBVA Account #7965 | 5/22/2019 | $ 2,000.00 |
| TSI BBVA Account #7965 | 5/30/2019 | $ 2,500.00 |
| TSI BBVA Account #7965 | 6/7/2019 | $ 12,000.00 |
| TSI BBVA Account #9759 | 6/17/2019 | $ 10,000.00 |
| TSI BBVA Account #9759 | 6/24/2019 | $ 30,000.00 |
| TSI BBVA Account #7965 | 7/12/2019 | $ 3,500.00 |
| TSI BBVA Account #9759 | 7/31/2019 | $ 10,000.00 |
| TSI BBVA Account #9759 | 8/13/2019 | $ 21,000.00 |
| TSI BBVA Account #9759 | 8/23/2019 | $ 30,000.00 |
| TSI BBVA Account #9759 | 9/3/2019 | $ 2,600.00 |
| TSI BBVA Account #7965 | 9/23/2019 | $ 8,000.00 |
| TSI BBVA Account #7965 | 9/23/2019 | $ 2,000.00 |
| TSI BBVA Account #9759 | 10/1/2019 | $ 10,000.00 |
| TSI BBVA Account #9759 | 10/15/2019 | $ 5,000.00 |
| TSI BBVA Account #9759 | 10/28/2019 | $ 13,000.00 |
| TSI BBVA Account #7965 | 11/4/2019 | $ 850.00 |
| TSI BBVA Account #9759 | 11/12/2019 | $ 5,000.00 |
| TSI BBVA Account #7965 | 11/14/2019 | $ 4,500.00 |
| TSI BBVA Account #7965 | 11/20/2019 | $ 5,500.00 |
| TSI BBVA Account #9759 | 11/29/2019 | $ 5,000.00 |
| TSI BBVA Account #7965 | 11/29/2019 | $ 50,000.00 |
| TSI BBVA Account #7965 | 12/26/2019 | $ 10,000.00 |
| TSI BBVA Account #7965 | 1/6/2020 | $ 5,000.00 |
| TSI BBVA Account #7965 | 1/21/2020 | $ 1,500.00 |
| TSI BBVA Account #7965 | 1/23/2020 | $ 1,500.00 |
| TSI BBVA Account #9759 | 2/3/2020 | $ 10,000.00 |
| TSI BBVA Account #9759 | 2/3/2020 | $ 5,000.00 |
| TSI BBVA Account #9759 | 2/11/2020 | $ 5,000.00 |
| TSI BBVA Account #9759 | 2/24/2020 | $ 10,000.00 |
| TSI BBVA Account #9759 | 3/2/2020 | $ 4,000.00 |
| TSI BBVA Account #9759 | 3/6/2020 | $ 3,000.00 |
| TSI BBVA Account #9759 | 3/9/2020 | $ 3,500.00 |
| TSI BBVA Account #9759 | 3/13/2020 | $ 50,000.00 |
| TSI BBVA Account #7965 | 4/2/2020 | $ 10,000.00 |
| TSI BBVA Account #7965 | 4/28/2020 | $ 10,650.00 |
| TSI BBVA Account #9759 | 5/11/2020 | $ 4,500.00 |
| TSI BBVA Account #7965 | 5/27/2020 | $ 11,000.00 |

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant Christopher Mott**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---:|---:|
| TSI BBVA Account #9759 | 6/12/2020 | $ 500.00 |
| TSI BBVA Account #9759 | 6/30/2020 | $ 10,000.00 |
| TSI BBVA Account #9759 | 7/24/2020 | $ 16,000.00 |
| TSI BBVA Account #9759 | 7/28/2020 | $ 10,000.00 |
| TSI BBVA Account #9759 | 8/17/2020 | $ 2,500.00 |
| TSI BBVA Account #7965 | 8/27/2020 | $ 8,000.00 |
| TSI BBVA Account #7965 | 9/1/2020 | $ 2,000.00 |
| TSI BBVA Account #9759 | 9/25/2020 | $ 10,000.00 |
| TSI BBVA Account #7965 | 10/13/2020 | $ 2,000.00 |
| TSI BBVA Account #7965 | 11/2/2020 | $ 2,000.00 |
| TSI BBVA Account #9759 | 11/24/2020 | $ 2,800.00 |
| TSI BBVA Account #9759 | 11/30/2020 | $ 7,000.00 |
| TSI BBVA Account #9759 | 12/22/2020 | $ 3,000.00 |
| TSI BBVA Account #7965 | 12/30/2020 | $ 10,000.00 |
| TSI BBVA Account #7965 | 1/14/2021 | $ 50,000.00 |
| TSI BBVA Account #7965 | 2/8/2021 | $ 40,000.00 |
| TSI BBVA Account #7965 | 3/11/2021 | $ 37,350.00 |
| TSI BBVA Account #9759 | 3/31/2021 | $ 4,000.00 |
| TSI BBVA Account #7965 | 4/14/2021 | $ 3,000.00 |
| TSI BBVA Account #7965 | 4/26/2021 | $ 10,000.00 |
| TSI BBVA Account #7965 | 5/17/2021 | $ 10,000.00 |
| TSI BBVA Account #7965 | 5/25/2021 | $ 2,500.00 |
| TSI BBVA Account #7965 | 6/3/2021 | $ 8,500.00 |
| TSI BBVA Account #9759 | 6/9/2021 | $ 1,300.00 |
| TSI BBVA Account #9759 | 6/18/2021 | $ 2,000.00 |
| TSI BBVA Account #9759 | 6/18/2021 | $ 3,600.00 |
| TSI BBVA Account #9759 | 6/23/2021 | $ 1,000.00 |
| TSI BBVA Account #9759 | 6/28/2021 | $ 10,000.00 |
| TSI BBVA Account #7965 | 7/20/2021 | $ 1,304.00 |
| TSI BBVA Account #9759 | 7/20/2021 | $ 1,000.00 |
| TSI BBVA Account #9759 | 7/23/2021 | $ 2,000.00 |
| TSI BBVA Account #9759 | 7/30/2021 | $ 8,000.00 |
| TSI BBVA Account #9759 | 8/3/2021 | $ 1,752.00 |
| TSI BBVA Account #9759 | 8/11/2021 | $ 2,000.00 |
| TSI BBVA Account #9759 | 8/30/2021 | $ 5,700.00 |
| TSI BBVA Account #9759 | 9/2/2021 | $ 4,000.00 |
| TSI BBVA Account #9759 | 9/24/2021 | $ 7,000.00 |

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant Christopher Mott**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---|---|
| TSI BBVA Account #9759 | 9/29/2021 | $ 3,441.00 |
| | | |
| **Total Transfers[#]** | | **$ 1,027,927.00** |

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant John S. Maciorowski**

| Transfer Source | Transfer Date | Transfer Amount | Transferee |
|---|---:|---:|---|
| TSI BBVA Account #8953 | 1/22/2018 | $ 21,000.00 | John S. Maciorowski |
| TSI BBVA Account #8953 | 2/22/2018 | $ 160,000.00 | John S. Maciorowski |
| TSI BBVA Account #8953 | 3/2/2018 | $ 110,000.00 | John S. Maciorowski |
| TSI BBVA Account #8953 | 3/9/2018 | $ 130,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 3/19/2018 | $ 125,000.00 | John S. Maciorowski |
| TSI BBVA Account #8953 | 4/12/2018 | $ 319,849.91 | Southern Title |
| TSI BBVA Account #8953 | 5/30/2018 | $ 40,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 8/8/2018 | $ 10,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 8/8/2018 | $ 170,100.00 | Southern Title |
| TSI BBVA Account #7965 | 8/21/2018 | $ 10,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 8/27/2018 | $ 24,235.00 | All Aqua Pools |
| TSI BBVA Account #7965 | 9/4/2018 | $ 20,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 12/3/2018 | $ 30,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 12/27/2018 | $ 14,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 1/29/2019 | $ 25,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 2/13/2019 | $ 2,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 2/19/2019 | $ 10,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 3/1/2019 | $ 12,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 3/21/2019 | $ 20,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 4/8/2019 | $ 40,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 7/1/2019 | $ 45,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 8/7/2019 | $ 50,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 10/1/2019 | $ 100,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 11/29/2019 | $ 30,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 12/12/2019 | $ 100,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 12/27/2019 | $ 75,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 3/17/2020 | $ 200,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 3/18/2020 | $ 194,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 12/15/2020 | $ 75,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 1/5/2021 | $ 75,000.00 | John S. Maciorowski |
| TSI BBVA Account #7965 | 4/15/2021 | $ 50,000.00 | John S. Maciorowski |
| TSI BBVA Account #9759 | 8/31/2021 | $ 10,000.00 | John S. Maciorowski |
| | | | |
| **Total Transfers**[#] | | **$ 2,297,184.91** | |

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant Addy Road LLC**

| Transfer Source | Transfer Date | Transfer Amount | |
|---|---:|---:|---|
| TSI BBVA Account #7965 | 6/4/2019 | $ 25,000.00 | * |
| TSI BBVA Account #7965 | 7/10/2019 | $ 928,843.10 | * |
| TSI BBVA Account #9759 | 7/19/2019 | $ 2,500.00 | * |
| TSI BBVA Account #2888 | 2/27/2020 | $ 3,000,000.00 | |
| TSI BBVA Account #9759 | 2/27/2020 | $ 50,000.00 | |
| **Total Transfers**# | | **$ 4,006,343.10** | |

*Transfers made by TSI to Tunnell & Raysor, P.A. for the purchase of real property owned by Addy Road LLC.

# The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant Brent Road LLC**

| Transfer Source | Transfer Date | Transfer Amount | |
|---|---:|---:|---|
| TSI BBVA Account #8953 | 5/14/2018 | $ 100,000.00 | * |
| | | | |
| TSI BBVA Account #7965 | 8/8/2018 | $ 62,000.00 | * |
| | | | |
| TSI BBVA Account #7965 | 8/8/2018 | $ 5,000.00 | * |
| | | | |
| TSI BBVA Account #9759 | 8/22/2018 | $ 1,666,432.86 | * |
| | | | |
| **Total Transfers**# | | **$ 1,833,432.86** | |

*Transfers made by TSI to Shulman Rogers Gandal Pordy & Ecker P.A. for the purchase of real property purchased by Brent Road LLC and subsequently transferred to Jessica M. Smith and Benjamin P. Smith.

# The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant Benjamin P. Smith**

| Transfer Source | Transfer Date | Transfer Amount | |
|---|---:|---:|---|
| TSI BBVA Account #8953 | 5/14/2018 | $ 100,000.00 | * |
| TSI BBVA Account #8953 | 5/30/2018 | $ 15,000.00 | |
| TSI BBVA Account #9759 | 7/12/2018 | $ 22,000.00 | |
| TSI BBVA Account #7965 | 8/8/2018 | $ 62,000.00 | * |
| TSI BBVA Account #7965 | 8/8/2018 | $ 5,000.00 | * |
| TSI BBVA Account #9759 | 8/22/2018 | $ 1,666,432.86 | * |
| TSI BBVA Account #7965 | 5/14/2019 | $ 20,000.00 | |
| TSI BBVA Account #7965 | 7/2/2019 | $ 14,500.00 | |
| TSI BBVA Account #9759 | 7/31/2019 | $ 8,000.00 | |
| TSI BBVA Account #7965 | 11/29/2019 | $ 10,000.00 | |
| | | | |
| **Total Transfers#** | | **$ 1,922,932.86** | |

*Transfers made by TSI to Shulman Rogers Gandal Pordy & Ecker P.A. for the purchase of real property purchased by Brent Road LLC and subsequently transferred to Jessica M. Smith and Benjamin P. Smith.

# The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to or for the benefit of Defendant Jessica M. Smith**

| Transfer Source | Transfer Date | Transfer Amount | |
|---|---|---|---|
| TSI BBVA Account #8953 | 5/14/2018 | $ 100,000.00 | * |
| TSI BBVA Account #7965 | 8/8/2018 | $ 62,000.00 | * |
| TSI BBVA Account #7965 | 8/8/2018 | $ 5,000.00 | * |
| TSI BBVA Account #9759 | 8/22/2018 | $ 1,666,432.86 | * |
| TSI BBVA Account #9759 | 12/6/2018 | $ 20,000.00 | |
| | | | |
| **Total Transfers**[#] | | **$ 1,853,432.86** | |

*Transfers made by TSI to Shulman Rogers Gandal Pordy & Ecker P.A. for the purchase of real property purchased by Brent Road LLC and subsequently transferred to Jessica M. Smith and Benjamin P. Smith.

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.

**Team Systems International, LLC ("TSI")**
**Transfers made by TSI to Defendant TSI Gulf Coast, LLC**

| Transfer Source | Transfer Date | Transfer Amount |
|---|---:|---:|
| TSI BBVA Account #8953 | 6/18/2018 | $ 100,000.00 |
| TSI BBVA Account #7965 | 8/27/2018 | $ 16,687.50 |
| TSI BBVA Account #9759 | 10/2/2018 | $ 17,625.00 |
| TSI BBVA Account #9759 | 10/22/2018 | $ 50,000.00 |
| TSI BBVA Account #7965 | 11/9/2018 | $ 16,875.00 |
| TSI BBVA Account #7965 | 11/28/2018 | $ 25,875.00 |
| TSI BBVA Account #9759 | 1/15/2019 | $ 7,500.00 |
| TSI BBVA Account #9759 | 1/29/2019 | $ 10,000.00 |
| TSI BBVA Account #9759 | 2/11/2019 | $ 50,000.00 |
| TSI BBVA Account #9759 | 4/12/2019 | $ 150,000.00 |
| TSI BBVA Account #7965 | 7/1/2019 | $ 10,000.00 |
| TSI BBVA Account #7965 | 10/15/2019 | $ 60,000.00 |
| TSI BBVA Account #7965 | 1/6/2020 | $ 50,000.00 |
| TSI BBVA Account #9759 | 2/4/2020 | $ 20,000.00 |
| TSI BBVA Account #9759 | 3/13/2020 | $ 50,000.00 |
| TSI BBVA Account #9759 | 6/30/2020 | $ 21,500.00 |
| TSI BBVA Account #7965 | 7/14/2020 | $ 100,000.00 |
| TSI BBVA Account #9759 | 8/27/2020 | $ 10,000.00 |
|  |  |  |
| **Total Transfers**[#] |  | **$ 766,062.50** |

[#] The Trustee reserves all rights including, without limitation, the right to add, remove, or amend any transfer referenced in the Complaint or this Exhibit.