# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>Re: D.I. 272 |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, and TSI Gulf Coast, LLC, and<br><br>John Does 1-100,<br><br>Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br>Re: Adv. D.I. 3 |

## CHAPTER 7 TRUSTEE'S EXHIBIT AND WITNESS LIST
## FOR JANUARY 23, 2023 HEARING

George L. Miller, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate Team Systems International, LLC and Plaintiff in the above-captioned adversary proceeding, may introduce the following exhibits and witness testimony in support of the *Motion of the Chapter 7 Trustee for Entry of an Order (i) Extending the Freeze and Granting Preliminary Injunctive Relief, and (ii) Granting Related Relief, Pursuant to 11 U.S.C. § 105(a) and Fed. R.*

*Bankr. P. 7016* [Main Case D.I. 272; Adv. D.I. 3]. The following list does not include documents or other evidence used solely for impeachment purposes.

## TRUSTEE'S EXHIBIT LIST[1]

| Exhibit # | Title/Description | Reference |
|---|---|---|
|  | Declaration of William A. Homony | Main Case D.I. 273; Adv. D.I. 4 |
| A | April 2018 statement BBVA account ending -8953 (p. 2 of 5) |  |
| B | Printout from the public website of the Volusia County (Florida) Property Appraiser regarding Ormond Beach Property |  |
| C | June 2019 statement BBVA account ending -7954 (p. 2 of 3) |  |
| D | July 2019 statement BBVA account ending -7965 (p. 2 of 3) |  |
| E | July 2019 statement BBVA account ending -9759 (p. 2 of 3) |  |
| F | June 2019 monthly transaction report BBVA account ending -7965 (TSI000860) |  |
| G | July 2019 monthly transaction report BBVA account ending -7965 (TSI000859) |  |
| H | July 2019 monthly transaction report BBVA account ending -9759 (TSI000901) |  |
| I | Addy Road Property Deed dated July 22, 2019 |  |
| J | June 2020 statement BBVA account ending -7965 (p. 2 of 5) |  |
| K | August 2020 statement BBVA account ending -7965 (p. 2 of 3) |  |
| L | August 2020 statement BBVA account ending -9759 (p. 2 of 4) |  |
| M | Blue Springs Property Deed dated August 10, 2020 |  |
| N | May 2018 statement BBVA account ending -8953 (p. 2 of 5) |  |
| O | May 2018 monthly transaction report BBVA account ending -8953 (TSI000936 to TSI000937) |  |
| P | July 2018 statement BBVA account ending -9759 (p. 2 of 4) |  |
| Q | August 2018 statement BBVA account ending -9759 (p. 2 of 4) |  |
| R | Bethesda Property Deed dated August 30, 2018 |  |
| S | Bethesda Property Deed dated July 22, 2019 |  |
| T | February 2020 statement BBVA account ending -2888 (p. 2 of 3) (TSI000180) |  |
| U | February 2020 statement BBVA account ending -2888 (p. 2 of 3) |  |
| V | February 2020 monthly transaction report BBVA account ending -2888 (TSI000891) |  |
| W | February 2020 statement BBVA account ending -9759 (p. 3 of 4) (TSI000034) |  |
| X | February 2020 statement BBVA account ending -9759 (p. 3 of 4) |  |
| Y | Check numbers 2391, 2392 and 2393, dated March 19, 2018, March 20, 2018 and March 25, 2018 drawn from BBVA account ending -8953 |  |

---

[1] Exhibit A through CC were attached to the Homony Declaration and are filed at Main Case D.I. 273; Adv. D.I. 4. Exhibit DD through KK are attached to this exhibit list.

| Exhibit # | Title/Description | Reference |
|---|---|---|
| Z | March 2018 monthly transaction report BBVA account ending -8953 (TSI000940 to TSI000941) | |
| AA | May 2021 statement BBVA account ending -2888 (p. 2 of 3) (TSI000138) | |
| BB | May 2021 statement BBVA account ending -2888 (p. 2 of 3) | |
| CC | May 2021 monthly transaction report BBVA account ending -2888 (TSI000881) | |
| DD | July 2020 statement TD Bank account ending -3152 | Attached hereto |
| EE | September 2020 statement TD Bank account ending -3053 | Attached hereto |
| FF | May 2021 statement TD Bank account ending -3053 | Attached hereto |
| GG | May 2021 statement TD Bank account ending -3152 | Attached hereto |
| HH | Summary of transfers concealed from Trustee and creditors | Attached hereto |
| II | April 2019 statement TD Bank account ending -3152 | Attached hereto |
| JJ | Statement of Financial Affairs | D.I. 29 and attached hereto |
| KK | Exhibit A to the Complaint including an additional column with the descriptions, if any, of the transfers from the Debtor's Monthly Transaction Reports | Attached hereto |

**TRUSTEE'S WITNESS LIST**

| Witness | Testimony |
|---|---|
| William A. Homony, CIRA | Mr. Homony is a principal of Miller Coffey Tate LLP, accountants and bankruptcy consultants to the Chapter 7 Trustee. Mr. Homony may testify as to the PI Motion, any objection thereto, and any other testimony regarding the same. |

Dated:  January 20, 2023                **ARCHER & GREINER, P.C.**

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Attorneys for the Chapter 7 Trustee*