# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, | |
| Plaintiff, | Adv. Proc. No. 23-50004 (CTG) |
| -against- | |
| Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, and TSI Gulf Coast, LLC, and | |
| John Does 1-100, | |
| Defendants. | |

## AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 23, 2023 AT 10:00 A.M. (ET)

**THIS IS AN IN-PERSON HEARING. ALL PARTICIPANTS ARE REQUIRED TO APPEAR IN PERSON UNLESS PERMITTED TO APPEAR BY ZOOM.**

Remote participation is permitted for: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. Zoom participants must register by no later than 4:00 p.m. (ET) on January 20, 2023.

Zoom registration link:
https://debuscourts.zoomgov.com/meeting/register/vJItdu-rqzksEtv9LCJtzHZY_hZWqcxpMgc

---

[1] Amended items appear in **bold**.

226531754v1

**MATTERS GOING FORWARD:**

1. Motion of the Chapter 7 Trustee for Entry of an Order (i) Extending the Freeze and Granting Preliminary Injunctive Relief, and (ii) Granting Related Relief, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7016 (filed on January 10, 2023) [Main Case D.I. 272; Adv. D.I. 3]

   Response Deadline:    January 20, 2023 at 4:00 p.m. (ET)

   Response Received:

   **a.  Objection of Deborah Mott, Steven Acosta, Christopher Mott and John S. Maciorowski to Motion of the Chapter 7 Trustee for Entry of an Order (I) Extending the Freeze and Granting Preliminary Injunctive Relief, and (II) Granting Related Relief, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065 (filed on January 20, 2023) [Main Case D.I. 282; Adv. D.I. 14]**

   **b.  Joinder of Addy Road LLC to Objection of Deborah Mott, Steven Acosta, Christopher Mott and John S. Maciorowski to Motion of the Chapter 7 Trustee for Entry of an Order (I) Extending the Freeze and Granting Preliminary Injunctive Relief, and (II) Granting Related Relief, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065 (filed on January 20, 2023) [Main Case D.I. 284; Adv. D.I. 15]**

   **c.  Joinder of Benjamin P. Smith and Jessica M. Smith to the Objection of Deborah Mott, Steven Acosta, Christopher Mott and John S. Maciorowski to Motion of the Chapter 7 Trustee for Entry of an Order (I) Extending the Freeze and Granting Preliminary Injunctive Relief, and (II) Granting Related Relief, Pursuant to 11 U.S.C. § 105(A) and Fed. R. Bankr. P. 7065 and Further Objections to Motion (filed on January 20, 2023) [Main Case D.I. 283; Adv. D.I. 16]**

   Related Documents:

   d.  Complaint (filed on January 10, 2023) [Main Case D.I. 271; Adv. D.I. 1]

   e.  Declaration of William A. Homony in Support of the Motion of the Chapter 7 Trustee for Entry of an Order (i) Extending the Freeze and Granting Preliminary Injunctive Relief, and (ii) Granting Related Relief, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7016 (filed on January 10, 2023) [Main Case D.I. 273; Adv. D.I. 4]

   f.  Order Setting Hearing on Motion for Preliminary Injunction (entered on January 11, 2023) [Main Case D.I. 277; Adv. D.I. 8]

g. Notice of Motion, Entry of Order Shortening Notice, and Hearing Scheduled for January 23, 2023 at 10 a.m. (ET) (filed on January 11, 2023) [Main Case D.I. 278; Adv. D.I. 9]

h. Certificate of Service (filed on January 13, 2023) [Main Case D.I. 279; Adv. D.I. 10]

i. **Chapter 7 Trustee's Exhibit and Witness List for January 23, 2023 Hearing (filed on January 10, 2023) [Main Case D.I. 281; Adv. D.I. 13]**

Status:  This matter is going forward.

Dated: January 21, 2023                              **ARCHER & GREINER, P.C.**

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Counsel to George L. Miller,
Chapter 7 Trustee*