# WITNESS SIGN-IN SHEET

JUDGE: CTG    COURTROOM: 7

CASE NUMBER: 22-10066 AP 23-50004    CASE NAME: Team Systems International, LLC    DATE: 1/23/2023

(10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Hare | Whiteford Taylor & Preston | Benjamin & Jessica Smith |
| Richard Riley | " | " |
| Bryan J. Hall | Archer + Greiner P.C. | Chopros + Trustee, George Miller |
| William A. Homony | Miller Coffey Tate | " |
| Fred Rosner | Ashby Rosner & Rosner Lauer | Addy Road LLC |
| Kevin Mann | Cross & Simon | MEMBERS |
| Richard Robles | R. Robles PA | MEMBERS |