# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re: ) | |
| Team Systems International, LLC ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| v. ) | Case No. 22-10066 (CTG) |
| | |
| George L. Miller, solely in his capacity as ) | |
| The Chapter 7 Trustee of Teams Systems ) | |
| International, LLC, ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| -against- ) | Adv. Proc. No. 23-50004 (CTG) |
| ) | |
| Deborah Evans Mott, Steven M. Acosta, ) | |
| Christopher Mott, John S. Maciorowski, ) | |
| Addy Road, LLC, Brent Road LLC, ) | |
| Benjamin P. Smith, Jessica M. Smith, ) | |
| and TSI Gulf Coast, LLC, and ) | |
| ) | |
| ) | |
| John Does 1-100, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Wilks Law LLC hereby withdraws its appearance as counsel on behalf of Defendants Deborah E. Mott, Steven M. Acosta, Christopher Mott, and John S. Maciorowski. No motion and order of the Court to allow such termination shall be required because the Defendants continue to be represented by Delaware counsel, Kevin S. Mann of Cross & Simon, LLC and by Frederick B. Rosner of The Rosner Law Group LLC.

2

Dated: April 24, 2023

                                                                    WILKS LAW LLC

                                                                    */s/ David E. Wilks*  
                                                                    David E. Wilks (Bar No. 2793)  
                                                                    4250 Lancaster Pike Suite 200  
                                                                    Wilmington, DE 19805  
                                                                    Telephone: (302) 225-0850  
                                                                    Email: dwilks@wilks.law