# Exhibit G

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

In the Matter of: TEAM SYSTEMS INTERNATIONAL, LLC

16192 COASTAL HIGHWAY
LEWES, DE 19958-3608



Form 410 Attachment

| Case Number |
|---|
| 22-10066-CTG |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 01/18/2022 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX8411 | PTRSHP | 12/31/2016 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX8411 | PTRSHP | 12/31/2017 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX8411 | PTRSHP | 12/31/2018 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX8411 | PTRSHP | 12/31/2019 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX8411 | PTRSHP | 12/31/2020 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX8411 | PTRSHP | 12/31/2021 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
FARMERS BRANCH, TX 75244

Penalty to date of petition on unsecured general claims (including interest thereon) ..... $24,360.00

AUG 17 2022

PROOF OF DELIVERY ONLY
THIS IS NOT AN OFFICIAL RECEIPT
31203

Total Amount of Unsecured General Claims: $24,360.00

282111107 NEW 01/21 8810004306

---

**CASHIER'S CHECK**

9607708676   25-3/440

Date 08/16/2022    Void after 7 years

**CHASE**

Remitter: STEVEN ACOSTA

Pay To The Order Of: INTERNAL REVENUE SERVICE

Pay: TWENTY FOUR THOUSAND THREE HUNDRED SIXTY DOLLARS AND 00 CENTS

$** 24,360.00 **

Memo: FROM THE MEMBER OF TEAM SYSTEMS INTERNATIONAL T.I.N 82-0068411
Do not write outside this box

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH



Note: For information only. Comment has no effect on bank's payment.

⑈9607708676⑈ ⑆044000037⑆ 758661375⑈