# Exhibit J

**From:** sacosta@tsi-us.net
**Sent:** Friday, April 7, 2023 12:19 PM
**To:** Deborah Mott
**Subject:** Fwd: RE: SEA Card® OMSOrder Inquiry - Order ID 56531 For Vessel USS Sirocco

-------- Original Message --------
Subject: RE: SEA Card® OMSOrder Inquiry - Order ID 56531 For Vessel USS Sirocco
Date: 2022-06-29 09:00
 From: George Miller <gmiller@mctllp.com>
To: Steven Acosta <sacosta@tsi-us.net>, "dcarickhoff@archerlaw.com" <dcarickhoff@archerlaw.com>, Ronald Gellert <rgellert@gsbblaw.com>
Cc: Kevin Mann <kmann@crosslaw.com>, Richard Robles <rrobles@roblespa.com>, debbie mott <dmott@tsi-us.net>


With all due respect, I had nothing to do with the Chapter 11 and ALL DEBTOR"s RECORDS MUST BE TRANSFERRED TO ME DIRECTLY.  You have yet to forward the contact information to perform on the MATOC.

 From: Steven Acosta [mailto:sacosta@tsi-us.net]
Sent: Wednesday, June 29, 2022 9:30 AM
To: dcarickhoff@archerlaw.com; George Miller <gmiller@mctllp.com>; Ronald Gellert <rgellert@gsbblaw.com>
Cc: Kevin Mann <kmann@crosslaw.com>; Richard Robles <rrobles@roblespa.com>; debbie mott <dmott@tsi-us.net>
Subject: Fwd: SEA Card® OMSOrder Inquiry - Order ID 56531 For Vessel USS Sirocco
Importance: High

George,

With all do respect we filed all of our contracts when we filed for Chapter 11, I remember being asked about them in court many times how they were cancelled contracts by the DLA lawyer.  In addition to that I have sent the MATOC to your office.  If there are issues with understanding the contracts and how to respond let me know.  I know Bill was on vacation but we are still waiting to go over the Change Order and the 3 DLA invoices.

Here is the link to SeaCard

https://urldefense.proofpoint.com/v2/url?u=https-3A__seacardsys.com_cgi-2Dbin_fw-5Fuser-5Flogin-5Flocal&d=DwIDaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=zatr-ZPof9PjSz1L8L7g4iG5xGB1hqi1T6Y_b1vkEMs&m=u78AKUDpzkFVA9YCmM2DB4SEC6vjLt1WQQvUaxN07xQ&s=xy_nECnnNU5OaihDYMNKcwvqUp9TNEnx5ahFSFZlMiU&e=

I cannot give you my personal credentials to log in but you can call them.

Respectfully,

Steve

> Begin forwarded message:

>
> From: sacosta@tsi-us.net
>
> Subject: Fwd: SEA Card® OMSOrder Inquiry - Order ID 56531 For Vessel
> USS Sirocco
>
> Date: May 31, 2022 at 7:34:41 AM CDT
>
> To: dcarickhoff@archerlaw.com, gmiller@mctllp.com,
> rgellert@gsbblaw.com
>
> Cc: jacosta@qslwm.com, rrobles@roblespa.com, kmann@crosslaw.com
>
> ALCON,
>
> I hope everyone had a great Memorial Day Weekend.  The USS Sirocco has
> been requesting fuel from TSI on our DLA Energy MATOC since Saturday.
> I would like permission to get a quote and fulfill this order.
>
> ----- Forwarded message from customer-support@seacardsys.com -----
> Date: Tue, 31 May 2022 06:19:36 -0500
> From: customer-support@seacardsys.com
> Subject: SEA Card® OMSOrder Inquiry - Order ID 56531 For Vessel USS
> Sirocco
> To: David Walker <fuels@tsi-us.net>
>
> A Contract Order has been submitted.
>
> https://urldefense.proofpoint.com/v2/url?u=https-3A__seacardsys.com_cg
> i-2Dbin_login-3FREDIRECT-5FID-3D830930&d=DwIDaQ&c=euGZstcaTDllvimEN8b7
> jXrwqOf-v5A_CdpgnVfiiMM&r=zatr-ZPof9PjSz1L8L7g4iG5xGB1hqi1T6Y_b1vkEMs&
> m=u78AKUDpzkFVA9YCmM2DB4SEC6vjLt1WQQvUaxN07xQ&s=hN7GcPTpgT-0hRis12uAWz
> BIP9qoE-mFsnAGlKvL_C0&e=
>
> Order Details
> Order ID: 56531
> Contract Number: SPE60819D0367
> CLIN: 0001
> Port: MINA JABAL ALI
> Port City: Mina Jabal Ali
> Port Country: United Arab Emirates
> Branch of Service: Department of Navy
> Delivery Date: 06/03/2022 10:00(+4 Hours GMT) Vessel Name: USS Sirocco
> Fuel Type/Product Requested: Commercial Marine Gas Oil (MGO) Fuel
> Volume: 30.00 Metric Ton Delivery Method: Tank Truck
>
>
------------------------------------------------------------------------------------
> This email is intended solely for the use of the addressee and may
> contain information that is confidential, proprietary, or both.
> If you receive this email in error please immediately notify the
> sender and delete the email.

2

>
> ----------------------------------------------------------------------------------
>
> ----- End forwarded message -----
>
> --
>
> Steven Acosta
> Team System International
> Director of Operations
> mobile: 424 237 5811
> email: sacosta@tsi-us.net
>
> PLEASE NOTE: The information contained in this message is
> confidential, and in some instances legally privileged, and is
> intended only for the use of the individual(s)named above. This
> information is not to be forwarded to any entity outside of your
> organization. If you /your organization is not the intended
> recipient(s), you are hereby notified that any dissemination,
> distribution or copying of this message is strictly prohibited. If you
> received this communication in error, or if any problems occur with
> transmission, please immediately notify the sender. Thank you.
> [Attachment stripped: Original attachment type: "message/rfc822",
> name: "Forwarded Message"]