Team Systems International, LLC
22-10066/23-50004

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Michael | Moody | GPDEV, LLC and Simmons Exploration, Inc. | Michael H. Moody Law, P.S. |
| Leonard | Collins | GPDEV/Simons Exploration | Gray Robinson P.A. |
| Jordan | Simons | Simons Exploration | |
| George | Peterson | GPDev LLC | |
| | | | |
| | | | |