# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | Re: D.I. 324 |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, | |
| Plaintiff, | Adv. Proc. No. 23-50004 (CTG) |
| -against- | Re: Adv. D.I. 78 |
| Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and | |
| John Does 1-100, | |
| Defendants. | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER
PURSUANT TO FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING
THE SETTLEMENT AGREEMENT AND MUTUAL RELEASE BETWEEN
THE TRUSTEE AND THE SMITHS**

On June 16, 2023, George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Team Systems International, LLC and Plaintiff in the above-captioned adversary proceeding, filed the *Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to*

*Fed. R. Bankr. P. 9019 Authorizing and Approving the Settlement Agreement and Mutual Release Between the Trustee and the Smiths* [Main Case D.I. 324; Adv. D.I. 78] (the "Motion").

Pursuant to the notice served with the Motion, objections to the relief requested in the Motion were due to be filed and served by June 30, 2023, at 4:00 p.m. (ET).

The undersigned hereby certifies that, as of the date hereof, he has received no formal or informal objection or response to the Motion. The undersigned further certifies he has caused the review of the Court's docket in the main case and in the adversary proceeding, and no objection or response to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Motion.

| | |
|---|---|
| Dated: July 3, 2023 | ARCHER & GREINER, P.C. |
| | */s/ Bryan J. Hall* |
| | David W. Carickhoff (No. 3715) |
| | Bryan J. Hall (No. 6285) |
| | 300 Delaware Ave., Suite 1100 |
| | Wilmington, DE 19801 |
| | (302) 777-4350 |
| | (302) 777-4352 (fax) |
| | dcarickhoff@archerlaw.com |
| | bjhall@archerlaw.com |
| | |
| | *Counsel to George L. Miller, Chapter 7 Trustee* |

227407979 v1

2