# Exhibit 7

# U.S. Return of Partnership Income

Form **1065**

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____, 2021, ending _____, 20___

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2021**

| | |
|---|---|
| **A** Principal business activity<br>OTHER SERVICES | **Name of partnership**<br>TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE |
| **B** Principal product or service<br>CONSULTING | **Type or Print** — Number, street, and room or suite no. If a P.O. box, see instructions.<br>1628 JOHN F KENNEDY BLVD SUITE 950 |
| **C** Business code number<br>541618 | City or town, state or province, country, and ZIP or foreign postal code<br>PHILADELPHIA    PA    19103 |

**D** Employer identification number
32-0068411

**E** Date business started
04/01/2001

**F** Total assets (see instructions)
$ 21,417,007.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☒ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ __4__

**J** Check if Schedules C and M-3 are attached ▶ ☒

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| | | | |
|---|---|---|---:|
| **1a** | Gross receipts or sales | 1a  21,762,683. | |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | **1c** | 21,762,683. |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | 21,762,683. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| **7** | Other income (loss) (attach statement) | **7** | |
| **8** | **Total income (loss).** Combine lines 3 through 7 | **8** | 21,762,683. |

## Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| **9** | Salaries and wages (other than to partners) (less employment credits) | **9** | |
| **10** | Guaranteed payments to partners | **10** | 50,411. |
| **11** | Repairs and maintenance | **11** | |
| **12** | Bad debts | **12** | |
| **13** | Rent | **13** | 1,968. |
| **14** | Taxes and licenses | **14** | |
| **15** | Interest (see instructions) | **15** | |
| **16a** | Depreciation (if required, attach Form 4562) | 16a | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | **16c** |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) | **17** | |
| **18** | Retirement plans, etc. | **18** | |
| **19** | Employee benefit programs | **19** | |
| **20** | Other deductions (attach statement) . See Stmt | **20** | 9,944,884. |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | 9,997,263. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | 11,765,420. |

## Tax and Payment

| | | | |
|---|---|---|---:|
| **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **23** | |
| **24** | Interest due under the look-back method—income forecast method (attach Form 8866) | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) | **25** | |
| **26** | Other taxes (see instructions) | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 | **27** | |
| **28** | Payment (see instructions) | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member       Date ▶ 9/15/2022

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name<br>Matthew R. Tomlin | Preparer's signature | Date 9/15/22  Check ☐ if self-employed  PTIN P01218699 |
| Firm's name ▶ Miller Coffey Tate LLP | | Firm's EIN ▶ 23-2539517 |
| Firm's address ▶ 218 Elephant Path Perkasie, PA 18944 | | Phone no. (215) 561-0950 |

For Paperwork Reduction Act Notice, see separate instructions. **BAA**       REV 08/02/22 PRO       Form **1065** (2021)

Form 1065 (2021)

Page **2**

## Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| | | | | |
|---|---|---|---|---|
| **a** | ☐ Domestic general partnership | **b** | ☒ Domestic limited partnership | |
| **c** | ☐ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other ▶ | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . | | ✕ |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . | | ✕ |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . | | ✕ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . .

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . | | ✕ |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . | | ✕ |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . | | ✕ |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . | | ✕ |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | ✕ |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . | | ✕ |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . | | ✕ |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . | | ✕ |

Form **1065** (2021)

Form 1065 (2021)                                                                                                    Page **3**

| **Schedule B** | **Other Information** *(continued)* | | Yes | No |
|---|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | × |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . | | | × |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . . . . . . ▶ | | | × |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 16a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . | | | × |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . | | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |
| 18 | Enter the number of partners that are foreign governments under section 892 . . . . ▶ | | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . | | | × |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | | × |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . | | | × |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . | | | × |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . ▶ $ | | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . | | | × |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . | | | × |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | | |
| | If "Yes" to any, complete and attach Form 8990. | | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . | | | × |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . ▶ $ | | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . ▶ | | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . | | | × |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage:                                            By Vote                     By Value | | | × |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | | × |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ | | | |
| | If "No," complete Designation of Partnership Representative below. | | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ GEORGE L MILLER

| U.S. address of PR | 1628 JOHN F KENNEDY BLVD SUITE 950 PHILADELPHIA PA 19103 | U.S. phone number of PR | ▶ (215) 561-0950 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual | ▶ | U.S. phone number of designated individual | ▶ |
|---|---|---|---|

Form 1065 (2021)                                                          Page **4**

**Schedule K**  Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 22) | **1** | 11,765,420. |
| 2 | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| 3a | Other gross rental income (loss) | | |
| b | Expenses from other rental activities (attach statement) | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| 4 | Guaranteed payments: a Services 4a 50,411. b Capital 4b | | |
| | c Total. Add lines 4a and 4b | **4c** | 50,411. |
| 5 | Interest income | **5** | 567. |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | **6a** | |
| | b Qualified dividends 6b   c Dividend equivalents 6c | | |
| 7 | Royalties | **7** | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| b | Collectibles (28%) gain (loss) 9b | | |
| c | Unrecaptured section 1250 gain (attach statement) 9c | | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| 11 | Other income (loss) (see instructions) Type ▶ | **11** | |
| 12 | Section 179 deduction (attach Form 4562) | **12** | |
| 13a | Contributions | **13a** | |
| b | Investment interest expense | **13b** | |
| c | Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | **13c(2)** | |
| d | Other deductions (see instructions) Type ▶ MEDICAL INSURANCE PAYMENTS FOR PARTNERS | **13d** | 50,411. |
| 14a | Net earnings (loss) from self-employment | **14a** | 50,411. |
| b | Gross farming or fishing income | **14b** | |
| c | Gross nonfarm income | **14c** | 21,762,683. |
| 15a | Low-income housing credit (section 42(j)(5)) | **15a** | |
| b | Low-income housing credit (other) | **15b** | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| d | Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| e | Other rental credits (see instructions) Type ▶ | **15e** | |
| f | Other credits (see instructions) Type ▶ | **15f** | |
| 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ▶ ☐ | | |
| 17a | Post-1986 depreciation adjustment | **17a** | |
| b | Adjusted gain or loss | **17b** | |
| c | Depletion (other than oil and gas) | **17c** | |
| d | Oil, gas, and geothermal properties—gross income | **17d** | |
| e | Oil, gas, and geothermal properties—deductions | **17e** | |
| f | Other AMT items (attach statement) | **17f** | |
| 18a | Tax-exempt interest income | **18a** | |
| b | Other tax-exempt income | **18b** | |
| c | Nondeductible expenses | **18c** | 24,360. |
| 19a | Distributions of cash and marketable securities | **19a** | 139,000. |
| b | Distributions of other property | **19b** | |
| 20a | Investment income | **20a** | 567. |
| b | Investment expenses | **20b** | |
| c | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| 21 | Total foreign taxes paid or accrued | **21** | |

REV 08/02/22 PRO      Form **1065** (2021)

Form 1065 (2021)   Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 . . . . . . . . . . . . . . . . . . . . . 1 | | | | | 11,765,987. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | 11,765,987. | | | | |

## Schedule L   Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 3,727,914. | | 42,007. |
| 2a | Trade notes and accounts receivable | 0. | | 21,375,000. | |
| b | Less allowance for bad debts | | 0. | | 21,375,000. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 3,727,914. | | 21,417,007. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement)Ln 17 Stmt | | 0. | | 8,887,995. |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 3,727,914. | | 12,529,012. |
| 22 | Total liabilities and capital | | 3,727,914. | | 21,417,007. |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | 8 | Add lines 6 and 7 . . . . . . . | |
| b | Travel and entertainment $ _____ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | |
| 5 | Add lines 1 through 4 . . . . . . | | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 3,727,914. | 6 | Distributions: a Cash | 139,000. |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | 11,741,627. | | UNRECONCILED PRIOR PERIOD ADJUSTMENTS | 2,801,529. |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 . . . . . . . | 2,940,529. |
| 5 | Add lines 1 through 4 . . . . . . | 15,469,541. | 9 | Balance at end of year. Subtract line 8 from line 5 | 12,529,012. |

REV 08/02/22 PRO   Form **1065** (2021)

651121

| | |
|---|---|
| Schedule K-1 (Form 1065) | ☐ Final K-1   ☐ Amended K-1     OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)**

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning  /  / 2021  ending  /  /

**Partner's Share of Income, Deductions, Credits, etc.**   ► See back of form and separate instructions.

**Part I   Information About the Partnership**

**A**  Partnership's employer identification number
32-0068411

**B**  Partnership's name, address, city, state, and ZIP code
TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE
1628 JOHN F KENNEDY BLVD SUITE 950
PHILADELPHIA, PA 19103

**C**  IRS center where partnership filed return ► OGDEN, UT

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.
CHRISTOPHER P MOTT
415 EAST PINE STREET
ORLANDO FL 32801

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1**  ☒ Domestic partner   ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1**  What type of entity is this partner?  INDIVIDUAL

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 25.00000 % | 25.00000 % |
| Loss | 25.00000 % | 25.00000 % |
| Capital | 4.00000 % | 4.00000 % |

Check if decrease is due to sale or exchange of partnership interest  . ► ☐

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse  .  .  $ | | $ 2,221,998. |
| Qualified nonrecourse financing  .  .  $ | | $ |
| Recourse  .  .  .  $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☐

**L**  **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account  .  .  $ | 1,043,227. |
| Capital contributed during the year  .  .  $ | |
| Current year net income (loss)  .  .  $ | 2,935,406. |
| Other increase (decrease) (attach explanation)  $ | -700,383. |
| Withdrawals and distributions  .  .  $ ( | 22,000. ) |
| Ending capital account  .  .  .  $ | 3,256,250. |

**M**  Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning  .  .  .  .  .  .  .  $
Ending  .  .  .  .  .  .  .  .  $

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 2,941,355. | 14 | Self-employment earnings (loss) A        12,602. |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services 12,602. | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked  .  .  .  .  ► ☐ |
| 4c | Total guaranteed payments 12,602. | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income 141. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses C        6,090. |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions A        22,000. |
| 9a | Net long-term capital gain (loss) A        22,000. | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information A        141. |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | Z  * STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions M        12,602. | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |
| | | *See attached statement for additional information. | |

For IRS Use Only

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: TEAM SYSTEMS INTERNATIONAL LLC | | | Partnership's EIN: 32-0068411 | |
|---|---|---|---|---|
| Partner's name: CHRISTOPHER P MOTT | | Partner's identifying no: | | |
| | 1065, Line 22 | | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | |
| Partner's share of: | | | | |
| QBI or qualified PTP items subject to partner-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . | 2,941,355. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends. . . . . | | | | |

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | | Partnership's EIN: | |
|---|---|---|---|---|
| Partner's name: | | Partner's identifying no: | | |
| | | | | |
| | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | |
| Partner's share of: | | | | |
| QBI or qualified PTP items subject to partner-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends. . . . . | | | | |

REV 08/02/22 PRO

651121
OMB No. 1545-0123

Schedule K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

☐ Final K-1   ☐ Amended K-1

**2021**

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
|---|---|---|---|
| | 2,941,355. | A | 12,603. |

| 2 | Net rental real estate income (loss) | | |
|---|---|---|---|

| 3 | Other net rental income (loss) | 15 | Credits |

**Part I  Information About the Partnership**

A Partnership's employer identification number
32-0068411

B Partnership's name, address, city, state, and ZIP code
TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE
1628 JOHN F KENNEDY BLVD SUITE 950
PHILADELPHIA, PA 19103

C IRS center where partnership filed return ► OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
JOHN MACIOROWSKI
705 RIVERSIDE DRIVE
ORMOND BEACH FL 32176

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

I1 What type of entity is this partner? INDIVIDUAL

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 25.00000 % | 25.00000 % |
| Loss | 25.00000 % | 25.00000 % |
| Capital | 1.00000 % | 1.00000 % |

Check if decrease is due to sale or exchange of partnership interest . ► ☐

K Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 2,221,999. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☐

L **Partner's Capital Account Analysis**

Beginning capital account . . . $ 1,043,229.
Capital contributed during the year . $
Current year net income (loss) . . $ 2,935,407.
Other increase (decrease) (attach explanation) $ −700,382.
Withdrawals and distributions . . $( 10,000.)
Ending capital account . . . $ 3,268,254.

M Did the partner contribute property with a built-in gain (loss)?
☐ Yes ☒ No  If "Yes," attach statement. See instructions.

N Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . $
Ending . . . . . . . $

| 4a | Guaranteed payments for services | | |
|---|---|---|---|
| | 12,603. | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . . ► ☐ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| | 12,603. | | |
| 5 | Interest income | | |
| | 142. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | C | 6,090. |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| | | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | A | 10,000. |
| 9b | Collectibles (28%) gain (loss) | | |
| | | 20 | Other information |
| 9c | Unrecaptured section 1250 gain | A | 142. |
| 10 | Net section 1231 gain (loss) | | |
| | | Z | * STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| M | 12,603. | | |

22 ☐ More than one activity for at-risk purposes*
23 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   BAA   Cat. No. 11394R   Schedule K-1 (Form 1065) 2021
REV 08/02/22 PRO

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: TEAM SYSTEMS INTERNATIONAL LLC | | Partnership's EIN: 32-0068411 | |
|---|---|---|---|
| Partner's name:  JOHN MACIOROWSKI | Partner's identifying no: | | |
| | 1065, Line 22 | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | 2,941,355. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends. . . . . | | | |

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | Partnership's EIN: | |
|---|---|---|---|
| Partner's name: | Partner's identifying no: | | |
| | | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends. . . . . | | | |

REV 08/02/22 PRO

**651121**

| | |
|---|---|
| ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)** 2021
Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning / / 2021 ending / /

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
32-0068411

**B** Partnership's name, address, city, state, and ZIP code
TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE
1628 JOHN F KENNEDY BLVD SUITE 950
PHILADELPHIA, PA 19103

**C** IRS center where partnership filed return ► OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
DEBORAH EVANS MOTT
705 RIVERSIDE DRIVE
ORMOND BEACH FL 32082

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 25.00000 % | 25.00000 % |
| Loss | 25.00000 % | 25.00000 % |
| Capital | 75.00000 % | 75.00000 % |

Check if decrease is due to sale or exchange of partnership interest . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . $ | | $ 2,221,999. |
| Qualified nonrecourse financing . . . $ | | $ |
| Recourse . . . $ | | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ► ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . $ | 1,043,229. |
| Capital contributed during the year . $ | |
| Current year net income (loss) . . . $ | 2,935,407. |
| Other increase (decrease) (attach explanation) $ | -700,382. |
| Withdrawals and distributions . . . $ | ( ) |
| Ending capital account . . . . $ | 3,278,254. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $
Ending . . . . . . . . . $

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Box | Description |
|---|---|---|---|
| 1 | Ordinary business income (loss) 2,941,355. | 14 | Self-employment earnings (loss) A 12,603. |
| 2 | Net rental real estate income (loss) | 15 | Credits |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services 12,603. | 16 | Schedule K-3 is attached if checked . . . ► ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative minimum tax (AMT) items |
| 4c | Total guaranteed payments 12,603. | | |
| 5 | Interest income 142. | | |
| 6a | Ordinary dividends | 18 | Tax-exempt income and nondeductible expenses C 6,090. |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 19 | Distributions |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | 20 | Other information A 142. |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | Z *STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions M 12,603. | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: TEAM SYSTEMS INTERNATIONAL LLC | | Partnership's EIN: 32-0068411 | |
|---|---|---|---|
| Partner's name: DEBORAH EVANS MOTT | Partner's identifying no: | | |
| | **1065, Line 22** | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | 2,941,355. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | Partnership's EIN: | |
|---|---|---|---|
| Partner's name: | Partner's identifying no: | | |
| | | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends . . . . . | | | |

REV 08/02/22 PRO

| Schedule K-1 (Form 1065) | **2021** | | | Final K-1 ☐  Amended K-1 ☐   651121   OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning __ / __ / 2021 ending __ / __ /

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
32-0068411

**B** Partnership's name, address, city, state, and ZIP code
TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE
1628 JOHN F KENNEDY BLVD SUITE 950
PHILADELPHIA, PA 19103

**C** IRS center where partnership filed return ► OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
STEVE ACOSTA
3901 BLUE SAGE DRIVE
PROSPER TX 75078

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 25.00000 % | 25.00000 % |
| Loss | 25.00000 % | 25.00000 % |
| Capital | 20.00000 % | 20.00000 % |

Check if decrease is due to sale or exchange of partnership interest . ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . $ | | $ 2,221,999. |
| Qualified nonrecourse financing . . . $ | | $ |
| Recourse . . . $ | | $ |

Check this box if item K includes liability amounts from lower tier partnerships ► ☐

**L**   **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account . . . $ | 598,229. |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . $ | 2,935,407. |
| Other increase (decrease) (attach explanation) $ | -700,382. |
| Withdrawals and distributions . . . $( | 107,000.) |
| Ending capital account . . . $ | 2,726,254. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . $
Ending . . . . . . . . . $

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 2,941,355. | 14 | Self-employment earnings (loss) A 12,603. |
| 2 | Net rental real estate income (loss) | 15 | Credits |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services 12,603. | 16 | Schedule K-3 is attached if checked . . . ► ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative minimum tax (AMT) items |
| 4c | Total guaranteed payments 12,603. | | |
| 5 | Interest income 142. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses C 6,090. |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 19 | Distributions A 107,000. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information A 142. |
| 10 | Net section 1231 gain (loss) | | Z * STMT |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions M 12,603. | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: TEAM SYSTEMS INTERNATIONAL LLC | | Partnership's EIN: 32-0068411 | |
|---|---|---|---|
| Partner's name:  STEVE ACOSTA | Partner's identifying no: | | |
| | **1065, Line 22** | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | 2,941,355. | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends. . . . . . | | | |

Statement A—QBI Pass-through Entity Reporting

| Partnership's name: | | Partnership's EIN: | |
|---|---|---|---|
| Partner's name: | Partner's identifying no: | | |
| | | | |
| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to partner-specific determinations: | | | |
| Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . | | | |
| Section 199A dividends. . . . . . | | | |

REV 08/02/22 PRO

| SCHEDULE M-3 (Form 1065) (Rev. December 2021) Department of the Treasury Internal Revenue Service | Net Income (Loss) Reconciliation for Certain Partnerships ▶ Attach to Form 1065. ▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | OMB No. 1545-0123 |

| Name of partnership | Employer identification number |
|---|---|
| TEAM SYSTEMS INTERNATIONAL LLC | 32-0068411 |

**This Schedule M-3 is being filed because (check all that apply):**

A ☒ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B ☐ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year _____ .

C ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____ .

D ☐ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50% or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

E ☐ Voluntary filer.

**Part I    Financial Information and Net Income (Loss) Reconciliation**

1a Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
    ☐ Yes. Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
    ☒ No. Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

b Did the partnership prepare a certified audited non-tax-basis income statement for that period?
    ☐ Yes. Skip line 1c and complete lines 2 through 11 with respect to that income statement.
    ☒ No. Go to line 1c.

c Did the partnership prepare a non-tax-basis income statement for that period?
    ☐ Yes. Complete lines 2 through 11 with respect to that income statement.
    ☒ No. Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

2 Enter the income statement period: Beginning _____ / _____ / _____    Ending _____ / _____ / _____

3a Has the partnership's income statement been restated for the income statement period on line 2?
    ☐ Yes. (If "Yes," attach a statement and the amount of each item restated.)
    ☐ No.

b Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?
    ☐ Yes. (If "Yes," attach a statement and the amount of each item restated.)
    ☐ No.

| | | | |
|---|---|---|---|
| 4a | Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 | **4a** | 11,741,627. |
| b | Indicate accounting standard used for line 4a. See instructions. | | |
| | 1 ☒ GAAP     2 ☐ IFRS     3 ☐ Section 704(b) | | |
| | 4 ☐ Tax-basis     5 ☐ Other (specify) ▶ _____ | | |
| 5a | Net income from nonincludible foreign entities (attach statement) | **5a** | ( ) |
| b | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| 6a | Net income from nonincludible U.S. entities (attach statement) | **6a** | ( ) |
| b | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| 7a | Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| b | Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| 8 | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | |
| 9 | Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| 10 | Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| 11 | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 | **11** | 11,741,627. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

12 Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| a | Included on Part I, line 4 | 21,417,007. | 8,878,067. |
| b | Removed on Part I, line 5 | | |
| c | Removed on Part I, line 6 | | |
| d | Included on Part I, line 7 | | |

Schedule M-3 (Form 1065) (Rev. 12-2021)

Page **2**

| Name of partnership | Employer identification number |
|---|---|
| TEAM SYSTEMS INTERNATIONAL LLC | 32-0068411 |

**Part II** Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return

| | Income (Loss) Items<br>Attach statements for lines 1 through 10. | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|---|
| 1 | Income (loss) from equity method foreign corporations | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | |
| 3 | Subpart F, QEF, and similar income inclusions | | | | |
| 4 | Gross foreign distributions previously taxed | | | | |
| 5 | Income (loss) from equity method U.S. corporations | | | | |
| 6 | U.S. dividends | | | | |
| 7 | Income (loss) from U.S. partnerships | | | | |
| 8 | Income (loss) from foreign partnerships | | | | |
| 9 | Income (loss) from other pass-through entities | | | | |
| 10 | Items relating to reportable transactions | | | | |
| 11 | Interest income (see instructions) | 567. | | | 567. |
| 12 | Total accrual to cash adjustment | | | | |
| 13 | Hedging transactions | | | | |
| 14 | Mark-to-market income (loss) | | | | |
| 15 | Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 16 | Sale versus lease (for sellers and/or lessors) | | | | |
| 17 | Section 481(a) adjustments | | | | |
| 18 | Unearned/deferred revenue | | | | |
| 19 | Income recognition from long-term contracts | | | | |
| 20 | Original issue discount and other imputed interest | | | | |
| 21a | Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b | Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c | Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d | Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e | Abandonment losses | | | | |
| f | Worthless stock losses (attach statement) | | | | |
| g | Other gain/loss on disposition of assets other than inventory | | | | |
| 22 | Other income (loss) items with differences (attach statement) | | | | |
| 23 | Total income (loss) items. Combine lines 1 through 22 | 567. | | | 567. |
| 24 | Total expense/deduction items. (From Part III, line 31) (see instructions) | -24,360. | | 24,360. | 0. |
| 25 | Other items with no differences | 11,765,420. | | | 11,765,420. |
| 26 | Reconciliation totals. Combine lines 23 through 25 | 11,741,627. | | 24,360. | 11,765,987. |

Note: Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

REV 08/02/22 PRO

Schedule M-3 (Form 1065) (Rev. 12-2021)

Schedule M-3 (Form 1065) (Rev. 12-2021)                                                            Page **3**

| Name of partnership | Employer identification number |
|---|---|
| TEAM SYSTEMS INTERNATIONAL LLC | 32-0068411 |

**Part III** Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return—Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | State and local current income tax expense  . . . | | | | |
| 2 | State and local deferred income tax expense  . . . | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes)  . . . . . . . . | | | | |
| 4 | Foreign deferred income tax expense  . . . . . | | | | |
| 5 | Equity-based compensation  . . . . . . . . | | | | |
| 6 | Meals and entertainment . . . . . . . . . . | | | | |
| 7 | Fines and penalties  . . . . . . . . . . . | 24,360. | | -24,360. | 0. |
| 8 | Judgments, damages, awards, and similar costs  . . | | | | |
| 9 | Guaranteed payments  . . . . . . . . . . | | | | |
| 10 | Pension and profit-sharing  . . . . . . . . . | | | | |
| 11 | Other post-retirement benefits  . . . . . . . . | | | | |
| 12 | Deferred compensation  . . . . . . . . . . | | | | |
| 13 | Charitable contribution of cash and tangible property | | | | |
| 14 | Charitable contribution of intangible property  . . . | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) . . . . . . . . . . . . . . | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b)  . . . . . . . . . . . . . . | | | | |
| 17 | Current year acquisition/reorganization investment banking fees . . . . . . . . . . . . . . | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees . . . . . . . . . . . . . | | | | |
| 19 | Amortization/impairment of goodwill . . . . . . | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs . . . . . . . . . . . . . . . | | | | |
| 21 | Other amortization or impairment write-offs  . . . | | | | |
| 22 | Reserved for future use  . . . . . . . . . . | | | | |
| 23a | Depletion—oil & gas  . . . . . . . . . . . | | | | |
| b | Depletion—other than oil & gas  . . . . . . . | | | | |
| 24 | Intangible drilling and development costs (IDC)  . . | | | | |
| 25 | Depreciation . . . . . . . . . . . . . . | | | | |
| 26 | Bad debt expense  . . . . . . . . . . . . | | | | |
| 27 | Interest expense (see instructions)  . . . . . . | | | | |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs . . . . . . . | | | | |
| 30 | Other expense/deduction items with differences (attach statement)  . . . . . . . . . . . | | | | |
| 31 | **Total expense/deduction items.** Combine lines 1 through 30. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive  . . . . . . . . . . . | 24,360. | | -24,360. | 0. |

REV 08/02/22 PRO                                              Schedule M-3 (Form 1065) (Rev. 12-2021)

# Form 8916-A

(Rev. November 2019)

Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.
▶ Go to *www.irs.gov/Form1120* for the latest information.

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| TEAM SYSTEMS INTERNATIONAL LLC | 32-0068411 |
| Name of subsidiary | Employer identification number |

**Part I**    Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1   Amounts attributable to cost flow assumptions . | | | | |
| 2   Amounts attributable to: | | | | |
| a   Stock option expense . . . . . . . . . . | | | | |
| b   Other equity-based compensation . . . . . | | | | |
| c   Meals and entertainment . . . . . . . . . | | | | |
| d   Parachute payments . . . . . . . . . . | | | | |
| e   Compensation with section 162(m) limitation . . | | | | |
| f   Pension and profit sharing . . . . . . . . | | | | |
| g   Other post-retirement benefits . . . . . . | | | | |
| h   Deferred compensation . . . . . . . . . | | | | |
| i   Reserved . . . . . . . . . . . . . | | | | |
| j   Amortization . . . . . . . . . . . . | | | | |
| k   Depletion . . . . . . . . . . . . . | | | | |
| l   Depreciation . . . . . . . . . . . . | | | | |
| m   Corporate-owned life insurance premiums . . . | | | | |
| n   Other section 263A costs . . . . . . . . | | | | |
| 3   Inventory shrinkage accruals . . . . . . . | | | | |
| 4   Excess inventory and obsolescence reserves . . | | | | |
| 5   Lower of cost or market write-downs . . . . . | | | | |
| 6   Other items with differences (attach statement) . | | | | |
| 7   Other items with no differences . . . . . . . | | | | |
| 8   **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . | | | | |

For Paperwork Reduction Act Notice, see instructions.

BAA

REV 08/02/22 PRO

Form **8916-A** (Rev. 11-2019)

Form 8916-A (Rev. 11-2019)
Page **2**

**Part II**    Interest Income

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income — From outside tax affiliated group | | | | |
| 4b | Intercompany interest income — From tax affiliated group | | | | |
| 5 | Other interest income | 567. | | | 567. |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 567. | | | 567. |

**Part III**    Interest Expense

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense — Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense — Paid to tax affiliated group | | | | |
| 4 | Other interest expense | | | | |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

REV 08/02/22 PRO

Form **8916-A** (Rev. 11-2019)

<table>
<tr><td>Form **8275**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service</td><td colspan="2">**Disclosure Statement**<br>Do not use this form to disclose items or positions that are contrary to Treasury regulations. Instead, use Form 8275-R, Regulation Disclosure Statement.<br>▶ Information about Form 8275 and its separate instructions is at *www.irs.gov/form8275*.<br>▶ Attach to your tax return.</td><td>OMB No. 1545-0889<br><br>Attachment<br>Sequence No. **92**</td></tr>
</table>

Name(s) shown on return

TEAM SYSTEMS INTERNATIONAL, LLC

Identifying number shown on return

32-0068411

If Form 8275 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number (see instructions) ▶

### Part I  General Information (see instructions)

| (a)<br>Rev. Rul., Rev. Proc., etc. | (b)<br>Item or Group<br>of Items | (c)<br>Detailed Description<br>of Items | (d)<br>Form or<br>Schedule | (e)<br>Line<br>No. | (f)<br>Amount |
|---|---|---|---|---|---|
| 1 | | Gross receipts or sales | 1065 | 1 | 21,762,683 |
| 2 | | Guaranteed payments to partners | 1065 | 10 | 50,411 |
| 3 | | Rent | 1065 | 13 | 1,968 |
| 4 | | Other deductions | 1065 | 20 | 9,944,884 |
| 5 | | Interest income | Schedule K | 5 | 567 |
| 6 | | Distributions of cash and marketable securities | Schedule K | 19a | 139,000 |

### Part II  Detailed Explanation (see instructions)

1  See Attached

2

3

4

5

6

### Part III  Information About Pass-Through Entity. To be completed by partners, shareholders, beneficiaries, or residual interest holders.

Complete this part only if you are making adequate disclosure for a pass-through item.

Note: *A pass-through entity is a partnership, S corporation, estate, trust, regulated investment company (RIC), real estate investment trust (REIT), or real estate mortgage investment conduit (REMIC).*

| 1 Name, address, and ZIP code of pass-through entity | 2 Identifying number of pass-through entity |
|---|---|
| | 3 Tax year of pass-through entity<br>    /    /    to    /    / |
| | 4 Internal Revenue Service Center where the pass-through entity filed its return |

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 61935M        Form **8275** (Rev. 8-2013)

Form 8275 (Rev. 8-2013)

| Part IV | Explanations *(continued from Parts I and/or II)* |

TEAM SYSTEMS INTERNATIONAL, LLC
ATTACHMENT TO FORM 8275
EIN#32-0068411

On January 18, 2022, Team Systems International, LLC (the "Taxpayer") filed a voluntary bankruptcy petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court in the District of Delaware (Case No. 22-10066(CTG)).  On January 26, 2022, the Taxpayer filed its schedules of assets and liabilities [D.I. No. 28] (the "Schedules") and its Statement of Financial Affairs ("SOFA") [D.I. 29]. The SOFA, signed by Deborah Evans Mott ("Mott"), lists Mott, Steven Acosta ("Acosta"), Christopher Mott and John Maciorowski ("Maciorowski"), as members of the Taxpayer, with Mott and Acosta listed as Management Committee Members of the Taxpayer. See SOFA, # 28 [D.I. 29].  Mott is identified as the Tax Matters Partner in the Taxpayer's Limited Liability Company Agreement and as such was responsible for the preparation and filing of the Taxpayer's tax returns.

On February 7, 2022, the Department of Treasury – Internal Revenue Service (the "IRS") filed a Proof of Claim in the amount of $24,360.00 representing penalties resulting from the Taxpayer's failure to file partnership tax returns for the tax years 2016 – 2021.

On March 31, 2022, the Court entered an order converting the Taxpayer's case to a case under chapter 7 of the Bankruptcy Code (the "Conversion Order") [D.I. 151]. The Conversion Order at ¶ 3 provides: "The Debtor [Taxpayer], on or as soon as practicable after the Conversion Date, shall ... [i]mmediately turn-over to the chapter 7 trustee any and all records and estate property under their dominion, control and custody and as required by Federal Rule of Bankruptcy Procedure 1019(4)..."

On March 31, 2022, George L. Miller was appointed the chapter 7 trustee of the Taxpayer (the "Trustee").  Since his appointment, the Trustee has made significant efforts to retrieve the Taxpayer's books and records (the "Records") from the Management Committee Members in order to administer the bankruptcy case including but not limited to the preparation and filing of the Taxpayer's tax returns, for which the Trustee now has sole authority.  The Trustee has made certain progress in obtaining the Records but they remain incomplete and in a state of disrepair.

The Trustee has prepared the Taxpayer's Form 1065 based upon the limited information currently available in his possession, including the reconstruction of the Taxpayer's income, deductions and balance sheet. The Trustee is continuing his efforts, through the Bankruptcy Court, to pursue a complete set of the Records. To the extent that any additional Records are provided to the Trustee that reflect additional financial activity not included in this tax return, it may be necessary to file an amended tax return.

| Form 1065 Schedule L | Other Liabilities | | 2021 |
|---|---|---|---|

| Name TEAM SYSTEMS INTERNATIONAL LLC C/O GEORGE L. MILLER, TRUSTEE | | Employer ID Number 32-0068411 | |

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| LIABILITIES SUBJECT TO COMPROMISE | 0. | 8,887,995. |
| | | |
| **Total to Form 1065, Schedule L, line 17** ▶ | 0. | 8,887,995. |

| Other Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| **Total to Form 1065, Schedule L, line 20** ▶ | | |

ptpw1801.SCR  08/26/20

TEAM SYSTEMS INTERNATIONAL LLC                                32-0068411                    1

# Additional information from your 2021 Federal Partnership Tax Return

### Form 1065: Partnership Tax Return
### Line 20, Other Deductions

Continuation Statement

| Description | Amount |
|---|---|
| DIRECT SUBCONTRACTOR COSTS | 3,040,620. |
| BANK CHARGES | 470. |
| COMMISSIONS | 6,246,076. |
| LEGAL AND PROFESSIONAL | 622,562. |
| TRAVEL | 35,156. |
| Total | 9,944,884. |

STATEMENT ATTACHED TO AND MADE A PART OF
U.S. RETURN OF PARTNERSHIP INCOME, FORM 1065
AND REQUEST FOR DETERMINATION OF
TAX LIABILITY PURSUANT TO 11 U.S.C. SEC. 505(b)

Team Systems International, LLC                                    December 31, 2021
Bankruptcy Number 22-10066-CTG                                    EIN: 32-0068411

1.    The information contained herein is true and correct to the best of the signatory's knowledge, information and belief. Accordingly, the signatory assume no personal liability for the contents of the return, other than those specifically provided for by applicable provisions of the United States Bankruptcy Code.

2.    Team Systems International, LLC (the "Debtor"), filed a voluntary Chapter 11 Bankruptcy Petition on January 18, 2022 (the "Petition Date") in the District of Delaware. The case was subsequently converted to a Chapter 7 Bankruptcy on March 31, 2022 (the "Conversion Date") and George L. Miller was appointed the Chapter 7 Trustee (the "Trustee"). The Trustee has been able to locate certain limited Debtor prepared records substantiating transactions prior to his appointment and during the tax periods prior to the Petition Date.

3.    Accordingly, this return was prepared based upon the limited information and documentation made available to the Trustee.

4.    Pursuant to the provisions of Section 505(b) of the Bankruptcy Code (11 U.S.C. 505(b)), the Trustee requests a determination of any unpaid tax liability of Team Systems International, LLC in the matter of the United States Bankruptcy Court for the District of Delaware, Bankruptcy Number 22-10066-CTG for the tax year ending December 31, 2021.

5.    This return is being filed with the Department of the Treasury, Internal Revenue Service, Kansas City, MO 64999-0011 and the Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346.

Under penalty of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of Bankruptcy Trustee
George L. Miller