## **EXHIBIT T-7**

**Mott Email (June 7, 2023)**

| | |
|---|---|
| From: | Hill, Patrick A Capt USMC AVIATION (USA) |
| To: | dmott@tsi-us.net |
| Cc: | Hawkins, Marcus D CIV DLA AVIATION (USA); Taylor, Caitlyn J CIV DLA AVIATION (USA); Ouch, Boran CTR DLA AVIATION (USA); Morales, Aubrey L SSgt USMC DLA AVIATION (USA) |
| Subject: | 8504344332 // SPE4A6-14-D-6811-0013 // 013680271 |
| Date: | Wednesday, June 7, 2023 8:52:46 AM |
| Attachments: | image001.jpg |

Good morning,

I just wanted to follow up on the status of the subject contract for 46EA. Thank you again for all of your assistance.

Very Respectfully,
Captain Patrick "Tex" Hill
H-1 Weapon System Support Manager
Marine Customer Facing Division (QAC)-
DLA – Aviation
6090 Strathmore Rd.
Richmond, Virginia 23237
Cell: 281-881-7053
Email: Patrick.hill@dla.mil

h1dra



I am a Weapon System Support Manager with DLA Aviation and am contacting you for coordination and information gathering purposes only.  I have no authority to contractually bind or obligate the Government, or to change the terms and conditions of your contract or order.  Any changes to the terms and conditions of your contract or order must be directed or approved by the contracting officer or someone designated by the contracting officer in writing.  If you believe, based on our conversation/correspondence, that there is a need to change the terms and conditions of your contract or order, you should contact the contracting officer or other POC designated in your contract or order.