**Team Systems International, LLC Case No. 22-10066**
**August 14, 2023 @ 2:00 PM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| William | Homony | Self | Miller Coffey Tate LLP |
| Kevin | Mann | Members | Cross & Simon, LLC |
| Zhao (Ruby) | Liu | TSI Members | The Rosner Law Group LLC |
| Leonard | Collins | Creditors GPDEV and Simons Exploration | GrayRobinson PA |
| Steven | Acosta | None | |
| Demi | Yeager | Court | |

# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 2

CASE NUMBER: 22-10066    CASE NAME: Team Systems International, LLC    DATE: 8/14/2023 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Rosner | Rosner Law Group | 1st Members |
| David Carickhoff | Archer & Greiner, P.C. | Chapter 7 Trustee |
| Bryan Hall | " | " |