# Exhibit 9

# Zhao (Ruby) Liu

| | |
|---|---|
| **From:** | Frederick B. Rosner |
| **Sent:** | Monday, April 3, 2023 6:36 PM |
| **To:** | Zhao (Ruby) Liu |
| **Subject:** | FW: TSI/Collection of A/R |

**From:** Frederick B. Rosner
**Sent:** Wednesday, March 22, 2023 6:59 PM
**To:** Carickhoff, Jr., David W. <dcarickhoff@archerlaw.com>
**Subject:** TSI/Collection of A/R

David, following up on v/m from earlier today.

Debbie Mott reached out. She has the ability to collect three separate a/r, all listed on the SOFA. Collections would be made solely for the benefit of the estate and funded directly into the Artisan's account, which the Trustee has sole control over.

The first receivable is in the amount of $198,000. To collect, she has to use her personal log in on WAFW.

The second receivable is in the amount of $1.2 million. To collect, she needs to work with Venable and Mark St Moritz to draft a claim.

The third receivable is the change order for $6.8 million (estimate). Again, she needs to work with Venable and Mark St Moritz to draft a claim.

There will be no cost to the estate for Debbie Motts's time with Mark St Moritz. Please advise asap as these matters are time sensitive.

Best,

Fred

Frederick B. Rosner
The Rosner Law Group LLC
824 N. Market Street
Suite 810
Wilmington, DE  19801
302-777-1111

**Conveniently located in the bankruptcy court building**