IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | Re: D.I. 335 |

**ORDER GRANTING THE MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND THE JUDGMENT CREDITORS**

Upon consideration of the Motion[1] of George L. Miller, solely in his capacity as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtor, for entry of an order pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rule 9019, authorizing and approving the *Settlement Agreement* (the "Settlement Agreement"), attached hereto Exhibit 1, between the Trustee and GPDEV, LLC ("GPDEV") and Simons Exploration, Inc. ("Simons", collectively with GPDEV, the "Judgment Creditors"); and the Court having reviewed the Motion and any responses or objections thereto; and any responses or objections not withdrawn or resolved are hereby overruled; and the Court having found that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion was good and sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined in this Order have the meanings set forth in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Trustee is authorized to enter into the Settlement Agreement, the terms of which are hereby approved in their entirety.

3. The Trustee is hereby authorized to implement the terms of the Settlement Agreement.

4. This Court shall retain jurisdiction over all matters arising from or relating to the Settlement Agreement and/or the interpretation, implementation, or enforcement of this Order.

**Dated: September 20th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**