IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>**Re: D.I. 367** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Steven M. Acosta, John S. Maciorowski, Christopher Mott, and Deborah Evans Mott (collectively, "Appellants"), by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(3), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure and Rule 8003-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the *Order Granting The Motion Of The Chapter 7 Trustee For Entry Of An Order Pursuant To Fed. R. Bankr. P. 9019 Authorizing And Approving The Settlement Agreement Between The Trustee And The Judgment Creditors* (the "Order") [D.I. 367]. A copy of the Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | **PARTY** | **ATTORNEYS** |
|---|---|---|
| 1. | Steven M. Acosta, John S. Maciorowski, Christopher Mott, and Deborah Evans Mott<br><br>Appellants | Frederick B. Rosner, Esq.<br>Zhao (Ruby) Liu, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 Market St., Suite 810<br>Wilmington, Delaware 19801<br>Tel: 302-777-1111 |

{00036764. }

| | | |
|---|---|---|
| 2. | | Email: rosner@teamrosner.com<br>liu@teamrosner.com<br><br>Michael Munoz, Esq.<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, New York 10017<br>Tel: (212) 907-7345<br>Email: mmunoz@golenbock.com |
| 2. | George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Team Systems International, LLC<br><br>Appellee | David Carickhoff, Esq.<br>Bryan Hall, Esq.<br>Archer & Greiner P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, Delaware 19801<br>Tel: (302) 356-6625<br>Email: dcarickhoff@archerlaw.com<br>bjhall@archerlaw.com |

Dated: September 21, 2023
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Frederick B. Rosner*
Frederick B. Rosner (DE No. 3995)
Zhao (Ruby) Liu (DE No. 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com
      liu@teamrosner.com

-and-

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
Michael M. Munoz
711 Third Avenue
New York, NY 10017
Tel: (212) 907-7345
Email: mmunoz@golenbock.com

*Counsel for Appellants*