IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Team Systems International, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | Re: D.I. 351 |

### ORDER REGARDING TEAM SYSTEMS INTERNATIONAL, LLC'S SAM.GOV AND CAGE REGISTRATION, ACCOUNTS, BANK ACCOUNT INFORMATION, AND OTHER INFORMATION

Upon consideration of the motion (the "Motion")[1] of George L. Miller, solely in his capacity as the duly qualified and appointed trustee (the "Trustee") of the bankruptcy estate of Team Systems International, LLC (the "Debtor") seeking entry of an order pursuant to 11 U.S.C. §§ 105(a), 362(a), 541(a) and 542, (i) confirming and enforcing the Trustee's exclusive right to use, access, modify, and control the Debtor's SAM.gov and CAGE registration, accounts, bank account information, and other information; (ii) authorizing the United States General Services Administration ("GSA"), Defense Logistics Agency ("DLA") and each of their respective agents and representatives (collectively, with GSA and DLA, the "Government Parties") to (a) grant to the Trustee such exclusive use, access, and control of the Debtor's SAM.gov and CAGE registration, accounts, bank account information, and other information and (b) accept a copy of the order granting this Motion as sufficient documentary proof of the matters set forth therein; and (iii) granting related relief; and the Court having reviewed the Motion and any responses filed thereto; and any objection to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon the entire record before the Court in this case, including the record at the

---

[1] Capitalized terms used but not defined in this Order have the meanings set forth in the Motion.

hearing on the Motion; and the Court having found that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; and (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. George L. Miller, in his capacity as the duly qualified and appointed Trustee of the bankruptcy estate of Team Systems International, LLC, or his designated representatives, has the exclusive right and authority to use, access, modify, and control Team Systems International, LLC's registration, accounts, bank account information, and other information with SAM.gov, CAGE, and/or any other systems maintained by any of the Government Parties.

3. Each of the Government Parties may accept a copy of this Order as good and sufficient evidence of the following:

    a. Team Systems International, LLC is the current legal name of the Debtor.

    b. George L. Miller is the duly qualified and appointed chapter 7 Trustee of Team Systems International, LLC.

    c. George L. Miller, or his designated representative, is the only party authorized to use, access, modify, or control Team Systems International, LLC's registration, accounts, bank account information, and other information in SAM.gov, CAGE, and/or any other systems maintained by GSA, DLA and/or any of their respective agents or representatives.

    d. All communications to or regarding Team Systems International, LLC shall be directed to George L. Miller, Trustee, 1628 John F. Kennedy Blvd., Ste. 950, Philadelphia, PA 19103, telephone: (215) 561-0950, email: gmiller@mctllp.com.

4. For the avoidance of any doubt, Deborah Evans Mott, Steven M. Acosta, and Christopher Mott have **no** right and **no** authority to use, access, modify, or control any of Team Systems International, LLC's registration, accounts, bank account information, and other

information with SAM.gov, CAGE, and/or any other systems maintained by the Government Parties or to contact any of the Government Parties regarding Team Systems International, LLC. If Deborah Evans Mott, Steven M. Acosta, Christopher Mott, or any of their agents or representatives contact any Government Party regarding Team Systems International, LLC, such Government Party should promptly notify the Trustee of same.

5. Each of Deborah Evans Mott, Steven M. Acosta, Christopher Mott, and each of their respective agents and representatives are prohibited from using, accessing, modifying, controlling, or in any way interfering with Team Systems International, LLC's registration, accounts, bank account information, and other information with SAM.gov, CAGE, and/or any other systems maintained by any of the Government Parties and are prohibited from contacting any of the Government Parties except, in their personal capacities regarding discovery matters or FOIA requests, regarding Team Systems International, LLC.

6. The provisions of this Order granting the chapter 7 Trustee exclusive control over property of the bankruptcy estate and prohibiting the TSI members from interfering with that control apply only during the pendency of this case. These restrictions will terminate under 11 U.S.C. § 349(b)(3) upon the dismissal of this case. Nothing contained in this Order shall constitute a finding of misconduct, or any adverse finding, with respect to any of the TSI Members.

7. This Court shall retain jurisdiction over all matters related to the interpretation, implementation, and enforcement of this Order.

Dated: September 28th, 2023
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE