## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor. | **Re: D.I. 387** |

## NOTICE OF WITHDRAWAL OF MOTIONS

**PLEASE TAKE NOTICE THAT** the following Motion is withdrawn without prejudice:

1. *Supplemental Objection by The Rosner Law Group LLC to: Chapter 7 Trustees Motion For Sanctions Against The Rosner Law Group LLC Pursuant To Fed. R. Bankr. P. 9011 and 28 U.S.C. § 1927 [D.I. 387].*

Dated: October 20, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Email: rosner@teamrosner.com

*Counsel to the TSI Members*

{00037111. }