# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TEAM SYSTEMS INTERNATIONAL, LLC, | Case No. 22-10066 (CTG) |
| Debtor.[1] | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Chipman Brown Cicero & Cole, LLP, on behalf of itself and all attorneys therein, hereby withdraws as counsel to Bering Straits Logistics Services, LLC in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that Potter Anderson & Corroon LLP on behalf of itself and all attorneys therein, hereby enters its appearance as counsel to Bering Straits Logistics Services, LLC in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the contact information for new counsel is as follows:

> Jeremy W. Ryan, Esquire
> R. Stephen McNeill, Esquire
> *Potter Anderson & Corroon LLP*
> 1313 N. Market Street, 6th Floor
> Wilmington, DE 19801
> Telephone:    (302) 984-6171
> Email: jryan@potteranderson.com
>            rmcneill@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that the Law Office of Cabot Christianson, P.C. will remain as counsel to Bering Straits Logistics Services, LLC, and their representation is unaffected by this notice.

---

[1] The Debtor in this chapter 11 case has a last four-digit federal tax ID of 8411. The location of the Debtor's service address in this chapter 11 case is 16192 Coastal Highway Lewes, Delaware 19958.

Dated: November 30, 2023
       Wilmington, Delaware

| **CHIPMAN BROWN CICERO & COLE, LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
|   |   |
|    */s/ William E. Chipman, Jr.*    |    */s/ R. Stephen McNeill*    |
| William E. Chipman, Jr. (No. 3818) | Jeremy W. Ryan (No. 4057) |
| Hercules Plaza | R. Stephen McNeill (No. 5210) |
| 1313 North Market Street, Suite 5400 | 1313 N. Market Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone: (302) 295-0191 | Telephone:    (302) 984-6171 |
| Email: chipman@chipmanbrown.com | Email: jryan@potteranderson.com |
|  |        rmcneill@potteranderson.com |
| *Former Attorneys for Bering Straits Logistics Services, LLC* | *Attorneys for Bering Straits Logistics Services, LLC* |