UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>                  Debtor(s). | Chapter 7<br><br>Case No. 22-10066 (CTG)<br><br>**Re: D.I. 422, 423, 424 and 425** |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>                  Plaintiff(s),<br>     v.<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and John Does 1-100,<br><br>                  Defendant(s). | Adversary No. 23-50004 (CTG)<br><br>**Re: Adv. D.I. 145, 146, 147 and 148** |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE(S)
IN ADVERSARY AND MAIN BANKRUPTCY CASES**

After considering the *Stipulation Extending Deadline(s) in Adversary and Main Bankruptcy Cases* (the "**Stipulation**"), a copy of which is attached hereto marked **Exhibit A**, it is hereby:

ORDERED that the Stipulation is approved in its entirety.

IT IS FURTHER ORDERED that the deadline to respond to *Defendants' Amended Rule 60(B)(3) Motion to Set Aside the Court's January 31, 2023 Decision* (the "**Motion**") [D.I. 422] and [Adv. D.I. 145] is hereby extended through and including March 5, 2024.

Dated: February 13th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE