## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 22-10066 (CTG)<br><br>**Related Docket No. 432** |

### ORDER VACATING FEBRUARY 15, 2024 ORDER

On February 15, 2024, the Court issued an order [D.I. 432] that stayed proceedings on what the Court believed was a motion to vacate its order authorizing the trustee's retention of Chipman, Brown, Cicero & Cole LLP ("Chipman Brown") [D.I. 421]. The basis for staying those proceedings was the filing of a notice of appeal from the order in question [D.I. 429].

But as the trustee helpfully pointed out in a letter filed promptly after the entry of this Court's order [D.I. 433], the motion to vacate had nothing to do with the order approving the retention of Chipman Brown. Rather, the motion to vacate is directed to this Court's preliminary injunction order issued in January 2023 [D.I. 299]. The notice of appeal thus does not affect the court's authority to consider the motion to vacate.

Accordingly, there is no reason to stay proceedings on the motion to vacate. The February 15, 2024 order is accordingly VACATED and proceedings with respect to the motion to vacate may proceed in the ordinary course. The Court apologizes to the parties for its error.

Dated: February 16, 2024

_____
CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE