# **EXHIBIT A**
Privileged Ethics Complaint
[Filed separately under **SEAL**]