IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TEAM SYSTEMS INTERNATIONAL, LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 22-10066 (CTG) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC.,<br><br>          Plaintiff,<br><br>-against-<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and John Does 1-100,<br><br>          Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br><br><br><br>**Re: D.I. 416-419; 422-425; 436**<br>**Adv. D.I. 140-143; 145-148; 153** |

## ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE

After considering the parties' stipulation ("Stipulation") regarding the briefing schedule on the *Amended Rule 60(B)(3) Motion to Set Aside the Courts January 31, 2023 Decision* [D.I. 422; Adv. D.I. 145] and the *Cross Motion for Sanctions under 28 U.S.C. § 1927* [D.I. 436; Adv. D.I. 153]; it is hereby ORDERED that the Stipulation, attached hereto as **Exhibit 1**, is APPROVED.

Dated: March 20th, 2024
Wilmington, Delaware

          **CRAIG T. GOLDBLATT**
          **UNITED STATES BANKRUPTCY JUDGE**

{00038187. }