**CHIPMAN BROWN CICERO & COLE**

DELAWARE | NEW YORK

CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 NORTH MARKET STREET, SUITE 5400
WILMINGTON, DELAWARE 19801
WWW.CHIPMANBROWN.COM

BRYAN J. HALL
(302) 434-4405
HALL@CHIPMANBROWN.COM

July 16, 2024

**By CM/ECF**

Honorable Craig T. Goldblatt
United States Bankruptcy Court
For the District of Delaware
824 N. Market Street, Third Floor
Wilmington, Delaware 19801

    Re:  *In re Team Systems International, LLC*, Case No. 22-10066-CTG

Dear Judge Goldblatt:

    This firm is counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") of the estate of the above-referenced Debtor.

    As the Court will recall, prior to the petition date, the Debtor filed a claim with the Federal Emergency Management Agency ("FEMA") for approximately $13.5 million. The claim was denied by FEMA. The Civilian Board of Contract Appeals ("CBCA") affirmed the denial of the claim. That decision was appealed to the United States Court of Appeal for the Federal Circuit.

    The Federal Circuit conducted oral argument on the appeal last Thursday, July 11, 2024.

    Yesterday, July 15, 2024, the Federal Circuit issued the attached *Judgment* affirming the denial of the Debtor's claim against FEMA.

    Respectfully submitted,

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
CHIPMAN BROWN CICERO & COLE, LLP
1313 N. Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
carickhoff@chipmanbrown.com
hall@chipmanbrown.com

-and-

*Team Systems International, LLC*
July 16, 2024
Page 2

                                          Adam D. Cole, Esq. (admitted *pro hac vice*)
                                          CHIPMAN BROWN CICERO & COLE, LLP
                                          501 5th Ave., 15th Floor
                                          New York, New York 10017
                                          (646) 685-8363
                                          cole@chipmanbrown.com

                                          *Counsel to the Chapter 7 Trustee*

Cc:     Counsel of record (by CM/ECF)