## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Team Systems International, LLC,<br><br>                Debtor(s). | Chapter 7<br><br>Case No. 22-10066-CTG<br><br>Re: D.I. 453, 530 |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and John Does 1-100,<br><br>                Defendants. | Adv. Proc. No. 23-50004 (CTG)<br><br>Re: Adv. D.I. 174, 256, 268<br><br>**Objection Deadline: 8/15/24**<br><br>**Hearing Date:** If an objection is file, a hearing will be determined at the discretion of the Court |

### NOTICE OF FILING OF CREDITORS' STATEMENT OF FEES AND EXPENSES FOR IMMEDIATE PAYMENT BY RANDY M. MOTT, ESQ.

PLEASE TAKE NOTICE that, on March 5, 2024, creditors, GPDEV LLC, Simons Exploration, Inc. (the "**Creditors**") filed *Creditors' and Their Counsels' (i) Objection to Defendants' Amended Rule 60(B)(3) Motion to Set Aside the Court's January 31, 2023 Decision; (ii) Request for Permission to Submit Document Under Seal and Conduct a Partially Closed Hearing Thereon; (iii) Request for Entry of an Order to Show Cause; and (iv) Cross Motion for Sanctions* [Main Case D.I. 453; Adv. D.I. 174] ("**Creditors' Sanctions Motion**").

PLEASE TAKE FURTHER NOTICE that, on July 9, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered its *Memorandum Opinion* [Adv D.I. 256] resolving the Creditors' Sanctions Motion, among other matters.

PLEASE TAKE FURTHER NOTICE that, on July 22, 2024, the Court entered the *Order Resolving Motions for Sanctions and Motion to Strike* [Main Case D.I. 530; Adv. D.I. 268] (the

"**Sanctions Order**").[1]  Among other things, the Sanctions Order granted in part Creditors' Sanctions Motion and stated, among other things, that "Randy M. Mott, Esq. is hereby directed to pay all attorneys' fees and expenses reasonably incurred by the Creditors before, at, and following the April 29, 2024 hearing in connection with the Motions to Vacate and the Creditors' Sanctions Motion."  Sanctions Order ¶ 5.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Sanctions Order, the Creditors hereby file and serve this *Notice of Creditors' Statement of Fees and Expenses for Immediate Payment by Randy M. Mott, Esq.*, seeking sanctions in the **total amount of $86,185.07** in reasonable fees and expenses incurred by Creditors as of July 30, 2024 in connection with the Motions to Vacate and the Creditors' Sanctions Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Sanctions Order, **by no later than August 15, 2024**, which is fourteen (14) days from the date of service of this Notice, Randy M. Mott, Esq. shall either (a) pay the total amount set forth in this *Notice of Creditors' Statement of Fees and Expenses for Immediate Payment by Randy M. Mott, Esq.*, or (b)(i) file and serve an objection hereto, and (ii) post a bond with the Court in the full amount of this *Notice of Creditors' Statement of Fees and Expenses for Immediate Payment by Randy M. Mott, Esq.*

PLEASE TAKE FURTHER NOTICE that, pursuant to the Sanctions Order, if an objection is filed, the Court will conduct a further hearing at a date and time to be determined by the Court, or otherwise will resolve the dispute.

PLEASE TAKE FURTHER NOTICE the Creditors reserve their rights to submit further statements of fees and expenses for immediate payment by Randy M. Mott, Esq. for additional fees and expenses reasonably incurred by Creditors in connection with the Motions to Vacate and the Creditors' Sanctions Motion, including but not limited to all fees and costs incurred in connection with Randy Mott's appeal of the Sanctions Order, and all fees and costs incurred in connection with collection.

Dated:  August 1, 2024            KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

And

---

[1] Capitalized terms used but not defined in this Notice have the meanings set forth in the Sanctions Order.

GRAYROBINSON, P.A.

*/s/ Leonard M. Collins*
Leonard M. Collins, Esq. (FBN 423210)
301 S. Bronough Street, Suite 600
Tallahassee, FL 32301
Telephone: (850) 577-9090
E-Mail: Leonard.Collins@gray-robinson.com

*Counsel to GPDEV, LLC and*
*SIMONS EXPLORATION, INC.*

**CREDITORS' STATEMENT OF FEES AND EXPENSES**
**FOR IMMEDIATE PAYMENT BY RANDY M. MOTT, ESQ.**

KASEN & KASEN, P.C.
1213 N. King Street, Suite 2
Wilmington, DE 19801

**Invoice Date:** 07/30/24
**Client(s):** GPDEV, LLC and Simons Exploration, Inc.
**Matter(s):** Team Systems International, LLC - Ch. 11 No. 22-10066/CTG

**INVOICE SUMMARY:**

| | |
|---|---:|
| Fees incurred as of 7/30/24 in connection with the Motions to Vacate and Cross Motions for Sanctions | $ 45,080.00 |
| Costs advanced as of 7/30/24 in connection with the Motions to Vacate and Cross Motions for Sanctions | $ 5,648.72 |
| **TOTAL DUE AS OF 7/30/24*** | **$ 50,728.72** |

\* NOTE - Additional invoices will be submitted for all future fees and costs incurred in connection with the Motion to Vacate and Cross Motions for Sanctions, including but not limited to all fees and costs incurred in connection with Randy Mott's appeal of the sanctions Order, and all fees and costs incurred in connection with collection efforts

KASEN & KASEN, P.C.
1213 N. King Street, Suite 2
Wilmington, DE 19801

**Invoice Date:** 07/30/24
**Client(s):** GPDEV, LLC and Simons Exploration, Inc.
**Matter(s):** Team Systems International, LLC - Ch. 11 No. 22-10066/CTG

**FEES INCURRED AS OF 7/30/24 IN CONNECTION WITH THE MOTIONS TO VACATE AND CROSS MOTIONS FOR SANCTIONS**

| DATE | CLIENT | ATTORNEY | TIME | RATE | FEE | DESCRIPTION OF SERVICES |
|---|---|---|---|---|---|---|
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved motion to vacate |
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1.5 | $ 400.00 | $ 600.00 | Reviewed and saved memorandum of law in support of motion to vacate |
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved exhibits in support of motion to vacate |
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved Acosta declaration in support of motion to vacate |
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved Mott declaration in support of motion to vacate |
| 01/31/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved proposed order to vacate |
| 02/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 5 | $ 400.00 | $ 2,000.00 | Reviewed case file and docket re motion to vacate and cross motion for sanctions |
| 02/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Phone call(s) with Office of Disciplinary Counsel re motion to vacate and cross motion for sanctions |
| 02/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with Office of Disciplinary Counsel re motion to vacate and cross motion for sanctions |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved amended exhibits in support of motion to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved amended Acosta declaration in support of motion to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved amended memorandum of law in support of motion to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved amended motion to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved amended Mott declaration in support of motion to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved amended proposed order to vacate |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with Office of Disciplinary Counsel re motion to vacate and cross motion for sanctions |
| 02/07/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/07/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/08/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/08/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1.3 | $ 400.00 | $ 520.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 02/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed notes re motion to vacate and cross motion for sanctions |
| 02/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with client(s) re motion to vacate and cross motion for sanctions |
| 02/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/10/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed notes re motion to vacate and cross motion for sanctions |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed certification of counsel and stipulation extending deadlines |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared certification of counsel for stipulation extending deadlines |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Prepared letter requesting extension of time re motion to vacate and cross motion for sanctions |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared stipulation extending deadlines |
| 02/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 02/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with Court re motion to vacate and cross motion for sanctions |
| 02/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Uploaded proposed Orders re motion to vacate and cross motion for sanctions |
| 02/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with Court re motion to vacate and cross motion for sanctions |
| 02/14/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/14/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved order staying motion to vacate pending appeal |
| 02/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved trustee letter regarding order staying motion to vacate pending appeal |
| 02/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.4 | $ 400.00 | $ 160.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with Court re motion to vacate and cross motion for sanctions |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved order vacating order staying motion to vacate |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Reviewed and saved trustee objection to amended motion to vacate |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved trustee's exhibits in opposition to amended motion to vacate |
| 02/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved UST's reply in opposition to amended motion to vacate |
| 02/21/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/21/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved motion to extend time to reply to sanctions motion |
| 02/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved certification of counsel re: stipulation of briefing schedule |
| 02/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/27/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Randy Mott pro hac vice motion |
| 02/27/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved reply to UST objection to motion to vacate |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed exhibits |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed objection to pro hac vice motion re motion to vacate |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Prepared objection to pro hac vice motion re motion to vacate |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Mott letter re motion to vacate |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with clients re motion to vacate and cross motion for sanctions |
| 02/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Mott filing re motion to vacate |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved partial withdrawal of motion to vacate |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Randy Mott pro hac vice order |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed court notice re motion to vacate |
| 02/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/04/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed objection and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Prepared declaration in support of cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1.5 | $ 400.00 | $ 600.00 | Prepared exhibits in support of cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 15 | $ 400.00 | $ 6,000.00 | Prepared objection and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed notes re motion to vacate and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Served cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with clients re motion to vacate and cross motion for sanctions |
| 03/05/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed supplemental declaration in support of cross motion for sanctions |

| Date | Client | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Prepared supplemental declaration in support of cross motion for sanctions |
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared supplemental exhibits in support of cross motion for sanctions |
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Served supplemental declaration in support of cross motion for sanctions |
| 03/06/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/07/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved objection to creditors cross-motion for sanctions |
| 03/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved objection to trustee's cross motion for sanctions |
| 03/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.6 | $ 400.00 | $ 240.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/14/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed reply in further support of cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 8 | $ 400.00 | $ 3,200.00 | Prepared reply in further support of cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed trustee's reply in further support of cross motion for sanctions |
| 03/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed request for oral argument and evidentiary hearing |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared request for oral argument and evidentiary hearing |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved order re briefing schedule |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved UST's request for oral argument |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with Court re motion to vacate and cross motion for sanctions |
| 03/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 03/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 03/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved trustee's request for oral argument |
| 03/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed court notice regarding evidentiary hearing |
| 04/01/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed notice of testimony subpoenas |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared acosta testimony subpoena |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared Deborah Mott testimony subpoena |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared Munoz testimony subpoena |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared notice of testimony subpoenas |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared Randy Mott testimony subpoena |
| 04/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared Rosner testimony subpoena |
| 04/03/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/03/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/04/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/17/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/18/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 2 | $ 400.00 | $ 800.00 | Prepared draft joint exhibit and witness list |
| 04/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved substitution of counsel |
| 04/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 04/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed letter request for telephone/zoom conference with court |
| 04/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Prepared letter request for telephone/zoom conference with court |
| 04/24/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/24/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved memorandum of law in support of motion to strike admitted evidence |
| 04/24/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved motion to strike admitted evidence |
| 04/24/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.4 | $ 400.00 | $ 160.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Attended zoom hearing re witness and exhibit lists |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved 4/29/24 hearing agenda |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved counsel letter regarding motion to vacate and cross motion for sanctions |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved defendants witness and exhibit list |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed objections to exhibits re motion to vacate and cross motion for sanctions |
| 04/25/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with Parcels re hearing binders for motion to vacate and cross motion for sanctions |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed witness and exhibit list |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Prepared and filed hearing exhibit 38 |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1.5 | $ 400.00 | $ 600.00 | Prepared updated witness and exhibit list and exhibits |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved defendants amended witness and exhibit list |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Munoz withdrawal of counsel |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved UST witness and exhibit list |
| 04/26/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.6 | $ 400.00 | $ 240.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/27/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 1 | $ 400.00 | $ 400.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 8 | $ 400.00 | $ 3,200.00 | Prepared for hearing on motion to vacate and cross motion for sanctions |
| 04/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 10 | $ 400.00 | $ 4,000.00 | Attended hearing on motion to vacate and cross motions for sanctions |
| 04/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/30/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 04/30/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved withdrawal of motion to strike admitted evidence |
| 04/30/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed proposed order re motion to vacate and cross motion for sanctions |
| 05/01/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/01/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed revised proposed order re motion to vacate and cross motion for sanctions |
| 05/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with Parcels re hearing binders for motion to vacate and cross motion for sanctions |
| 05/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved certification of counsel re: order denying motion to vacate |
| 05/02/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/03/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/03/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved corrected certification of counsel re: order denying motion to vacate |
| 05/03/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved order denying motion to vacate |
| 05/04/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |

| Date | Client | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 05/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed certification of counsel and stipulation extending briefing deadlines for sanctions motions |
| 05/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Prepared certification of counsel and stipulation extending briefing deadlines for sanctions motions |
| 05/13/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/14/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/14/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved order extending briefing deadlines for sanctions motions |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Filed post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 8 | $ 400.00 | $ 3,200.00 | Prepared post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved defendants post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved Munoz post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed and saved Rosner post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.6 | $ 400.00 | $ 240.00 | Reviewed and saved Trustee post hearing brief |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.5 | $ 400.00 | $ 200.00 | Reviewed notes from counsel |
| 05/15/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/16/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed and saved trustee's motion to strike defendants post hearing brief and new exhibits |
| 05/17/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/17/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/20/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with clients re motion to vacate and cross motion for sanctions |
| 05/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with court re motion to vacate and cross motion for sanctions |
| 05/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 05/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved defendants corrected signature page to post hearing brief |
| 05/28/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Reviewed and saved defendants opposition to trustee motion to strike post hearing brief and new exhibits |
| 06/10/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved trustee notice of completion of briefing |
| 06/12/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 06/17/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/09/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.8 | $ 400.00 | $ 320.00 | Reviewed and saved opinion for sanctions |
| 07/10/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with Office of Disciplinary Counsel re motion to vacate and cross motion for sanctions |
| 07/17/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/18/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/18/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.2 | $ 400.00 | $ 80.00 | Reviewed draft proposed order for sanctions |
| 07/19/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved defendants corrected signature page to post hearing brief |
| 07/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved clerk's notice of appeal |
| 07/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved Order for sanctions |
| 07/22/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Reviewed and saved tranmittal of record on appeal |
| 07/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/23/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.3 | $ 400.00 | $ 120.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/29/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Email(s) with counsel re motion to vacate and cross motion for sanctions |
| 07/30/24 | GPDEV, LLC and Simons Exploration, Inc. | JRK | 0.1 | $ 400.00 | $ 40.00 | Phone call(s) with counsel re motion to vacate and cross motion for sanctions |
| TOTALS: | | | 111 | | $ 45,080.00 | |

KASEN & KASEN, P.C.
1213 N. King Street, Suite 2
Wilmington, DE 19801

**Invoice Date:** 07/30/24
**Client(s):** GPDEV, LLC and Simons Exploration, Inc.
**Matter(s):** Team Systems International, LLC - Ch. 11 No. 22-10066/CTG

**COSTS ADVANCED AS OF 7/30/24 IN CONNECTION WITH THE MOTIONS TO VACATE AND CROSS MOTIONS FOR SANCTIONS**

| Date | Client | Expense | Amount |
|---|---|---|---:|
| January-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 47.20 |
| February-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 153.80 |
| February-24 | GPDEV, LLC and Simons Exploration, Inc. | Conference Call | $ 13.20 |
| March-24 | GPDEV, LLC and Simons Exploration, Inc. | Lexis Nexis | $ 86.77 |
| March-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 50.50 |
| April-24 | GPDEV, LLC and Simons Exploration, Inc. | Lexis Nexis | $ 12.81 |
| April-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 61.30 |
| April-24 | GPDEV, LLC and Simons Exploration, Inc. | Conference Call | $ 17.68 |
| April-24 | GPDEV, LLC and Simons Exploration, Inc. | Tolls and Parking | $ 15.00 |
| May-24 | GPDEV, LLC and Simons Exploration, Inc. | Lexis Nexis | $ 60.06 |
| May-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 10.40 |
| May-24 | GPDEV, LLC and Simons Exploration, Inc. | Parcels - Hearing Binders | $ 5,105.70 |
| July-24 | GPDEV, LLC and Simons Exploration, Inc. | Pacer | $ 14.30 |
| **TOTAL:** | | | **$ 5,648.72** |

7/31/2024  
12:28 PM  
GrayRobinson, P.A.  
Case 22-10066-CTG   Doc 525   Filed 08/01/24   Page 10 of 13  
Client Detailed Time And Expense Report  
Date Range (Time): 1/31/2024 to End of Time  (Disb): 1/31/2024 to End of Time  
Currency: USD

| Client: | 181034 | GPDEV, LLC and Simons Exploration, Inc. | Bill Tkpr: | 1817 | Collins, Leonard | Client Last Payment: | 6/13/2024 |
|---|---|---|---|---|---|---|---|
| Matter: | 2 | GPDEV/Simons v. TSI | Resp Tkpr: | 1817 | Collins, Leonard | Matter Last Billed: | 6/13/2024 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | | Description of Services Rendered | |
|---|---|---|---|---|---|---|---|
| 1817 | 1/31/2024 | 1.20 | 474.00 | 395.00 | B | Receipt and review of filing in bankruptcy concerning Florida litigation; prepare email to clients; prepare email to trustee. | 13138989 |
| 1817 | 2/1/2024 | 2.20 | 869.00 | 395.00 | B | Receipt and review of email concerning Chipman Brown Cicero & Cole LLP Retention Application (.1); exchange emails with clients; telephone conference with clients on TSI members Rule 60(b)(3) Motion to Set Aside the January 31, 2023 Decision of the Court (.3); conduct legal research concerning options to address false claims in Federal Court (1.8). | 13187795 |
| 1817 | 2/2/2024 | 2.10 | 829.50 | 395.00 | B | Exchange emails with David Carickhoff (.3); telephone conference with co-counsel concerning false claims and bar complaints asserted by TSI defendants (.2); review and analysis of emails and documents sent during the Chapter 11 bankruptcy to respond to claims of document falsification (1.3); telephone conference with Mr. Orner (.3). | 13187811 |
| 1817 | 2/6/2024 | 2.10 | 829.50 | 395.00 | B | Review and analysis of new TSI filing asserting false claims against counsel (.5); telephone conference with co-counsel (1.2); telephone conference with Mr. Orner (.4). | 13187845 |
| 1817 | 2/9/2024 | 1.10 | 434.50 | 395.00 | B | Review and analysis of additional documentation submitted in opposition to claims asserted by Mr. Mott (.6); telephone conference with co counsel (.5). | 13187878 |
| 1817 | 2/10/2024 | 3.10 | 1,224.50 | 395.00 | B | Conduct legal research and prepare lengthy analysis concerning sanctions against Mr. Mott and opposing counsel Rosner and Munoz and their respective law firms. | 13187881 |
| 1817 | 2/12/2024 | 0.80 | 316.00 | 395.00 | B | Exchange emails with Ms. Kasen (.3); exchange emails with Mr. Mott (.3); telephone conference with Ms. Kasen (.2). | 13191334 |
| 1817 | 2/16/2024 | 0.20 | 79.00 | 395.00 | B | Review and analysis of trustee's response to TSI members motion to vacate; prepare email to clients. | 13192172 |
| 1817 | 2/20/2024 | 0.20 | 79.00 | 395.00 | B | Review of US Trustee's filing on FRCP 60b3 motion; email clients. | 13192335 |
| 8543 | 4/25/2024 | 1.40 | 420.00 | 300.00 | B | Reviewed Agenda of Matters and collected hearing materials for Len Collins. | 13296215 |
| 1817 | 5/2/2024 | 2.60 | 1,027.00 | 395.00 | B | Prepare elements of response letter to the court concerning misconduct in the Florida litigation and during the early stages of the bankruptcy case. | 13352475 |
| 1817 | 5/9/2024 | 1.20 | 474.00 | 395.00 | B | Continue to prepare letter to court relative to issues that arose at hearing on sanctions. | 13353062 |
| 8543 | 5/9/2024 | 0.60 | 180.00 | 300.00 | B | Reviewed court docket and collected motions regarding conversion; responded to correspondence from Ryan Orner regarding same. | 13353254 |
| 1817 | 5/14/2024 | 2.60 | 1,027.00 | 395.00 | B | Finalize changes to brief per discussion with Ms. Kasen (2.5); telephone conference with Ms. Kasen relative to letter to the court post hearing on the motion for sanctions against counsel for creditors (.1). | 13353297 |
| 1817 | 5/15/2024 | 1.80 | 711.00 | 395.00 | B | Review final draft of letter to the court; review of filing by trustee; review of filing by Mr. Munoz; Review of filing by debtors counsel; prepare email to trustee; prepare email to clients; prepare email to Mr. Orner. | 13353398 |
| 8543 | 5/17/2024 | 1.10 | 330.00 | 300.00 | B | Received and collected post-hearing briefs and provided to clients. | 13353446 |

| Time Total | | 24.30 | $9,304.00 | | | | |

### Detailed Disbursements Section (Matter)

| Tkpr | Date | Code | Amount | | Disbursement Description |
|---|---|---|---|---|---|
| 1817 | 4/29/2024 | HOTEL | 311.30 | B | VENDOR: Leonard Collins INVOICE#: 6709596606031725 DATE: 6/3/2024    Travel Expense / Hotel Lodging - Hearing in Delaware |
| 1817 | 4/29/2024 | CAR | 131.14 | B | VENDOR: Leonard Collins INVOICE#: 6709596606031725 DATE: 6/3/2024    Travel Expense / Rental Car - Hearing in Delaware |
| 1817 | 4/29/2024 | PARK | 24.00 | B | VENDOR: Leonard Collins INVOICE#: 6709596606031725 DATE: 6/3/2024    Travel Expense / Airport Parking - Hearing in Delaware |

7/31/2024     GrayRobinson, P.A.
12:28 PM    Case 22-10066-CTG   Doc 535   Filed 08/01/24    Page 11 of 13     Currency: USD
Client Detailed Time And Expense Report
Date Range (Time): 1/31/2024 to End of Time (Disb): 1/31/2024 to End of Time

| Client: | 181034 | GPDEV, LLC and Simons Exploration, Inc. | Bill Tkpr: | 1817 | Collins, Leonard | Client Last Payment: | 6/13/2024 |
|---|---|---|---|---|---|---|---|
| Matter: | 2 | GPDEV/Simons v. TSI | Resp Tkpr: | 1817 | Collins, Leonard | Matter Last Billed: | 6/13/2024 |

### Detailed Disbursements Section (Matter)

| Tkpr | Date | Code | Amount | | Disbursement Description |
|---|---|---|---|---|---|
| 1817 | 4/29/2024 | AIRFAR | 956.00 | B | VENDOR: Leonard Collins INVOICE#: 6709596606031725 DATE: 6/3/2024 Travel Expense / Flight - Hearing in Delaware, 04/28/2024-04/29/2024 |

**Disbursements Total**    $1,422.44

### Working Timekeeper Summary Section (Matter)

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 1817 | Collins, Leonard | 21.20 | 8,374.00 | 395.00 |
| | SHAREHOLDER Total | 21.20 | $8,374.00 | 395.00 |
| 8543 | Reichel, Vanessa | 3.10 | 930.00 | 300.00 |
| | PARALEGAL Total | 3.10 | $930.00 | 300.00 |
| **Working Timekeeper Matter Summary Total** | | 24.30 | $9,304.00 | 395.00 |

### Disbursement Code Summary Section (Matter)

| Code | Description | Amount |
|---|---|---|
| AIRFAR | Airfare | 956.00 |
| CAR | Car Rental / Taxi | 131.14 |
| HOTEL | Hotel / Lodging | 311.30 |
| PARK | Parking | 24.00 |
| **Disbursement Code Summary Total** | | **$1,422.44** |

| Matter: | GPDEV/Simons v. TSI | | Fees | 9,304.00 |
|---|---|---|---|---|
| | | | Disb | 1,422.44 |
| | | | Total | $10,726.44 |

| Client: | 181034 | GPDEV, LLC and Simons Exploration, Inc. | Bill Tkpr: | 1817 | Collins, Leonard | Client Last Payment: | 6/13/2024 |
|---|---|---|---|---|---|---|---|
| Matter: | 2 | ollection of Judgment | Resp Tkpr: | 1817 | Collins, Leonard | Matter Last Billed: | 5/8/2024 |

### Detailed Time Section (Matter)

| Tkpr | Date | Hours | Amount | Rate | | Description of Services Rendered | |
|---|---|---|---|---|---|---|---|
| 1817 | 3/5/2024 | 3.70 | 1,461.50 | 395.00 | B | Exchange emails with co-counsel re sanctions motion (.3); exchange emails with clients re sanctions motion (.3); prepare amendments to filings (.8); conduct legal research re sanctions for false statements to courts (1.8); review of filings by the trustee (.4); telephone conference with co counsel (.1). | 13238351 |
| 1817 | 3/11/2024 | 3.30 | 1,303.50 | 395.00 | B | Prepare revisions to filings in response to debtors response. | 13239386 |
| 1817 | 3/13/2024 | 0.50 | 197.50 | 395.00 | B | Telephone conference with co-counsel relative to upcoming filings and claims asserted by debtors and discussing upcoming hearing and need for in person attendance. | 13239466 |
| 1817 | 4/2/2024 | 1.30 | 513.50 | 395.00 | B | Prepare for upcoming evidentiary hearing (.8); exchange emails with Ms. Kasen regarding elements on sanctions motion (.5). | 13294844 |
| 1817 | 4/3/2024 | 0.80 | 316.00 | 395.00 | B | Receipt and review of email from Mr. Mott (.3); attorney conference with Ms. Kasen (.5). | 13295127 |
| 1817 | 4/18/2024 | 0.30 | 118.50 | 395.00 | B | Review of letter to Mr. Rosner; telephone conference with co-counsel. | 13296985 |
| 1817 | 4/22/2024 | 1.30 | 513.50 | 395.00 | B | Prepare for upcoming hearing; attorney conference. | 13297160 |
| 1817 | 4/24/2024 | 1.30 | 513.50 | 395.00 | B | Review of Motion to Strike; email clients; telephone conference with co-counsel. | 13297304 |
| 1817 | 4/25/2024 | 0.80 | 316.00 | 395.00 | B | Attend status conference with the court in advance of hearing. | 13297232 |
| 1817 | 4/25/2024 | 0.70 | 276.50 | 395.00 | B | Receipt and review of exhibits to be used at hearing by TSI debtors. | 13297357 |
| 1817 | 4/26/2024 | 3.40 | 1,343.00 | 395.00 | B | Telephone conference with Ms. Kasen (.6); prepare for upcoming hearing (2.8). | 13297401 |
| 1817 | 4/27/2024 | 9.50 | 3,752.50 | 395.00 | B | Prepare for upcoming sanctions hearing (.5); prepare closing statement (2.1); review evidence list of TSI (.5); prepare objections to evidence (2.4); review of prior hearing transcripts (1.8); prepare outlines for cross examination (2.2). | 13285568 |
| 1817 | 4/28/2024 | 9.30 | 3,673.50 | 395.00 | B | Prepare for upcoming hearing; review of case law in support of motion for sanctions; prepare objections to evidence of TSI members; prepare closing argument; travel from Tallahassee, FL to Philadelphia, PA, travel to Wilmington DE. | 13287570 |
| 1817 | 4/29/2024 | 15.60 | 6,162.00 | 395.00 | B | Attend hearing on TSI members 60b motion; and Creditors and trustee motion for sanctions; travel from Wilmington DE to Philadelphia, PA to Tallahassee, Fl. | 13287585 |
| 1817 | 7/23/2024 | 1.00 | 395.00 | 395.00 | W | Lengthy video conference with Ms. Kasen and Mr Hall relative to order on attorneys fees and discussing process forward. | 13436637 |

| Time Total | | 76.10 | $29,758.91 | | | | |

### Detailed Disbursements Section (Matter)

| Tkpr | Date | Code | Amount | | Disbursement Description |
|---|---|---|---|---|---|
| 1817 | 7/31/2024 | EXPERT | 4,275.00 | W | RJOrner & Company, LLC - Expert Witness GPDEV- Simons |

| Disbursements Total | | | $5,697.44 | | |

### Working Timekeeper Summary Section (Matter)

| Timekeeper | | Hours | Amount | Rate |
|---|---|---|---|---|
| 1817 | Collins, Leonard | 50.20 | 19,829.00 | 395.00 |
| | SHAREHOLDER Total | 50.20 | $19,829.00 | 395.00 |
| Working Timekeeper Matter Summary Total | | 76.10 | $29,758.91 | 395.00 |

### Disbursement Code Summary Section (Matter)

| Code | Description | Amount |
|---|---|---|

| Client: | 181034 | GPDEV, LLC and Simons Exploration, Inc. | Bill Tkpr: | 1817 | Collins, Leonard | Client Last Payment: | 6/13/2024 |
|---|---|---|---|---|---|---|---|
| Matter: | 2 | Collection of Judgment | Resp Tkpr: | 1817 | Collins, Leonard | Matter Last Billed: | 5/8/2024 |

**Disbursement Code Summary Section (Matter)**

| Code | Description | Amount |
|---|---|---|
| EXPERT | Expert Witness | 4,275.00 |
| **Disbursement Code Summary Total** | | **$5,697.44** |

| Matter: | Collection of Judgment | | |
|---|---|---|---|
| | | Fees | 29,758.91 |
| | | Disb | 5,697.44 |
| | | Total | $35,456.35 |

Start Time: 12:28 PM

End Time: 12:28 PM

7/31/2024　　　　　　　　　　　　　　　　　GrayRobinson, P.A.
12:28 PM　　　　　　　　Case 22-10066-CTG    Doc 525    Filed 08/01/24    Page 13 of 13　　　Currency: USD
　　　　　　　　　　　　　　　Client Detailed Time And Expense Report

Page: 4