# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2896

In re: IN RE: TEAM SYSTEMS INTERNATIONAL, LLC, et al

(U.S. District Court Nos.: 1-24-cv-00850 & 1-24-cv-00851)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    October 24, 2024
JK/cc:    David W. Carickhoff Jr., Esq.
Jason A. Gibson, Esq.
Bryan J. Hall, Esq.
Jenny R. Kasen, Esq.
Zhao Liu, Esq.
Randall C. Lohan,
Kevin S. Mann, Esq.
Randy M. Mott, Esq.
Michael M. Munoz, Esq.
Richard W. Riley, Esq.
Frederick B. Rosner, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate