IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TEAM SYSTEMS INTERNATIONAL, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 22-10066 (CTG) <br><br> **Re:** D.I. 146, 300 |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Team Systems International, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> Deborah Evans Mott, Steven M. Acosta, Christopher Mott, John S. Maciorowski, Addy Road LLC, Brent Road LLC, Benjamin P. Smith, Jessica M. Smith, TSI Gulf Coast, LLC, TSI Education & Training, Inc., and Team Systems International Southeast LLC, and <br><br> John Does 1-100, <br><br> Defendants. | <br><br><br> Adv. Proc. No. 23-50004 (CTG) <br><br> Response due: _____, 2026 <br> Hearing date:  _____, 2026 |

**NOTICE OF FILING OF EXHIBITS TO DEFENDANTS' MOTION TO VACATE (I) THE CONVERSION TO A CHAPTER 7 CASE AND (II) THE PRELIMINARY INJUNCTION ORDERS PURSUANT TO RULE 60(D)(3)**

Defendants Deborah Evans Mott, Steven M. Acosta, Christopher Mott, and John S. Maciorowski (collectively, "TSI Members"), and Addy Road LLC (collectively with TSI Members, "Defendants"), by and through their undersigned counsel, hereby provide notice of the filing of Exhibits 1A through 17 in support of Defendants' Motion to Vacate , (D.I. 669), pursuant to Rule 60(D)(3).  Copies of said exhibits are attached hereto.

**Dated**: January 14, 2026

                                        Respectfully submitted,

                                        **JOHN S. MALIK, ESQ.**
/s/ John S. Malik
Attorney at Law
100 East 14th Street
Wilmington, DE 19801
Phone: 302-427-2247
Email: jmalik@malik-law.com

**RANDY M. MOTT, ESQ.**
/s/ Randy M. Mott
DC Bar 211037
1627 K St. N.W. Suite 400
Washington, DC 20006
Phone: 202-470-0106
Email: randymott@rmottlaw.com
(admitted pro hac vice)

*Counsel to Deborah Evans Mott, Steven M. Acosta, Christopher Mott, and John S. Maciorowski, Addy Road LLC, and Team Systems International LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing notice with the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware by using the CM/ECF system. Participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ John S. Malik