# EXHIBIT 1A

**Transaction Detail**

| | | |
|---|---|---|
| From: | Checking *7965 **To:** | TRBR |
| Amount: | 7504.90 **Send Date:** | 6/29/2018 |
| Delivery Speed: | Same Day **Delivery/Effective Date:** | 6/29/2018 |
| Originator: | JEN **Reference Number:** | |
| Status: | POSTED **Memo:** | MARINE TRANSPORT CLIN 0016 |

**Transaction Detail**

| | | |
|---|---|---|
| From: | Checking *7965 **To:** | TRBR |
| Amount: | 3802.00 **Send Date:** | 6/29/2018 |
| Delivery Speed: | Same Day **Delivery/Effective Date:** | 6/29/2018 |
| Originator: | JEN **Reference Number:** | |
| Status: | POSTED **Memo:** | MARINE TRANSPORT CLIN 0016 |

**Transaction Detail**

| | | |
|---|---|---|
| From: | Checking *7965 **To:** | AYALA |
| Amount: | 193612.98 **Send Date:** | 7/3/2018 |
| Delivery Speed: | Same Day **Delivery/Effective Date:** | 7/3/2018 |
| Originator: | JEN **Reference Number:** | |
| Status: | POSTED **Memo:** | MARINE TERMINAL CLIN 0016 |

**Transaction Detail**

| | | |
|---|---|---|
| From: | Checking *7965 **To:** | AYALA |
| Amount: | 140000.00 **Send Date:** | 7/3/2018 |
| Delivery Speed: | Same Day **Delivery/Effective Date:** | 7/3/2018 |
| Originator: | JEN **Reference Number:** | |
| Status: | POSTED **Memo:** | MARINE TERMINAL CLIN 0016 |

**Transaction Detail**

| | | |
|---|---|---|
| From: | Checking *7965 **To:** | TRBR |
| Amount: | 39201.47 **Send Date:** | 7/3/2018 |
| Delivery Speed: | Same Day **Delivery/Effective Date:** | 7/3/2018 |
| Originator: | JEN **Reference Number:** | |
| Status: | POSTED **Memo:** | MARINE TRANSPORT CLIN 0016 |