IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **TEAM SYSTEMS INTERNATIONAL, LLC,** | ) | Case No. 22-10066 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| GEORGE L. MILLER, solely in his capacity as | ) | |
| Chapter 7 Trustee of Team Systems | ) | Adv. Proc. No. 23-50004 (CTG) |
| International, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH EVANS MOTT, STEVEN M. | ) | |
| ACOSTA, CHRISTOPHER MOTT, JOHN S. | ) | |
| MACIOROWSKI, ADDY ROAD LLC, TSI | ) | |
| GULF COAST, LLC, TSI EDUCATION & | ) | |
| TRAINING, INC., TEAM SYSTEMS | ) | |
| INTERNATIONAL SOUTHEAST LLC, and | ) | |
| JOHN DOES 1–100, | ) | |
| | ) | |
| Defendants. | ) | |

## Emergency Motion to Extend Time to File Post-Trial Briefs Pending Resolution of Motion to Recuse.

Defendants Deborah Evans Mott, Steven M. Acosta, Christopher Mott, and John S. Maciorowski

(collectively, the "Defendants"), appearing Pro Se solely with respect to their Motion to

Recuse filed on July 22, 2026, respectfully move for entry of an order staying all post-trial

briefing deadlines, pending resolution of Defendants' Motion to Recuse. In support of this

Motion, Defendants state as follows:

1

## I.   BACKGROUND

1. On July 22, 2026, Defendants filed their Motion to Recuse the Honorable Craig T. Goldblatt pursuant to 28 U.S.C. § 455(a) (the "Recusal Motion"). The Recusal Motion remains pending before the Court.

2. Post-trial briefs in this Adversary Proceeding are currently due on July 24, 2026 — only two days from the date of this Motion.

3. Defendants respectfully submit that it would be inappropriate to require them to file substantive post-trial briefs addressing the merits of this case while a motion challenging this Court's impartiality remains unresolved.

## II. ARGUMENT

4. This Court has the authority to stay proceedings and extend deadlines pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 9006(b), and Local Rules 7007-1 and 9013-1 of the United States Bankruptcy Court for the District of Delaware.

5. Requiring Defendants to file post-trial briefs while the Recusal Motion is pending would force them to litigate the merits of the case before a Court whose impartiality they have challenged. Such a requirement would be inefficient and could prejudice Defendants' rights.

6. A stay of the post-trial briefing deadlines, will promote judicial efficiency and avoid the expenditure of party and Court resources on briefing that may need to be redone before a different judge.

### III.  RELIEF REQUESTED

WHEREFORE, Defendants respectfully request that the Court enter an order:(a) Staying all post-trial briefing deadlines, pending final resolution of Defendants' Motion to Recuse;(b) Extending the current post-trial briefing deadline, and all other deadlines, until after the Court rules on the Motion to Recuse; and(c) Granting such other and further relief as the Court deems just and proper.

Movants have contacted counsel for Trustee and have not received a reply.

Dated: July 23, 2026
Wilmington, Delaware

Respectfully submitted,

*Deborah Mott*

**Deborah Evans Mott**
Defendant, Pro Se
705 Riverside Drive
Ormond Beach, Florida
Telephone: 703-217-7648
Email: dmott@addyroad.com

*Steve Acosta*

**Steven M. Acosta**
Defendant, Pro Se
3220 Winlock Road
Torrance, California 90505
Email: sacosta@addyroad.com

*Cmott*

**Christopher Mott**
Defendant, Pro Se

*J Maciorowski*

**John S. Maciorowski**
Defendant, Pro Se

3

## CERTIFICATE OF SERVICE

I, Deborah E. Mott, hereby certify that a copy of the foregoing motion for recusal was emailed to counsel for the Trustee on this 23rd day of July 2026.

Adam Cole Cole@chipmanbrown.com
Bryan Hall hall@chipmanbrown.com
David Carickhoff carickhoff@chipmanbrown.com

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **TEAM SYSTEMS INTERNATIONAL, LLC,** | ) Case No. 22-10066 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| GEORGE L. MILLER, solely in his capacity as Chapter 7 Trustee of Team Systems International, LLC, | ) ) Adv. Proc. No. 23-50004 (CTG) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEBORAH EVANS MOTT, STEVEN M. ACOSTA, CHRISTOPHER MOTT, JOHN S. MACIOROWSKI, ADDY ROAD LLC, TSI GULF COAST, LLC, TSI EDUCATION & TRAINING, INC., TEAM SYSTEMS INTERNATIONAL SOUTHEAST LLC, and JOHN DOES 1–100, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion to Stay All Further Proceedings Pending Resolution

of Their Motion to Recuse, and for good cause shown, it is hereby:

ORDERED that all post-trial briefing deadlines, are stayed pending resolution of Defendants'

Motion to Recuse

CRAIG T. GOLDBLATT

United States Bankruptcy Judge

5